## UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSSETS

STEVEN P. ENDRES, derivatively

on behalf of EXHAUSTLESS INC.

    Plaintiff,

v.

ASHLEY MOODY, in her official capacity of Attorney General of Florida, *et al*

    Defendants.

RECEIVED IN CLERK'S OFFICE
DATE  9-11-23

Case No. 1:23-cv-12051-WGY

### MOTION FOR AUTHORIZATION for PRO SE PLAINTIFF TO E-FILE

Plaintiff requests authorization from Judge Sorokin to electronically file documents in Case No. 1:23-cv-12051-WGY, pursuant to DMASS local ECF rule 2.

DMASS local ECF rule 2:

> Pro Se Litigants. Anyone who is a party to a civil action, and not a prisoner, and who is not represented by an attorney may register as a filer in the CM/ECF system. The party must (1) have the approval of the judicial officer assigned to the case; and (2) attend a training session offered by the clerk's office on the ECF system or otherwise prove their proficiency on the use of the CM/ECF system before an ECF login will be issued. The pro se litigant's filing access will be restricted to just those pending cases in which he/she is appearing pro se. Pro se litigants will be given access to all pending cases he or she has filed once written notice of these additional cases has been made to the clerk's office at the

address above. The pro se litigant is obligated to notify the clerk's office should he or she obtain counsel for any case pending in this court.

I have used PACER for several months and have gone through the self-training session using the 2007 training database.

## OATH

I declare under penalty of perjury that the foregoing is true and correct.

Signed September 7, 2023.

*/s/ Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231