## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY MOODY in her official capacity as Attorney General of Florida, et al.,<br><br>Defendants, | )<br>)<br>)<br>) No. 1:23-cv-12051-AK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned Geoffrey E. Hobart, of the law firm of Covington & Burling LLP, who is admitted and authorized to practice before this Court, is hereby entering an appearance as counsel on behalf of defendant American Airlines Inc. in the above-captioned case.

Dated:  September 28, 2023

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
(BBO # 547499)
COVINGTON & BURLING LLP
One International Place
Suite 1020
Boston, MA 02110-2627
Tel.: (617) 603-8800
Email: ghobart@cov.com

*Attorney for American Airlines Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, a true and correct copy of the foregoing document was served electronically through the ECF system on all registered counsel of record as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those not registered.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
(BBO# 547499)
COVINGTON & BURLING LLP
One International Place
Suite 1020
Boston, MA 02110-2627
Tel.: (617) 603-8800
Email: ghobart@cov.com

*Attorney for American Airlines Inc.*