

UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSSETS

STEVEN P. ENDRES, derivatively

on behalf of EXHAUSTLESS INC.

    Plaintiff,

v.

ASHLEY MOODY, in her official capacity of Attorney General of Florida, *et al*

    Defendants.

Case No. 1:23-cv-12051-AK

## ENDRES' MOTION FOR LEAVE TO FILE AMENDED PETITION FOR PERMANENT INJUNCTION, ISSUANCE OF PATENT, MONETARY DAMAGES, AND PUNITIVE DAMAGES

Pursuant to Fed.R.Civ.P. 15(a)(2), Pro Se Plaintiff Endres moves for leave to file an amended Petition for Permanent Injunction, Issuance of Patent, Monetary Damages, and Punitive Damages. The amendment substitutes the correct defendants — the parent corporation — into the matter, removes other defendants, and includes other edits to add facts to support the parent corporate parties. The

amendment assists the Court in limiting the number of defendants to that necessary to resolve the claims made to airspace reservations.

Plaintiff's Appendix L (PA-L) is included in this filing. Plaintiff's Appendices A to K have been submitted to the U.S. Court of Federal Claims, Case 1:23-cv-01536, to be posted to the PACER docket. Plaintiff will file a motion to incorporate those appendices in this case once they have been posted.

## OATH

I declare under penalty of perjury that the foregoing is true and correct.

Signed September 27, 2023.

*/s/ Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231