**Plaintiff's Appendix L**

**IATA Corporation Documents**

Table of Contents..................................................................................... ii

Doc. 399   IATA Articles of Association................................................. 1

Doc. 400   IATA Act of Incorporation (1975)...................................... 11

Doc. 401   IATA Rules of the Board of Governors............................... 14

Doc. 402   ExInc. Workpaper IATA BOGs........................................... 26

Doc. 403   IATA Business Registration Quebec 2023......................... 40

Doc. 404   IATA Slot Conference Accreditation Form........................ 53

**ARTICLES OF ASSOCIATION**

**ARTICLE I**

Title

Articles of Association to regulate the activities and affairs of an association known as the International Air Transport Association ("IATA").

**ARTICLE II**

Definitions

In these Articles of Association, unless the context otherwise requires:

1.  "Act of Incorporation" means An Act to Incorporate the International Air Transport Association, Statutes of Canada, 1945, Chapter 51 (Assented to December 18, 1945) as amended from time to time;

2.  "Air Service" means the public transport of passengers, mail or cargo by aircraft;

3.  "Airline" means an entity operating an air service;

4.  "Applicant Airline" means any Airline that makes an application for IATA membership pursuant to Article V of these Articles;

5.  "Articles" means the by-laws, articles of association, rules and regulations adopted pursuant to Section 5 of the Act of Incorporation;

6.  "Board" means the Board of Governors established pursuant to Article VIII (2)(a) of these Articles;

7.  "Committee of the Board" means any committee of the Board formed in accordance with the Rules and Regulations of the Board of Governors;

8.  "Dues" means any prescribed amounts required to be paid by a Member to maintain membership in IATA and any other duly authorized assessment;

9.  "Fees" means any prescribed amounts required to be paid by an Applicant Airline to apply for and to acquire membership in IATA;

10. "General Meeting" means the Annual General Meeting or a Special General Meeting;

11. "IATA Conferences" means the Conferences established by a General Meeting pursuant to Article XII    (3)(e) of these Articles;

12. "Industry Committees" means the committees established by the Director General with the approval of the Board pursuant to Article XV (4) of these Articles;

13. "Limitation" means the loss of all rights and privileges of membership;

14. "Member" means a member Airline of IATA, admitted pursuant to the terms of Article V of these Articles;

15. "Membership Office" means the IATA department designated by the Director General from time to time, responsible for the membership matters set out in these Articles;

16. "Presiding Officer" means the individual who presides over a General Meeting in accordance with the Rules of Procedure of General Meetings.

**ARTICLE III**

Head Office

The Head Office of IATA shall be at Montreal, Canada or at such other place as a General Meeting may determine by amendment to these Articles.

## ARTICLE IV

Mission and Aims of IATA

The mission of IATA is to represent, lead and serve the airline industry. In carrying out this mission IATA shall:

1. Promote safe, reliable and secure air services for the benefit of the peoples of the world;

2. Provide means of collaboration among Airlines in compliance with applicable law;

3. Cooperate with the International Civil Aviation Organization and other relevant international organizations.

## ARTICLE V

Membership

1. Criteria for eligibility

   An Applicant Airline must meet the following criteria to be eligible for IATA membership:

   i. Operate an Air Service;

   ii. Maintain a valid IATA Operational Safety Audit (IOSA) Registration or equivalent as it may be renamed from time to time; and

   iii. Have operated an Air Service for a period of not less than two (2) years and performed for each of those years at least five million (5,000,000) revenue tonne-kilometers. However, an Applicant Airline that does not meet the criteria set out in this Article V.1.a.iii may be admitted to membership if the Board considers that to be in the interest of IATA.

2. Application for membership

   Upon application for IATA membership, an Applicant Airline shall submit to the Membership Office the following:

   a. a valid IATA Operational Safety Audit (IOSA) Registration or equivalent as it may be renamed from time to time;

   b. a copy of the Air Operator's Certificate (AOC), or its equivalent, valid for a minimum period of six (6) months, issued and certified by the relevant authority in the Applicant Airline's country of registration, together with any applicable operational specifications;

   c. other supporting documentation as specified in the membership form provided by the Membership Office;

   d. Fees and Dues in accordance with Article V (5).

3. Process for approval of membership

   a. Applications for IATA membership shall be made in the form provided by the Membership Office, include the documents required under Article V (2) of these Articles and be submitted together with the application fee to the Membership Office. When the application is complete, the Membership Office shall submit the application to the Board, along with its recommendation. All applications are subject to the approval of the Board.

   b. Membership shall become effective once payment in full of all Fees and payment of Dues for the current year are received and upon approval by the Board.

   c. Any Applicant Airline whose application for membership is not approved by the Board may appeal the decision to the next Annual General Meeting, the decision of which shall be final.

4. Rights and Privileges of Members

   All Members not in Limitation shall enjoy the same rights and privileges attaching to membership in IATA.

5.  Fees and Dues

   a.   Upon the written request of the Director General, acting on behalf of the Board, a Member shall provide, by the date specified in the request, all data necessary to establish the annual Dues payable by the Member. If such data is not provided by the specified date, the Board may prescribe the amount of Dues to be paid.

   b.   Unless otherwise determined by the Board or by the Director General upon the Board's delegation to him or her, annual Dues shall be payable when invoiced and in the currency or currencies set out in the invoice.

   c.   Interest on arrears of Dues shall accrue and be payable at a rate equal to the daily rate charged by IATA's primary bank operating lender from time to time, as determined by the Board or by the Director General upon the Board's delegation to him or her, plus 1% per annum thereon. The Board or the Director General upon the Board's delegation to him or her may waive this requirement because of exceptional circumstances.

   d.   A Member giving notice of resignation is liable to pay all Dues payable up to and including the year of resignation.

   e.   Any Member under Limitation is liable to pay all Dues assessed during the period of Limitation.

   f.   When membership in IATA has been terminated, all Dues outstanding on the effective date of termination are payable.

   g.   Fees and Dues paid by a Member are not refundable under any circumstances.

   h. Any General Meeting may approve any special assessments and conditions and procedures relating to IATA membership.

6.  Membership Resignation, Limitation and Termination

   a.   Resignation

       A Member may resign at any time by giving not less than thirty (30) days' written notice to the Membership Office.

   b.   Limitation

   i.   Any Member in arrears in the payment of Dues and interest for a period of more than ninety (90) days shall be placed in Limitation by the Membership Office and lose all rights and privileges of membership during the period that the Limitation is in effect, unless the Board has agreed to alternative financial arrangements.

   ii.   The Membership Office shall indicate in the notice of Limitation to the Member the effective date of the Limitation, and the conditions to be met for the Limitation to be removed.

   iii.   A Limitation will be enforced against Members that have payments of USD3,000 or more overdue to IATA for more than 120 days.

   c.   Termination

   i.   A Member no longer meeting the criteria for eligibility for membership may have its membership terminated by the Board ninety (90) days after the occurrence of the event giving rise to its ineligibility.

   ii.   A Member declared bankrupt or filing for or being granted protection from creditors under applicable bankruptcy and/or insolvency laws or placed under administration or in receivership, or making a voluntary assignment for the benefit of its creditors, or going into liquidation otherwise than for the purpose of amalgamation or reconstruction, or ceasing to hold the authority to operate, or otherwise ceasing to carry on the business that qualifies it for membership, may have its membership terminated by the Board effective thirty (30) days from the date of occurrence of such event.

iii.   Notwithstanding Articles V (6)(c)(i) and V (6)(c)(ii), the Board may, upon the written request of the Member concerned, postpone the effective date of termination for a fixed period, as appropriate.

iv.   The Board may also terminate membership if:

1) a Member is in breach of these Articles or any rule or regulation adopted under these Articles;

2) a Member has committed any act or omission which is prejudicial to the mission and aims of IATA;

3) a Member has been placed in Limitation for a period of at least one (1) year.

v.   A membership may be terminated at any time by a vote of two-thirds of the Members registered and present at a General Meeting.

7.   Right to be Heard and Arbitration

a.   A Member that has had its membership terminated by the Board and received a notice of termination may, by written notification to the Corporate Secretary within thirty (30) days of receipt of the notice, invoke its right to be heard by the Board. Invocation of this right shall suspend the effective date of the termination, pending the results of the hearing by the Board. The Member shall continue in Limitation or if it was not in Limitation at the date of the notice of termination, it shall continue to enjoy all rights and privileges of membership.

b.   A Member may seek arbitration under the IATA Arbitration Rules in the following circumstances:

i.   If, following a hearing in accordance with Article V (7)(a) above, the Board confirms the termination; or

ii.   If its membership is terminated by a General Meeting.

Invocation of this procedure shall suspend the effective date of the termination, pending the results of the arbitration.

c.   The decision of the arbitration tribunal shall be final and binding. If the decision confirms the termination, it shall be effective on the date of the decision and the costs of the arbitration shall be borne by the Member. If the decision is in favor of the Member, the termination shall be revoked as of the date of the original termination and the costs shall be borne or reimbursed by IATA.

8.   Voluntary Suspension of Membership

At the written request of a Member, the Board may agree to suspend its membership for a fixed period if the Board considers it in the interest of IATA. During the period of suspension, the Member shall not be required to pay any Dues but shall not exercise any rights and privileges of membership.

9.   Re-Application

An Airline that ceases to be a Member whether through resignation or termination may re-apply for membership and in such event the Board may specify the terms and conditions to be fulfilled, including payment of any Fees and Dues, before membership can be effective.

**ARTICLE VI**

IATA Affiliates

The Board may establish a class of membership known as "IATA Affiliates", and determine the criteria for membership, and the rights and duties thereof.

**ARTICLE VII**

Annual Budget and Audited Consolidated Financial Statements

1. The Board shall approve the annual budget and prepare, approve and submit the audited annual consolidated financial statements to the next Annual General Meeting.

2. The approved audited annual consolidated financial statements shall be accompanied by a certification by each of the Director General and the Chief Financial Officer to the effect that:

   a. the audited annual consolidated financial statements present fairly the financial conditions, results of operations and cash flows of IATA and do not contain an untrue statement of material fact or omit to state any material fact; and

   b. appropriate disclosure controls and procedures have been established to provide reasonable assurance that all material information is made known to the Director General and the Chief Financial Officer.

**ARTICLE VIII**

Authority/General Powers

1. A General Meeting is vested with the ultimate authority to exercise all of the powers of IATA.

2. a. There shall be an executive committee to be known as the "Board of Governors" with authority to exercise all such powers of IATA as are not by law, the Act of Incorporation or these Articles required to be exercised by a General Meeting.

   b. The Board is accountable to a General Meeting for the overall performance of IATA.

**ARTICLE IX**

General Meetings

A majority of Members registered at a General Meeting shall constitute a quorum for the duration of that General Meeting. No proxy may be appointed by any Member.

**ARTICLE X**

Majority Vote (General Meetings)

1. At any General Meeting, each Member represented by its official representative shall have the right to exercise one vote.

2. At any General Meeting a vote shall be determined by a simple majority of those registered and present, unless a greater majority is otherwise specifically required by these Articles or the Rules of Procedure of General Meetings.

3. When a General Meeting is conducted by electronic means in accordance with Article XII (1) or Article XIII (1), a Member participating electronically is deemed to be present.

**ARTICLE XI**

Voting Procedure (General Meetings)

1. Voting at any General Meeting shall take place by a show of hands or any equivalent electronic voting system and any Member may request a repeat vote.

2. A roll call vote or secret ballot may be requested at any time by a majority of the Members registered and present at a General Meeting.

3. A roll call vote or vote by secret ballot shall be taken in such manner as the Presiding Officer of the General Meeting directs.

**ARTICLE XII**

Annual General Meetings

1. The Annual General Meeting ("AGM") shall be convened at a place and time agreed to by a previous AGM. In the absence of such decision or should the Board deem it impractical to hold the AGM at the place and/or time so decided, the Board shall:

    a. Determine the place and/or time of the AGM; or

    b. Determine that the AGM is to be conducted by electronic means at a specified time.

2. Not less than forty-five (45) days in advance of the AGM, Members may submit to the Board, through the Corporate Secretary, matters for inclusion on the agenda. Any matter so submitted by a Member which shall not have been included on the agenda may be considered at the AGM upon a majority vote of Members registered and present and any other matter may be considered at the AGM only upon a two-thirds vote. The Corporate Secretary shall provide Members with not less than thirty (30) days' written notice of, and the agenda for, the AGM.

3. The Annual General Meeting shall:

    a. Elect its President;

    b. Receive nominations from the Nominating Committee and elect members of the Board;

    c. Elect the Nominating Committee to make recommendations to the next AGM for election to the Board;

    d. Establish the rules of the Nominating Committee;

    e. Establish IATA Conferences and such groups and subordinate bodies as it considers appropriate;

    f. Confirm the appointment, term of office and duties of the Director General;

    g. Receive and consider reports of the Board, Industry Committees, IATA Conferences and the Director General;

    h. Approve the audited annual consolidated financial statements for the previous year;

    i. On the recommendation of the Board, approve the applicable Fees and Dues;

    j. On the recommendation of the Board, approve the currency or currencies in which, and the time by which, such Fees and Dues shall be payable;

    k. Appoint the external auditor for the current year;

    l. Transact any other business as may properly come before the AGM.

**ARTICLE XIII**

Special General Meetings

1. A Special General Meeting ("SGM") shall be convened at the written request of not less than one third of the Members made to the Corporate Secretary or may be convened by the Board at any time. The Corporate Secretary shall provide sixty (60) days' notice of, and a proposed agenda for, such meeting. In the case of urgency, the Board may reduce the notice period as it deems appropriate. The Board may also determine that the SGM is to be conducted by electronic means.

2. Not less than forty-five (45) days in advance of the SGM, Members may submit to the Board, through the Corporate Secretary, matters for inclusion on the agenda. Any matter so submitted by a Member which shall not have been included on the agenda may be considered at the SGM upon a majority vote of Members registered and present and any other matter may be considered at the SGM only upon a two-thirds vote. The Corporate Secretary shall provide the agenda to Members not less than thirty (30) days prior to the SGM, unless the Board has

reduced the notice period in accordance with Article XIII (1).

**ARTICLE XIV**

Board

1. The Board constitutes the Executive Committee within the meaning of the Act of Incorporation and shall be composed of not more than thirty-one (31) persons elected by the AGM in accordance with the Rules and Regulations of the Board of Governors and the Director General during his or her term of office.

2. To be eligible for election as a member of the Board, an individual must:

   a. hold one of the following positions, or similar, allowing for difference of nomenclature:

      Chair of the Board;

      President of the Company;

      Chief Executive; or

      Managing Director;

   either (i) in a Member or (ii) in a company that owns a majority of the voting shares in a Member airline and whose primary business is the management of one or more airlines; and

   b. have the requisite knowledge of and experience in the airline industry.

3. The terms of office shall be as set in the Rules and Regulations of the Board of Governors.

4. Ten (10) members of the Board shall constitute a quorum but decisions shall require approval of a majority of Board members, which approval may be given in writing or by electronically transmitted and recorded means.

5. No Board member may vote by proxy or be represented by another individual at a Board meeting.

6. Should a vacancy arise on the Board, the Board shall elect a replacement from among the representatives of Members, who shall hold office until the end of the next AGM. In the event of a vacancy arising in respect of the Director General, no such election shall be conducted.

7. With the consent of at least two-thirds of all Board members entitled to participate in the meeting, a meeting of the Board may be conducted by telephone or such other electronic means as permit all participants in the meeting to communicate with one another.

8. The Board:

   a.   Shall elect the Board Chair;

   b.   Shall meet immediately before each AGM in the same locality as the AGM (or by electronic means if the AGM is conducted electronically), and hold at least one (1) additional regular meeting each year on a date and at a place fixed by the Board;

   c.   Shall be vested with executive powers and duties, including the general management and control of the business, affairs, funds and property of IATA;

   d.   Shall determine, review and approve IATA policy within the framework of the Act of Incorporation, these Articles and the decisions of General Meetings;

   e.   Shall take action in response to specific requests from Members as it deems appropriate;

   f.   Shall appoint the Director General, subject to the approval of the AGM, and determine the term of office, duties and remuneration;

   g.   Shall appoint the Corporate Secretary, the Chief Financial Officer and such other officers of IATA as deemed appropriate, who shall be subject to the supervision and authority of the Director General;

h.   Shall establish subsidiary corporations, branches, regional and other offices of IATA anywhere in the world as it considers appropriate;

i.   Shall approve the agenda for a General Meeting;

j.   Shall approve the Rules and Regulations of the Industry Committees and the Provisions for the Conduct of the IATA Traffic Conferences;

k.   Shall establish and determine the membership, duties and functions of any Committee of the Board;

l.   Shall either establish and determine the rules and regulations of any Committee of the Board, or authorize any such Committee to adopt its own rules and regulations;

m.   Shall recommend to the AGM the Fees and Dues and the time by which they shall be payable, as well as the currency or currencies in which they are to be paid;

n.   Shall consider for approval, applications for membership of IATA;

o.   Shall take such action as may be appropriate with respect to the Limitation, suspension or termination of membership;

p.   May delegate, as appropriate, authority to Committees of the Board or to the Director General;

q.   May adopt and amend its Rules and Regulations as deemed appropriate for the exercise of its executive powers and the performance of its duties.

9.   The appointment of the Director General, in accordance with Article XIV (8) (f), shall constitute an appointment as a member of the Board and is effective without further formality. The Director General:

   a.   shall not be eligible for election as the Board Chair; and

   b.   ceases to be a member of the Board when he or she ceases to hold the office of Director General.

**ARTICLE XV**

The Director General:

1.   Shall be the Chief Executive Officer of IATA and shall exercise, under the authority of the Board, the supervision, direction and control over the business and affairs of IATA, as well as such other functions and duties that a General Meeting or the Board may delegate or assign to the Director General;

2.   Shall supervise the mechanisms for the settlement of transactions between Airlines, branches, regional and other offices of IATA and such other entities that the Board may consider appropriate in the interest of IATA;

3.   Shall carry out the duties assigned or delegated to the Director General by a General Meeting or the Board and report on the activities of IATA to the AGM;

4.   May, with the approval of the Board, establish one or more Industry Committees to advise on subjects of significant interest to the air transport industry, appoint its members and dissolve any such Industry Committees at any time;

5.   May establish such working groups and ad hoc task forces as necessary to address specific issues concerning the air transport industry appoint their members and dissolve any such working groups or ad hoc task forces at any time.

**ARTICLE XVI**

The Corporate Secretary

The Corporate Secretary shall perform such duties as are specifically assigned to the Corporate

Secretary in these Articles and as may be determined by the Board or the Director General. In addition, the Corporate Secretary shall act as the Secretary of General Meetings and of the Board.

**ARTICLE XVII**

The Chief Financial Officer

The Chief Financial Officer shall perform such duties as may be determined by the Board or the Director General.

**ARTICLE XVIII**

Signed Decision

A resolution in writing signed or approved by email or other electronic means by all the Board members entitled to vote at a meeting of the Board, or of any committee, as the case may be, shall be a resolution as valid as if it had been made at such meeting. The resolution shall be effective from the date of the last signature. A copy of every signed resolution shall be kept by the Corporate Secretary.

**ARTICLE XIX**

Committee Procedure

Unless otherwise determined by the Board or these Articles, each committee or subordinate body of IATA shall have the power to elect its Chair, to regulate its procedure and to fix its quorum, provided that the approval of at least a simple majority of members of the committee or subordinate body, present and voting, shall be required for any decisions.

**ARTICLE XX**

Remuneration

No Member or representative of a Member shall receive any remuneration for the services of that person on the Board, any Industry Committee or any other body of IATA. Nevertheless, nothing herein shall be construed to preclude any Member or representative of a Member from being remunerated under a specific mandate which has been conferred by decision of the Board, the Director General, an Industry Committee or other competent body of IATA.

**ARTICLE XXI**

Notices

All notices required to be given by IATA or by a Member in accordance with these Articles shall be deemed to have been effectively given upon delivery in person or on the day after electronic transmission or, if sent by registered or certified mail or by courier, on the date shown on the return receipt.

**ARTICLE XXII**

Languages

The languages of IATA shall be English, French, Spanish, Arabic (translation into Arabic is limited to those documents for a General Meeting as requested by Arabic speaking Members), Chinese and any other language that may from time to time be requested and as the Board may from time to time agree.

**ARTICLE XXIII**

Amendment

These Articles may be amended by a two thirds majority vote of Members registered and voting at a General Meeting, provided the proposed amendment has properly come before the General Meeting in accordance with these Articles. Any such amendment will only take effect at the close of the General Meeting at which the amendment is decided, unless otherwise specifically decided by that General Meeting.

## ARTICLE XXIV

### Dissolution

IATA may be dissolved solely by resolution of a General Meeting, approved in writing by two-thirds of all the Members, which resolution shall set the effective date for dissolution. In such event any net remaining assets of IATA shall be disbursed to the United Nations. Members shall be responsible for outstanding and contingent liabilities in the same proportion as their last dues relate to the total amount of annual dues assessed.

## ARTICLE XXV

### Indemnification

Subject to any limitations imposed by applicable law, IATA shall fully indemnify, defend and hold harmless current and former members of the Board, officers, heads of division, or legal counsel of IATA, and their heirs, successors, executors, administrators, and other personal representatives ("an Indemnified Individual"), from and against any and all claims, actions, demands, damages, losses, reasonable costs and expenses arising out of or in connection with the performance of the Indemnified Individual's duties and obligations pursuant to the terms of his or her appointment, engagement or employment, provided that he or she:

1. Acted honestly and in good faith; and

2. In the case of a criminal or administrative action or proceeding that is enforced by a monetary penalty, had reasonable grounds for believing that his or her conduct was lawful.

IATA shall maintain in force insurance for the purposes of giving effect to the indemnity referred to in this Article in such amounts as the Board may from time to time reasonably determine, and as permitted by applicable law.

## ARTICLE XXVI

### Powers of Attorney

The Director General or the Corporate Secretary may grant powers of attorney for the conduct of the activities of IATA and appoint any person or persons as the attorney or attorneys of IATA to execute and deliver any instrument or to execute and deliver a class or series of instruments.

**ACT OF INCORPORATION**

**AN ACT TO INCORPORATE INTERNATIONAL AIR TRANSPORT ASSOCIATION** [*]

Whereas Herbert James Symington, Companion of the Most Distinguished Order of St. Michael and St. George, and one of His Majesty's Counsel, of the city of Montreal, in the province of Quebec, president of the unincorporated Association known as "International Air Transport Association", hereinafter called the "unincorporated Association", John Cobb Cooper, executive, and John Elliot Slater, executive, both of the city of New York, in the State of New York, one of the United States of America, members of the Executive Committee of the unincorporated Association, and Hugh Emmett O'Donnell, of the city of Montreal, one of His Majesty's Counsel and Attorney-at-law of the unincorporated Association, have, by their petition on behalf of the unincorporated Association, prayed that it be enacted as hereinafter set forth, and it is expedient to grant the prayer of the petition; Therefore His Majesty, by and with the advice and consent of the Senate and the House of Commons of Canada, enacts as follows: —
Act of Incorporation

1.      In this Act, unless the context otherwise requires: —

        (a)     "air service" means any air service performed by aircraft for the public transport of passengers, mail or cargo;

        (b)     "air transport enterprise" includes those persons, corporate bodies and unincorporated bodies, companies, firms, partnerships, societies and associations, now or hereafter operating an air service for public hire, under proper authority, in the transport of passengers, mail or cargo under the flag of a State eligible for membership in the International Civil Aviation Organization;

        (c)     "International Civil Aviation Organization" means the organizations provisional and permanent provided for by the Interim Agreement on International Civil Aviation and by the Convention on International Civil Aviation concluded on the 7th day of December, 1944, at the city of Chicago, in the State of Illinois, one of the United States of America, at the International Civil Aviation Conference.

2.      The said Herbert James Symington, John Cobb Cooper, John Elliot Slater and Hugh Emmett O'Donnell, and all the present members of the unincorporated Association, together with such other persons, corporate bodies or unincorporated bodies, companies, firms, partnerships, societies and associations, as may hereafter from time to time become associated with them for the purposes of this Act, and become members of the Association hereby incorporated, are incorporated under the name of "International Air Transport Association" hereinafter called "the Association".

3.      The purposes, objects and aims of the Association shall be: —

        (a)     to promote safe, regular and economical air transport for the benefit of the peoples of the world, to foster air commerce and to study the problems connected therewith;

        (b)     to provide means for collaboration among the air transport enterprises engaged directly or indirectly in international air transport service;

        (c)     to co-operate with the International Civil Aviation Organization and other international organizations.

---

[*] Statutes of Canada, 1945, Chap. 51 (Assented to 18th December, 1945) as amended by Statutes of Canada, 1974-75-76, Chap. 111 (Assented to 27th February, 1975).

4.      The head office of the Association shall be at the city of Montreal, in the province of Quebec, or at such other place as the Association may determine by by-law from time to time.

5.      The Association may, by by-laws, rules and regulations: —

(a)      define and regulate the qualifications, admission, termination, suspension and expulsion of members, determine the different classes of members and their rights, duties and privileges, and fix the fees, subscriptions and dues to be paid by them;

(b)      establish an Executive Committee of the Association with executive powers, determine the method of election or appointment thereto or selection thereof, define the constitution, powers, duties, quorum and terms of office of such Executive Committee and fix the number, powers, duties, quorum, terms and conditions of office of the officers and committees of the Association;

(c)      fix the time and place for holding the annual meeting and other meetings of the Association and the notice to be given thereof;

(d)      provide for the administration and management of the business and affairs of the Association and the furthering of its objects, purposes and aims, and such delegation as it may deem proper of any of its powers to the Executive Committee of the Association, and to any other committee as it may from time to time appoint.

6.      (1)      In addition to the general powers accorded to it by law and to those set forth elsewhere in this Act, the Association shall have power: —

(a)      to acquire the whole or any part of the rights and properties owned or held by, for or on behalf of the unincorporated Association;

(b)      to purchase, take on lease or in exchange, hire and acquire by gift, grant, devise, legacy or otherwise and to own and hold any estate, property or rights, real or personal, moveable or immoveable, or any title or interest therein, and to alienate, sell, exchange, manage, develop, lease, hypothecate, mortgage, change, pledge or otherwise deal therewith in such manner as the Association may determine;

(c)      to borrow money for the purposes of the Association;

(d)      to draw, make, accept, endorse, discount, execute and issue promissory notes, bills of exchange and other negotiable or transferable instruments;

(e)      to invest and deal with the monies of the Association not immediately required in such manner as may from time to time be determined;

(f)      to carry out all or any of the objects of the Association and do all or any of the above things as principal, agent, contractor or otherwise, and either alone or in conjunction with others;

(g)      to do all such other things as are incidental or conducive to the attainment of the objects and the exercise of the powers of the Association.

(2)      Nothing in this section shall be deemed to authorize the Association to issue any note payable to the bearer thereof, or any promissory note intended to be circulated as money, or as the note of a bank, or to engage in the business of banking or insurance.

7.      The present officers and members of the Executive Committee and of the committees of the unincorporated Association shall subject to the by-laws, rules or regulations of the unincorporated Association continue to hold their offices until their successors shall have been appointed or elected in accordance with the provisions of this Act and of the by-laws, rules or regulations made thereunder.

8.      The existing constitution, by-laws and rules of the unincorporated Association, insofar as they are not contrary to law or to the provisions of this Act, shall be the constitution, by-laws and rules of the Association until altered or repealed at an annual or special general meeting of the Association.

9.      The Association may exercise its functions throughout Canada or elsewhere and meetings of the Association and of the Executive Committee and any other committees of the Association may be held at any place other than the head office of the Association and either within or without Canada.

10.     The Association may adopt and use a corporate seal in such form as may be deemed expedient.

## RULES AND REGULATIONS OF THE BOARD OF GOVERNORS

### I. AUTHORITY

1) An Act to Incorporate the International Air Transport Association, Statutes of Canada, 1945, Chapter 51 (assented to December 18,1945), as amended from time to time ("the Act of Incorporation") provides that IATA may establish an Executive Committee with appropriate executive power.

2) The IATA Articles of Association establish a Board of Governors ("the Board") to exercise executive committee functions, accountable to a General Meeting, and authorize the Board to adopt its Rules and Regulations.

3) Accordingly, the Board adopts the following "Rules and Regulations of the Board of Governors".

4) All definitions contained in the Articles of Association shall apply to these Rules and Regulations.

### II. GENERAL

1) The Board acts on behalf and in the interests of IATA. In this capacity its members represent IATA as a whole.

2) The Board acts in close co-operation and co-ordination with the Director General.

3) Individual Board members may be consulted on matters affecting particular subjects and their good offices may be used in the general interests of IATA.

4) The Board gives policy directives and guidance to IATA Advisory Councils and to their subsidiary bodies and policy guidance to the IATA Traffic Conferences and to industry settlement plans, as may be required.

### III. ELECTION — MEMBERSHIP — TERMS OF OFFICE

1) The Board is composed of not more than thirty-one (31) persons elected from eligible individuals nominated by Members, who serve without remuneration, and the Director General during his or her term of office.

2) The seats on the Board will be allocated on a regional basis according to the following geographical regions:

   (i) Africa (except North Africa) & Indian Ocean;
   (ii) Asia-Pacific;
   (iii) Europe;
   (iv) Latin America & the Caribbean;
   (v) Middle East & North Africa;
   (vi) North America;
   (vii) North Asia.

3) The following formula ("the Allocation Formula") will be applied to those geographical regions and used as a guide in the allocation of seats on the Board:

   (i) the total amount of membership dues paid by Members in that region as a percentage of the total membership dues paid, this factor to be given a 50% weighting;

1

(ii)   the number of Members in that region as a percentage of the total IATA membership, this factor to be given a 25% weighting; and

(iii)  the total revenue tonne-kilometers performed by Members in that region as a percentage of the total number of revenue tonne-kilometers performed by all Members, this factor to be given a 25% weighting.

4)    The statistics according to which these factors are to be considered should be based on an average of the three (3) most recent years for which such statistics are available at the date when the Allocation Formula is applied.

5)    The allocation of seats on the Board in accordance with the Allocation Formula will be reviewed by the Board every five (5) years, using the Allocation Formula as a tool to guide the discussion and will, in any event, always ensure that each of:

(i)    Africa (except North Africa) & Indian Ocean;

(ii)   Asia-Pacific;

(iii)  Europe;

(iv)  Latin America & the Caribbean;

(v)   Middle East & North Africa;

(vi)  North America;

(vii) North Asia;

is guaranteed a minimum of two (2) seats on the Board.

6)    Each Board member elected will act as a representative of the interests of the membership as a whole and not as a representative of his or her region or Member airline.

7)    To be eligible for election as a member of the Board, an individual must:

(i)    hold one of the following positions, or similar, allowing for differences of nomenclature:

(a)   Chair of the Board;

(b)   President of the Company;

(c)   Chief Executive;

(d)   Managing Director;

in either i) a Member or ii) a company that owns a majority of the voting shares in a Member and whose primary business is the management of one or more airlines; and (iii) have the requisite knowledge of and experience in the airline industry.

8)    If a Board member ceases to be a representative of the Member which he or she represented at the time of his or her election, or such airline ceases to be a Member, his or her Board membership shall terminate.

9)    Only one Board member may be elected from each Member at any one time. A group of Members that share a common ownership structure may each nominate a candidate for election to the Board.

10)   The election of all Board members, whether recommended by the Nominating Committee in accordance with the Rules of the Nominating Committee or proposed from the floor of the AGM, must be approved by the AGM.

2

11)     If a vacancy arises between AGMs, the Board will elect a replacement from among representatives of Members and the appointment must be made by a majority of the Board. The interim Board member will hold office as a Board member until the end of the next AGM.

12)     If a Board member fails to attend three (3) consecutive, regular Board meetings, his or her Board membership shall automatically terminate unless he or she presents to the Board, prior to the third meeting, a statement that failure to attend one or more meetings was due to circumstances considered acceptable to the Board.

13)     Subject to Rules III (11) and V (2), each Board member shall normally be elected for a three (3) year term.

14)     Each Board member is eligible to serve three (3) consecutive terms. If an individual has served three (3) consecutive terms, a minimum of two (2) years must expire before that person is eligible again for election to the Board. The period of an interim appointment under Rule III (11) will not count as a term for the purpose of this paragraph. The AGM may exceptionally approve the election of an individual to serve more than three (3) consecutive terms on the basis of that individual's knowledge, experience or current responsibilities on the Board.

15)     Any decision by the Board to establish a maximum number of terms after which an individual is no longer eligible for election to the Board until the expiry of a two (2) year period or to amend the maximum number of terms will only take effect at the closing of the Board meeting at which that decision is taken.

16)     Limits on the length of a Board member's term and the number of consecutive terms permitted apply only to the individual Board member and not to the Member which nominated him or her for election.

17)     Rule III (2) to (16) above shall not apply in respect of the Director General, who shall serve as a member of the Board during his or her term of office in accordance with Article XIV of the Articles of Association.

## IV. MEETINGS

1)      Regular Board meetings

        One (1) Board meeting shall be held immediately before each Annual General Meeting (AGM) in the same locality as the AGM and at least one (1) additional regular Board meeting shall be held each year on a date and at a place fixed by the Board.

2)      Special meetings of the Board may be held:

        (i)     without prior notice, during or immediately following the AGM, should the Director General, in consultation with the Board Chair or the Chair Committee, determine that circumstances so warrant; or

        (ii)    on thirty (30) days' notice, subject to the following conditions:

                (a)     if four (4) Board members so request, supported by a statement as to the purpose of the special meeting; or

                (b)     if the Director General, in consultation with the Board Chair, so requests.

        After consulting the Board Chair, the Director General or the Secretary shall circulate the date, time, place and the agenda for a special meeting which shall set out the specific matters for which the meeting was requested.

3)      At any Board meeting, only members of the Board, the Director General, the Secretary, and such other observers as the Board or the Director General may designate, shall be present.

3

4)     No Board member may vote by proxy or be represented by another individual at a Board meeting.

5)     The Director General shall prepare the preliminary agenda of any Board meeting for approval by the Board Chair with the object of limiting the agenda to matters requiring either:

    (i)     decision by the Board;

    (ii)     policy guidance to the Director General;

    (iii)     policy directive or guidance to an Advisory Council or to a subsidiary body;

    (iv)     policy guidance to a Traffic Conference or to an industry settlement plan.

6)     The preliminary agenda, together with the date, time and place of meeting, shall be sent to all Board members by the Secretary at least thirty (30) days prior to a meeting.

7)     Subject to paragraph 5 above, the final agenda may include any matter suggested by any Board member.

8)     The final agenda, together with supporting documentation, shall be sent to Board members by the Secretary at least twenty-one (21) days before the date of the meeting.

9)     Ten (10) members of the Board shall constitute a quorum at any Board meeting but, except as otherwise provided by these Rules and Regulations, decisions of the Board will be valid only when approved by a majority of all Board members. Such approval by members not present at a meeting may be expressed in written or electronic form.

10)     Between meetings, the Board may decide, by mail vote expressed in written or electronic form:

    (i)     matters which any four (4) Board members have requested be put to a mail vote;

    (ii)     matters which in the opinion of the Director General are of such a nature that they can be disposed of by mail vote;

    (iii)     to validate matters approved at a Board meeting without a quorum of Board members present.

11)     In presenting a matter for mail vote, the Director General or the Secretary shall:

    —     specify the issue to be decided;

    —     stipulate the date by which votes should be received.

12)     The Secretary shall inform each Board member of the result of any vote.

13)     A summary of action taken by the Board at each meeting shall be circulated by the Secretary to all Members.

14)     Upon request by a Board member, the Board Chair or the Director General may authorize that Board member to be accompanied by a personal interpreter for a specific Board meeting or for discussion on a specific agenda item.

## V. BOARD CHAIR

1)     The Board Chair shall be elected by the Board from among the current Board members. Where there is more than one (1) candidate, the election will be held by secret ballot conducted by the Secretary and the election will require a majority of the Board members present and voting. The Board Chair will serve a three (3) year term in the order stated below:

    (i)     One (1) year on the Chair Committee as the Board Chair-elect;

    (ii)     One (1) year as both the Board Chair and the Chair Committee Chair;

4

    (iii)   One (1) year on the Chair Committee as Past Board Chair.

2)    Upon election of a Board member to the position of Board Chair-elect, his or her term on the Board will automatically be extended if necessary to ensure that he or she can serve the three (3) year term described in Rule V (1). The extension to his or her term will not count as a new term for the purposes of Rule III (14).

3)    The Board Chair shall preside at meetings of the Board and of the Chair Committee and carry out such other duties and functions as the Board or the Chair Committee may prescribe.

4)    An individual can only serve one term as Board Chair after which he or she will be ineligible for this role. However, if the current Board Chair is unable to fulfill his or her responsibilities at any time during his or her term, the Board can agree that a previous Board Chair may exceptionally act as Board Chair on an interim basis.

5)    The Director General shall not be eligible for election as Board Chair.

## VI. OFFICERS OF THE ASSOCIATION

1)    The Director General:

    (i)    advises and makes recommendations to the Board on matters affecting the air transport industry, including initiatives to be taken and planning required;

    (ii)    expresses and implements the policies of IATA in conformity with its Mission and Aims and as decided by the Board in relation to particular matters which may arise from time to time;

    (iii)   has overall responsibility for the efficient organization and functioning of IATA, including preparation of the budget and control of all funds. Within the budget, he or she has authority to engage and dismiss IATA staff and to determine their duties, except for the:

        (a)   appointment and termination of the Corporate Secretary and the Chief Financial Officer which shall be subject to approval by the Board; and

        (b)   rules, regulations and procedures for the issuance of passes for free and reduced air fare transportation for IATA employees which are subject to Board approval under Resolution 788;

    (iv)   provides guidance to the Traffic Conferences to ensure that Board policies are taken into account and has authority to appoint a Commissioner to exercise jurisdiction over certain matters in accordance with Passenger and Cargo Agency Conference Resolutions. Any such appointment will be notified to the Board;

    (v)    acts in conformity with administrative responsibilities which may be assigned by a Traffic Conference in connection with programs established by Conference Resolutions;

    (vi)   in conformity with Board policy guidance, ensures the financial integrity and efficient management of industry settlement plans;

    (vii)   in consultation with the Industry Finance and Distribution Advisory Council on policy issues, shall supervise the IATA Clearing House (ICH);

    (viii)  solicits and receives candidates for the position of Board Chair from among Board members and circulates the names of all such candidates to the Board.

2)    The Corporate Secretary is appointed by the Board on the recommendation of the Director General. Subject to the supervision and authority of the Director General, he or she acts as Secretary and

records the proceedings of General Meetings and the Board and carries out such other duties and responsibilities as may be assigned to him or her.

3)  The Chief Financial Officer is appointed by the Board on the recommendation of the Director General. Subject to the supervision and authority of the Director General, he or she is responsible for the accounts and financial records of IATA, for the custody and protection of its funds and carries out such other duties and responsibilities as may be assigned to him or her.

**VII. OTHER COMMITTEES**

**Committees of the Board**

1)  The Board has established the following Committees:

—  the Chair Committee;
—  the Audit Committee.

2)  Subject to these Rules and Regulations and the Rules adopted by the Board in relation to the individual Committees, each Committee may adopt its own rules of procedure.

**Advisory Councils**

3)  The Director General may establish Industry Committees, subject to the approval of the Board, and such Industry Committees shall be known as "Advisory Councils" for the purpose of these Rules and Regulations.

4)  The following Advisory Councils are approved by the Board:

(i)    Cargo;
(ii)   Digital Transformation;
(iii)  Distribution;
(iv)   Industry Affairs;
(v)    Industry Financial;
(vi)   Legal;
(vii)  Operations;
(viii) Security; and
(ix)   Sustainability and Environment.

5)  The Rules and Regulations and the Mandates of Advisory Councils shall be established by the Director General, subject to approval by the Board.

6)  Members of the Advisory Councils shall be appointed for a three (3) year term by the Director General on the basis of nominations by Members. Prior to the AGM which coincides with the expiry of the terms of the Advisory Council members, the Corporate Secretary shall request nominations to fill the vacancies and prescribe the date up to which nominations will be accepted.

7)  The Director General shall make the appointments to Advisory Councils, subject to review by the Chair Committee and the approval of the Board. Appointed nominees shall have the experience and expertise required to make a substantial contribution to the Advisory Council's work. Appointments shall take into consideration:

(i)    regional balance;

6

    (ii)    size of Member airline balance;

    (iii)   a combination of continuity and rotation in the Advisory Council membership;

    (iv)   representation of the membership across all of the Advisory Councils;

    (v)    seniority within the airline of the candidate concerned;

    (vi)   candidates from airlines that share a common ownership structure;

    (vii)   gender diversity; and

    (viii)  the views of the current members of the Advisory Council concerned.

**Working Groups and ad hoc Task Forces**

8)     Working Groups and ad hoc Task Forces may be established by the Director General or by the Advisory Councils subject to the approval of the Director General.

## VIII. IATA INTEREST GROUPS

1)     On the recommendation of the Director General, the Board:

    (i)    approves the guidelines for activities of interest groups; and

    (ii)   confirms the establishment or dissolution of any IATA interest group.

2)     The Director General:

    (i)    monitors the activities of any interest group and ensures that it conducts its affairs in accordance with the guidelines;

    (ii)    solicits a report from each Interest Group in the fourth quarter of each year and provides these to the Board at its December meeting;

    (iii)   carries out a full review of the mandates and activities of each Interest Group every three (3) years and makes recommendations to the Board for their revision or winding up; and

    (iv)   ensures that the work of the Interest Groups is publicized as widely as possible so that the broader IATA membership may benefit from their activities

## IX. THE CLEARING HOUSE

As provided in the IATA Clearing House (ICH) Regulations, certain Regulations may be abolished by the Board, while others may be amended or abolished by the Director General, subject to prior consultation with the Industry Finance and Distribution Advisory Council.

## X. APPROVAL OF MEMBERSHIP IN IATA

1)     Subject to the Articles of Association, the Board shall prescribe the form and content of the application for IATA membership.

2)     Subject to confirmation by the Corporate Secretary that an application is in order, it shall be considered expeditiously by the Board.

3)     Upon payment of all applicable Fees and Dues and approval by the Board, membership shall be effective.

4)    If the application is rejected by the Board, the Director General shall advise the Applicant Airline of its right to appeal as provided for in the Articles of Association, the date and place of the next General Meeting and the procedures for pursuing an appeal to the General Meeting.

## XI. MEMBERSHIP DUES

1)    The Board, through the Director General, may require Members to submit such reports and data as may be necessary to calculate the Dues for the next year.

2)    Subject to approval of the AGM, the Board shall determine the Dues to be paid by each Member and the currency or currencies of payment.

3)    The rate of interest on arrears of dues shall accrue and be payable at a rate equal to the daily rate charged by IATA's primary bank operating lender from time to time, as determined by the Board or the Director General upon the Board's delegation to him or her, plus 1% per annum thereon. The Board or the Director General upon the Board's delegation to him or her may waive this requirement because of exceptional circumstances.

4)    If a Member is unable to obtain the currency in which its Dues, or any other financial obligations, are payable and this is established to the satisfaction of the Director General, the Director General is authorized to accept payment in any other currency acceptable to him or her, provided that this is in conformity with any applicable exchange control laws.

## XII. BUDGET

The Director General shall submit a proposed annual budget to the Board.

## XIII. PROVISIONS FOR THE CONDUCT OF THE IATA TRAFFIC CONFERENCES

The Provisions for the Conduct of the IATA Traffic Conferences may be amended by the Board. Nevertheless, the Board shall first obtain the approval of the AGM before making any amendment to Sections VIII and IX of said Provisions, the effect of which would be to alter the requirement for a unanimous vote of all the voting members of a Traffic Conference.

## XIV. GENERAL MEETINGS

1)    On the recommendation of the Director General, the Board shall determine the agenda of and program for the AGM and may at any time propose items for consideration.

2)    The Board shall submit to the AGM a report of its activities since the last AGM, designed to inform Members of important subjects and significant items, including those considered by the Advisory Councils during the preceding year.

3)    The Director General shall immediately bring to the attention of the Board any request for a Special General Meeting and shall make recommendations as to date, time, place, and agenda.

## XV. AMENDMENTS OF THE RULES AND REGULATIONS

The Board may from time to time amend these Rules and Regulations provided that the Secretary has circulated any proposed amendment together with an explanatory paper to all Board members at least twenty-one (21) days prior to the meeting which will consider the amendment in accordance with Rule IV (8). Any such

8

amendment will only take effect at the close of the meeting at which the amendment is decided by the Board unless the Board specifically decides otherwise.

**COMMITTEES OF THE BOARD OF GOVERNORS**

**ROLES AND RESPONSIBILITIES**

**I. — CHAIR COMMITTEE**

1)      **Basic Function**

The Chair Committee acts on behalf of and is accountable to the Board of Governors ("the Board") with respect to the duties and authority delegated to it by the Board. It is responsible for overseeing financial performance and governance of the Association; and subject to review and approval by the Board, it has overall responsibility for industry policy and for providing policy directives and guidance to the Advisory Councils and subsidiary bodies and policy guidance to the IATA Traffic Conferences and to industry settlement plans.

2)      **Duties and Responsibilities**

The Chair Committee shall:

(1)      monitor the performance of IATA and provide administrative guidance to the Director General;

(2)      recommend to the Board the annual budget and the Membership Dues Assessment Formula;

(3)      recommend to the Board arrangements regarding payment of Members' outstanding financial obligations;

(4)      approve non-budget expenditures up to amounts authorized by the Board;

(5)      monitor the overall financial performance of IATA;

(6)      on the advice of the Director General, recommend to the Board appointment of the Chief Financial Officer and the Corporate Secretary and pension management and funding;

(7)      establish a Remuneration Committee consisting of:

(i)      the Board Chair,
(ii)     the Board Chair-elect, and
(iii)    the Past Board Chair,

to recommend to the Board compensation policies, to monitor the performance of the Director General and recommend to the Board changes in his or her remuneration, and to review and advise the Director General on all matters pertaining to the remuneration and appraisal of IATA's top executives;

(8)      recommend to the Board the agenda for any General Meeting;

(9)      make recommendations to the Board with respect to appointments to Board Committees;

(10)     review and determine the eligibility of any nominee for Board membership;

(11)     monitor the effectiveness of the governance practices of IATA and make recommendations to the Board;

9

(12)  establish overall industry policy guidelines and approve industry policies brought forward by the Director General or by the Advisory Councils and subsidiary bodies;

(13)  develop the long-term strategy for IATA and ensure that the Director General and the Advisory Councils are appropriately tasked to implement the strategy;

(14)  monitor the performance of the Advisory Councils.

(15)  every three years, when membership on Advisory Councils is renewed, review the mandates and the application of guidelines for establishing the composition of the Advisory Councils and recommend their approval by the Board.

(16)  carry out any other duties that may be referred to it from time to time by the Board.

3)  **Membership**

(1)  The Chair Committee will consist of a maximum of ten (10) Board members to be elected by the Board and will include:

(i)    the Board Chair;

(ii)   the Board Chair–elect;

(iii)  the Past Board Chair; and

(iv)   one representative from each of the seven (7) geographical regions that comprise membership of the Board.

(2)  The initial term of office for members from each of the seven (7) regions is to coincide with their term on the Board. If re-elected to the Board, they could be re-elected to the Chair Committee for a further three (3) year term, providing that their total term of office is no more than five (5) years.

(3)  The members of the Chair Committee will be elected from a list of candidates compiled by the Director General who will take into account the following in compiling this list:

(i)    The role of individuals in the industry as either global or regional leaders;

(ii)   No more than one individual from a group of Member airlines that share a common ownership, common ownership meaning two or more Member airlines of whom the majority of the voting shares are held by another company whose primary business is the management of those Member airlines; and

(iii)  A reasonable mix of continuity and rotation.

(4)  Should a member of the Chair Committee no longer be eligible or able to serve on the Board, the Board shall fill the vacancy on the Chair Committee from amongst the Board members in the corresponding region. The length of an individual's term on the Chair Committee will be the same as the remaining length of his or her term on the Board. If that individual is re-elected to the Board, he or she will also be eligible for re-election to the Chair Committee.

(5)  The Board Chair shall act as Chair of the Chair Committee and shall have a casting vote in the event of a tied vote.

(6)  The Director General shall appoint a member of the IATA Secretariat to act as Secretary to the Chair Committee.

4)  **Meetings**

The Chair Committee is available, on call, for consultation with the Director General either by means of a

10

meeting or through teleconference, video conference or other electronic means. It shall meet at least four times a year, including one (1) meeting on a date appropriate to preparation of the budget. Two of the four meetings will take place before the Board meetings held at the AGM and in December of each year.

5) **Quorum and Majority**

(1)     Six (6) members shall constitute a quorum at any meeting.

(2)     Except as otherwise provided by these Roles and Responsibilities, decisions of the Committee will be valid only if approved by a majority of all its members. Such approval by members not present at a meeting may be expressed in written or electronic form.

(3)     Decisions taken by mail vote will be deemed valid if approved by a majority of the Committee.

## II — AUDIT COMMITTEE

1) **Basic Function**

The Audit Committee of the Board of Governors is responsible for reviewing the financial reporting process, the system of internal control and management of financial risks, the audit process and the process of monitoring compliance with laws and regulations.

2) **Duties and Responsibilities**

The Audit Committee shall:

(1)     recommend to the Board the appointment of the external auditors;

(2)     review the audited annual consolidated financial statements with the external auditors and, upon reaching a determination that they are in order, approve the statements, cause them to be signed, and submit them to the Board for ratification prior to the Board's presentation of the statements to the AGM;

(3)     review from time to time the adequacy of key financial and accounting policies and recommend changes to the Board as and when required;

(4)     monitor the commercial risks of IATA operations and provide guidance to the Director General as and when required;

(5)     review potential conflicts of interest arising from non-audit services provided by the external auditor;

(6)     ensure that all potential material claims against IATA, or any litigation in which IATA is involved, have been properly evaluated and accounted for;

(7)     review with management the effectiveness of internal controls;

(8)     review significant findings and recommendations of the internal auditor;

(9)     deal with reports of material violations or breaches of fiduciary duties;

(10)    deal with any differences between the management of IATA and the external auditors;

(11)    report to the Board on a regular basis and make such recommendations with respect to the above and other matters as the Committee may deem appropriate.

3) **Membership**

(1)     The Audit Committee consists of five (5) Board members:

(i)     the Board Chair-elect;

11

     (ii)     the Past Board Chair;

     (iii)    one (1) other member of the Board who is not a member of the Chair Committee and who shall act as Chair of the Audit Committee for a three (3) year term.

     (iv)    two (2) additional members of the Board who are not members of any other Committee, each to serve as members of the Audit Committee for a three (3) year term.

(2)    The Chair of the Audit Committee and the two (2) additional members shall be elected by the Board on the recommendation of the Director General.

(3)    The Director General shall appoint a member of the IATA Secretariat to act as Secretary to the Audit Committee.

4)    **Meetings**

(1)    The Audit Committee is available, on call, for consultation with the Director General either by means of a meeting or through teleconference, video conference or other electronic means. It shall meet at least twice a year, and in addition hold one (1) meeting on a date appropriate to facilitate review and approval of the audited annual consolidated financial statements.

(2)    The Board Chair shall receive the agenda and documentation of each meeting of the Audit Committee at the same time as it is received by Audit Committee members and shall be invited to attend the meetings of the Audit Committee as an observer, at his or her discretion.

5)    **Quorum and Majority**

(1)    Three (3) members shall constitute a quorum at any meeting;

(2)    Decisions taken at a meeting will be deemed valid only if approved by a majority of the members present at such meeting;

(3)    Decisions taken by mail vote will be deemed valid if approved by a majority of the Committee.

12

Exhaustless Inc.
Select Members of IATA Board of Governors
Per Annual Review   https://www.iata.org/en/publications/annual-review/

| | | U.S. Air Carrier or Parent | | | | | | | | Foreign Air Carrier or Parent | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual Review | Board Term | American | United | Delta | FedEx | JetBlue | Northwest | Hawaiian | Atlas Air | Air Canada | Air France | British Airways | Iberia | KLM | LAN Airlines/ LATAM | Lufthansa |
| 2005 | 2004-2005 | Gerard Arpey | Glen Tilton | Gerald Grinstein | David Bronczek | | Gary Wilson | | | Robert Milton | Jean-Cyril Spinetta | Rod Eddington | Fernando Conte | Leo M. van Wijk | Enrique Cueto | Wolfgang Mayrhuber |
| 2006 | 2005-2006 | Gerard Arpey | Glen Tilton | Gerald Grinstein | David Bronczek | | Douglas Steenland | | | Robert Milton | Jean-Cyril Spinetta | Willie Walsh | Fernando Conte | Leo M. van Wijk | Enrique Cueto | Wolfgang Mayrhuber |
| 2007 | 2006-2007 | Gerard Arpey | Glen Tilton | Gerald Grinstein | David Bronczek | | Douglas Steenland | | | Robert Milton | Jean-Cyril Spinetta | Willie Walsh | Fernando Conte | Leo M. van Wijk | Enrique Cueto | Wolfgang Mayrhuber |
| 2008 | 2007-2008 | Gerard Arpey | Glen Tilton | Richard Anderson | David Bronczek | | Douglas Steenland | | | Montie Brewer | | | Fernando Conte | Peter Hartman | Enrique Cueto | Wolfgang Mayrhuber |
| 2009 | 2008-2009 | Gerard Arpey | | David Bronczek | | | | | | | | | Fernando Conte | Peter Hartman | Enrique Cueto | |
| 2010 | 2009-2010 | Gerard Arpey | Glen Tilton | Richard Anderson | David Bronczek | | | | | | | | | Peter Hartman | Enrique Cueto | |
| 2011 | 2010-2011 | Gerard Arpey | | Richard Anderson | David Bronczek | | | | | | | | | Peter Hartman | Enrique Cueto | |
| 2012 | 2011-2012 | Thomas Horton | | Richard Anderson | David Bronczek | David Barger | | | | Calin Rovinescu | Jean-Cyril Spinetta AIR FRANCE/KLM (representing AIR FRANCE) | Willie Walsh International Airlines Group (representing BRITISH AIRWAYS) | | Peter Hartman IATA Chair | Enrique Cueto | Christoph Franz |
| 2013 | 2012-2013 | | | Richard Anderson | David Bronczek | David Barger | | | | Calin Rovinescu | Jean-Cyril Spinetta AIR FRANCE/KLM (representing AIR FRANCE) | Willie Walsh International Airlines Group (representing BRITISH AIRWAYS) | Antonio Vázquez | Calin Rovinescu | Enrique Cueto | Christoph Franz |
| 2014 | 2013-2014 | | | Richard Anderson | David Bronczek | David Barger | | | | Calin Rovinescu | Alexandre de Juniac President and Chief Executive Officer AIR FRANCE-KLM (representing AIR FRANCE) | Willie Walsh Chief Executive Officer International Airlines Group (representing BRITISH AIRWAYS) | Antonio Vázquez Chairman IAG Board of Directors (representing IBERIA) | Peter Hartman Vice Chairman of the Board AIR FRANCE-KLM (representing KLM) | Enrique Cueto | Carsten Spohr |

Exhaustless Inc.
Select Members of IATA Board of Governors
Per Annual Review   https://www.iata.org/en/publications/annual-review/

| | | U.S. Air Carrier or Parent | | | | | | | | Foreign Air Carrier or Parent | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual Review | Board Term | American | United | Delta | FedEx | JetBlue | Northwest | Hawaiian | Atlas Air | Air Canada | Air France | British Airways | Iberia | KLM | LAN Airlines/ LATAM | Lufthansa |
| 2015 | 2014-2015 | Douglas Parker | Jeffery Smisek Chairman , President and CEO UNITED AIRLINES | Richard Anderson | David Bronczek | David Barger | | | | Calin Rovinescu | | Willie Walsh Chief Executive Officer International Airlines Group (representing BRITISH AIRWAYS) | | Peter Hartman Vice Chairman of the Board AIR FRANCE-KLM (representing KLM) | Enrique Cueto | Carsten Spohr Chairman and Chief Executive Officer LUFTHANSA |
| 2016 | 2015-2016 | Douglas Parker | (To September 2015) Jeffery Smisek Chairman , President and CEO UNITED AIRLINES | | | Robin Hayes | | | | Calin Rovinescu | Alexandre de Juniac President and Chief Executive Officer AIR FRANCE-KLM (representing AIR FRANCE) [2017 becomes CEO of IATA] | Willie Walsh Chief Executive Officer International Airlines Group (representing BRITISH AIRWAYS) | | Peter Hartman Vice Chairman of the Board AIR FRANCE-KLM (representing KLM) (From February 2016) Pieter Elbers President and CEO KLM ROYAL DUTCH AIRLINES | Enrique Cueto | Carsten Spohr Chairman and Chief Executive Officer LUFTHANSA |

Exhaustless Inc.
Select Members of IATA Board of Governors
Per Annual Review   https://www.iata.org/en/publications/annual-review/

| | | U.S. Air Carrier or Parent | | | | | | | | Foreign Air Carrier or Parent | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual Review | Board Term | American | United | Delta | FedEx | JetBlue | Northwest | Hawaiian | Atlas Air | Air Canada | Air France | British Airways | Iberia | KLM | LAN Airlines/ LATAM | Lufthansa |
| 2017 | 2016-2017 | Douglas Parker | | | David Bronczek | Robin Hayes | | Mark Dunkerley | | Calin Rovinescu | Alexandre de Juniac Chairman and Chief Executive Officer AIR FRANCE-KLM (representing AIR FRANCE) [became IATA ceo 2016] (From August 2016) Jean-Marc Janaillac Chairman and Chief Executive Officer AIR FRANCE KLM GROUP (representing AIR FRANCE) | Willie Walsh Chief Executive Officer International Airlines Group (representing BRITISH AIRWAYS) | | Pieter Elbers | Enrique Cueto | Carsten Spohr |
| 2018 | 2017-2018 | Douglas Parker Chairman and Chief Executive Officer AMERICAN AIRLINES | Oscar Munoz | | David Bronczek President and Chief Operating Officer FEDEX CORPORATION | Robin Hayes | | Mark Dunkerley | | Calin Rovinescu | Jean-Marc Janaillac Chairman and Chief Executive Officer AIR FRANCE/KLM (representing AIR FRANCE) | Willie Walsh Chief Executive Officer International Airlines Group (representing BRITISH AIRWAYS) [became IATA ceo April 2021] | | Pieter Elbers | Now LATAM; Enrique Cueto | Carsten Spohr Chairman and Chief Executive Officer LUFTHANSA |
| 2019 | 2018-2019 | Douglas Parker Chairman and Chief Executive Officer AMERICAN AIRLINES | Oscar Munoz | | David Bronczek President and Chief Operating Officer FEDEX CORPORATION | Robin Hayes | | | | Calin Rovinescu | Benjamin Smith Chief Executive Officer AIR FRANCE / KLM (representing Air France) | | Luis Gallego Martin | Pieter Elbers | Enrique Cueto | Carsten Spohr Chairman and Chief Executive Officer LUFTHANSA |

Exhaustless Inc. Workpaper IATA BOG Page 3

Exhaustless Inc.
Select Members of IATA Board of Governors
Per Annual Review   https://www.iata.org/en/publications/annual-review/

| | | U.S. Air Carrier or Parent | | | | | | | | Foreign Air Carrier or Parent | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual Review | Board Term | American | United | Delta | FedEx | JetBlue | Northwest | Hawaiian | Atlas Air | Air Canada | Air France | British Airways | Iberia | KLM | LAN Airlines/ LATAM | Lufthansa |
| 2020 | 2019-2020 | Douglas Parker Chairman and Chief Executive Officer AMERICAN AIRLINES | Oscar Munoz Chairman United Airlines | | Donald Colleran President and Chief Executive Officer FedEx Express | Robin Hayes | | | | Calin Rovinescu | Benjamin Smith Chief Executive Officer Air France KLM (representing Air France) | | Luis Gallego Martin Chief Executive Officer IAG (representing Iberia) AND Enrique Cueto Chief Executive Officer LATAM | | Roberto Alvo Chief Executive Officer LATAM Airlines Group | Carsten Spohr, Chair, IATA Board of Governors, Chairman and CEO Lufthansa Group |
| 2021 | 2020-2021 | Douglas Parker Chairman and Chief Executive Officer AMERICAN AIRLINES | Scott Kirby | | Donald Colleran President and Chief Executive Officer FedEx Express | Robin Hayes, Chair, IATA Board of Governors, CEO JetBlue Airways | | | | Michael Rousseau | Benjamin Smith Chief Executive Officer Air France KLM (representing Air France) | | Luis Gallego Martin Chief Executive Officer IAG (representing Iberia) | Pieter Elbers | Roberto Alvo Chief Executive Officer LATAM Airlines Group | Carsten Spohr Chairman and CEO Lufthansa Group |
| 2022 | 2021-2022 | Douglas Parker Chairman AMERICAN AIRLINES | Scott Kirby | | Donald Colleran President and Chief Executive Officer FedEx Express | Robin Hayes, Chair, IATA Board of Governors, CEO JetBlue Airways | | | | Michael Rousseau | Benjamin Smith Chief Executive Officer Air France KLM (representing Air France) | | Luis Gallego Martin Chief Executive Officer IAG (representing Iberia) | Pieter Elbers | Roberto Alvo Chief Executive Officer LATAM Airlines Group | Carsten Spohr Chairman and CEO Lufthansa Group |

Exhaustless Inc. Workpaper IATA BOG Page 4

Exhaustless Inc.
Select Members of IATA Board of Governors
Per Annual Review   https://www.iata.org/en/publications/annual-review/

| | | U.S. Air Carrier or Parent | | | | | | | | Foreign Air Carrier or Parent | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual Review | Board Term | American | United | Delta | FedEx | JetBlue | Northwest | Hawaiian | Atlas Air | Air Canada | Air France | British Airways | Iberia | KLM | LAN Airlines/ LATAM | Lufthansa |
| 2023 | 2022-2023 | (To 7 November 2022) Douglas Parker, Chairman, AMERICAN AIRLINES; Robert Isom | Scott Kirby | | Donald Colleran President and Chief Executive Officer FedEx Express | Robin Hayes, CEO JetBlue Airways | | | John Dietrich President and Chief Executive Officer ATLAS AIR* | Michael Rousseau | Benjamin Smith Chief Executive Officer Air France KLM (representing Air France) | | Luis Gallego Martín Chief Executive Officer IAG (representing IBERIA) | Marjan Rintel President and Chief Executive Officer KLM | Roberto Alvo Chief Executive Officer LATAM AIRLINES GROUP | Carsten Spohr Chairman and Chief Executive Officer LUFTHANSA GROUP (representing Lufthansa) |
| Aug-23 | 2023-2024 | Robert Isom | Scott Kirby | | Richard Smith President and Chief Executive Officer, Airline and International FEDEX | | | Peter Ingram | | Michael Rousseau | Benjamin Smith Chief Executive Officer Air France KLM (representing Air France) | | Luis Gallego Martín Chief Executive Officer IAG (representing IBERIA) | Marjan Rintel President and Chief Executive Officer KLM | Roberto Alvo Chief Executive Officer LATAM AIRLINES GROUP | Carsten Spohr Chairman and Chief Executive Officer LUFTHANSA GROUP (representing Lufthansa) |

* Per Business Registration in Quebec 2023.

Exhaustless Inc. Workpaper IATA BOG Page 5

## CHAIRMAN CALIN ROVINESCU

understood this better than others. Some have formed great partnerships with their aviation industries. Generally, when we look at industries that will stimulate economies, aviation needs to be seen by governments as a leader.

### How do you see IATA's role in the industry?

IATA provides fundamental support and leadership for the industry. All of the airlines count on IATA to provide the foundational support for safety and security. IOSA and ISSA are great examples. Airlines count on IATA to provide that leadership. Likewise, the financial intermediation—through which IATA is basically providing the support of one of the largest banking institutions on the planet—is critical to the functioning of the airline sector.

Initiatives like Smart Security are drivers for where the future of aviation will go. And finally on the advocacy side airlines count on IATA not only to deal with macro issues, such as ensuring that governments understand the benefits of aviation, but also to deal with more timely issues like the Venezuelan crisis.

### Can you describe your experience as Chairman of the IATA Board of Governors?

The last year has been an extremely interesting one. First of all, on the governance side we are an entity now that has a much more transparent and clear leadership—both in the boardroom and in management. We think that this will stand the organization well for many years to come.

Secondly, it has been very pleasing for me to see the diverse expressions around the Board of Governors' table on some of the difficult issues that we have had to face over the past year. We heard from all corners of the globe on what it is that we can do to make aviation safer, how it is that we can better communicate information that comes out of conflict zones, what issues are of relevance in terms of advocacy, how we can improve technology and distribution, and so on.

When I look at the progress that has been made, I am very pleased with the outcome despite the fact that, like in any good boardroom, there are some diverse opinions being expressed around the table.

### What should IATA be aiming for in the future?

I would like to see IATA continue to develop a stronger advocacy presence. We can do a better job anticipating issues rather than responding to them. A good example is the work that IATA has done on climate change, where airlines knew through IATA that they were going to face significant challenges at the ICAO level. IATA put the industry's views forward, which was extremely beneficial. I would like to see a continuation of that kind of anticipatory advocacy.

Secondly, I would like to see an even broader membership in IATA. I think that we can encourage some of the new entrants—the so-called LCCs or lower-cost carriers—to join. They have a role to play as well. The industry has changed, and the IATA membership needs to recognize that.

## IATA Board of Governors 2014–2015

| | | | | | | |
|---|---|---|---|---|---|---|
| **CHAIR OF THE BOARD**<br>**Calin Rovinescu**<br>President and Chief Executive Officer<br>AIR CANADA | **Yang Ho Cho**<br>Chairman and Chief Executive Officer<br>KOREAN AIR | **German Efromovich**<br>President of the Board of Directors<br>AVIANCA | **Rickard Gustafson**<br>President and Chief Executive Officer<br>SAS | **Temel Kotil**<br>President and Chief Executive Officer<br>TURKISH AIRLINES | **Douglas Parker**<br>Chief Executive Officer<br>AMERICAN AIRLINES | **Willie Walsh**<br>Chief Executive Officer<br>INTERNATIONAL AIRLINES GROUP<br>(representing BRITISH AIRWAYS) |
| **MEMBERS**<br>**Akbar Al Baker**<br>Chief Executive Officer<br>QATAR AIRWAYS | **Chu Kwok Leung (Ivan)**<br>Chief Executive<br>CATHAY PACIFIC | **Sameh Ahmed Zaky El Hefny**<br>Chairman and Chief Executive Officer<br>EGYPTAIR | **Peter Hartman**<br>Vice Chairman of the Board<br>AIR FRANCE-KLM<br>(representing KLM) | **Liu Shaoyong**<br>Chairman<br>CHINA EASTERN AIRLINES | **Vitaly G. Saveliev**<br>Chairman<br>AEROFLOT | **ALSO SERVED**<br>**(TO FEBRUARY 2015)**<br>**David Barger**<br>President and Chief Executive Officer<br>JETBLUE |
| **Saleh N. Al Jasser**<br>Director General<br>SAUDI ARABIAN AIRLINES | **Andrés Conesa**<br>Chief Executive Officer<br>AEROMEXICO | **Tewolde GebreMariam**<br>Chief Executive Officer<br>ETHIOPIAN AIRLINES | **James Hogan**<br>President and Chief Executive Officer<br>ETIHAD AIRWAYS | **Pham Ngoc Minh**<br>President and Chairman<br>CHINA SOUTHERN AIRLINES | **Si Xian Min**<br>President and Chairman<br>CHINA SOUTHERN AIRLINES | **(TO NOVEMBER 2014)**<br>**Titus Naikuni**<br>Group Managing Director and CEO<br>KENYA AIRWAYS |
| **Richard Anderson**<br>Chief Executive Officer<br>DELTA AIR LINES | **Enrique Cueto**<br>Chief Executive Officer<br>LAN AIRLINES | **Goh Choon Phong**<br>Chief Executive Officer<br>SINGAPORE AIRLINES | **Harry Hohmeister**<br>Chief Executive Officer<br>SWISS | **Mbuvi Ngunze**<br>Group Managing Director and CEO<br>KENYA AIRWAYS | **Jeffery Smisek**<br>Chairman, President and CEO<br>UNITED AIRLINES | |
| **David Bronczek**<br>President and Chief Executive Officer<br>FEDERAL EXPRESS | **Alexandre de Juniac**<br>President and Chief Executive Officer<br>AIR FRANCE-KLM<br>(representing AIR FRANCE) | **Naresh Goyal**<br>Chairman<br>JET AIRWAYS (INDIA) LTD | **Alan Joyce**<br>Chief Executive Officer<br>QANTAS | **Masaru Onishi**<br>Chairman<br>JAPAN AIRLINES | **Carsten Spohr**<br>Chairman and Chief Executive Officer<br>LUFTHANSA | |

Exhaustless Inc. Workpaper IATA BOG Page 6

7

## CHAIRMAN ANDRES CONESA

**IATA has made progress in attracting new-model airlines. How important is this for the association?**

In this industry, there are many different business models, from full-service network carriers to low-cost carriers. But there are many aspects of the industry where the distinction between the different models becomes blurred and almost ceases to exist. All airline business models need the right infrastructure, for example, or low taxation.

I hope that every airline in every corner of the world sees IATA contributing toward those goals. And so I would encourage all airlines to join IATA because they will benefit from membership and provide additional experience to those of us who are already members.

**What are your thoughts on the leadership transition?**

Tony Tyler did a great job. His achievements are outstanding. In line with IATA principles, he improved partnerships and collaboration. And he guided a new global standard—New Distribution Capability—from its launch to the point today where it is being implemented in many airlines. He strengthened the industry and also strengthened IATA's management and corporate governance.

We expect Alexandre to follow a similar path but in his own style. He has great experience in the industry and in government, so I am convinced that he will also do a great job in leading IATA.

**What are the potential areas of focus for IATA in the year ahead?**

One of the pillars of IATA is global standards. We have, for instance, successfully implemented a global standard in safety. It is important to continue along these lines, and I think that it will be key to have a global standard in consumer rights.

And there are still opportunities to improve IATA's main function—the financial systems. I am looking forward to continual upgrades in the on-time performance and cost-efficiency of processing airline funds.

The importance of the organization is huge. Having served on the IATA Board for a number of years and in the last year as Chairman has given me many opportunities to observe how my airline—Aeromexico—can do things better, implement global standards, and strengthen its operations.

## IATA Board of Governors 2015–2016

**CHAIR OF THE BOARD**
**Andrés Conesa**
Chief Executive Officer
AEROMEXICO

**MEMBERS**
**Akbar Al Baker**
Chief Executive Officer
QATAR AIRWAYS

**Saleh N. Al Jasser**
Director General
SAUDI ARABIAN AIRLINES

**David Bronczek**
President and Chief
Executive Officer
FEDEX EXPRESS

**Yang Ho Cho**
Chairman and Chief
Executive Officer
KOREAN AIR

**Chu Kwok Leung, Ivan**
Chief Executive
CATHAY PACIFIC

**Enrique Cueto**
Chief Executive Officer
LAN AIRLINES S.A.

**Alexandre de Juniac**
President and Chief
Executive Officer
AIR FRANCE-KLM
(representing AIR
FRANCE)

**(From November 2015)**
**Mark Dunkerley**
President and Chief
Executive Officer
HAWAIIAN AIRLINES

**German Efromovich**
President of the
Board of Directors
AVIANCA

**(From February 2016)**
**Pieter Elbers**
President and CEO
KLM ROYAL DUTCH
AIRLINES

**Tewolde GebreMariam**
Chief Executive Officer
ETHIOPIAN AIRLINES

**Goh Choon Phong**
Chief Executive Officer
SINGAPORE AIRLINES

**Naresh Goyal**
Chairman
JET AIRWAYS (INDIA) LTD

**Rickard Gustafson**
President and Chief
Executive Officer
SAS

**Robin Hayes**
President and Chief
Executive Officer
JETBLUE AIRWAYS

**James Hogan**
President and Chief
Executive Officer
ETIHAD AIRWAYS

**Harry Hohmeister**
Member of the
Executive Board and
Chief Officer Hub
Management
LUFTHANSA GROUP
(representing SWISS)

**Alan Joyce**
Chief Executive Officer
QANTAS

**Temel Kotil**
President and Chief
Executive Officer
TURKISH AIRLINES

**Liu Shaoyong**
Chairman
CHINA EASTERN
AIRLINES

**Pham Ngoc Minh**
President and Chief
Executive Officer
VIETNAM AIRLINES

**(From May 2016) Safwat Musallam**
Chairman and CEO
EGYPTAIR

**Mbuvi Ngunze**
Managing Director and
Chief Executive Officer
KENYA AIRWAYS

**Masaru Onishi**
Chairman
JAPAN AIRLINES

**Douglas Parker**
Chief Executive Officer
AMERICAN AIRLINES

**Calin Rovinescu**
President and Chief
Executive Officer
AIR CANADA

**Vitaly G. Saveliev**
Chairman
AEROFLOT

**Carsten Spohr**
Chairman and Chief
Executive Officer
LUFTHANSA

**(From February 2016)**
**Tan Wangeng**
President and Chief
Executive Officer
CHINA SOUTHERN
AIRLINES

**Willie Walsh**
Chief Executive Officer
INTERNATIONAL
AIRLINES GROUP
(representing BRITISH
AIRWAYS)

**ALSO SERVED**
**(To August 2015) Sameh Ahmed Zaky El Hefny**
Chairman and Chief
Executive Officer
EGYPTAIR

**(To September 2015)**
**Jeffery Smisek**
Chairman, President,
and CEO
UNITED AIRLINES

**(To November 2015)**
**Si Xian Min**
President/Chairman
CHINA SOUTHERN
AIRLINES

**(To January 2016)**
**Peter Hartman**
Vice Chairman of the
Board
AIR FRANCE-KLM
(representing KLM)

**(November 2015–March 2016) Sherif Fathi Attia**
Chairman and Chief
Executive Officer
EGYPTAIR

Exhaustless Inc. Workpaper IATA BOG Page 7

7

CHAIRMAN WILLIE WALSH

industry needs to work with our partners to ensure that we do have the right infrastructure, sufficient infrastructure, to not just fulfill the requirements for today and tomorrow but for the next 10, 15, 20, 30 years. I think that's going to be a big challenge for everyone.

**How important is it that the industry speak with one voice on critical issues?**
It's really important that as an industry we can try and find common ground. You know we compete for customers, we compete for capital, we compete for market access, sometimes we compete for talent. This is a very competitive industry, but we do have common issues. And where we can identify those common, issues it's really powerful when we can speak with a single voice and try and convince governments and regulators to do the right thing. So let's not focus on areas of disagreement but try and identify the areas where we do agree and then get together and really push forward a common agenda.

**Why should LCCs join IATA?**
It's important to remember that we have several low-cost carriers within IATA today. And indeed many airlines would probably not define themselves as low cost but would be seen by customers as operating in that segment. So what we have to do as IATA is to be relevant to every business model. Some of our core activities—the traditional bank or the settlement programs that we have, the cargo settlement system—these may not be relevant to new industry models, but industry models change. Where we do have a big influence is ensuring that we can deal with ICAO, and that's something that every airline globally has to be interested in. So I think if we can get more airlines

into IATA, they can influence our thoughts, they can influence our lobbying, and that has to be a really positive development for everyone in the industry.

**What are the biggest issues that you see on the horizon for the industry?**
Our industry is always going to be challenged by the unforeseen, and probably the most recent event has been the banning of electronic items in the cabin of the aircraft, which has been I think unfairly imposed on some airlines and by some. But there's clear evidence that this may now spread to other countries, and that clearly has a big impact on how we as airlines operate and how our customers perceive the value of the services that we offer. I think it's something that we're going to have to get together as an industry and understand. What is the risk? What is the challenge? And are the steps that are being taken sufficient to address the risk that we understand? I think this is something that certainly confuses people, it confuses airlines, it confuses customers, and so if we can bring clarity to this in the short term it will be very helpful.

**What should IATA focus on in 2017-8?**
I think that IATA should continue to focus on the key issues that it's done extremely well on. We're transforming the industry, we're lobbying, we're a voice that actually can make a difference, particularly with regulators, to ensure that we have sensible and safe regulation in place for the benefit of our customers and for the benefit of our industry. So let's not forget what we've done well, and let's continue to make sure that we, as an organization, are relevant to our members and relevant to the customers that fly with us.

## IATA BOARD OF GOVERNORS 2016-2017

**CHAIR OF THE BOARD**
Willie Walsh
Chairman
Chief Executive Officer
INTERNATIONAL
AIRLINES GROUP
(representing BRITISH
AIRWAYS)

**MEMBERS**
Akbar Al Baker
Chief Executive Officer
QATAR AIRWAYS

Saleh N. Al Jasser
Director General
SAUDI ARABIAN AIRLINES

David Bronczek
President and
Chief Executive Officer
FEDEX EXPRESS

Yang Ho Cho
Chairman and
Chief Executive Officer
KOREAN AIR

Andrés Conesa
Chief Executive Officer
AEROMEXICO

Enrique Cueto
President and
Chief Executive Officer
LAN AIRLINES S.A.

Mark Dunkerley
President and
Chief Executive Officer
HAWAIIAN AIRLINES

German Efromovich
President of the
Board of Directors
AVIANCA

Pieter Elbers
President and
Chief Executive Officer
KLM ROYAL DUTCH AIRLINES

Tewolde GebreMariam
Group Chief Executive Officer
ETHIOPIAN AIRLINES

Goh Choon Phong
Chief Executive Officer
SINGAPORE AIRLINES

Naresh Goyal
Chairman
JET AIRWAYS (INDIA)

Rickard Gustafson
President and
Chief Executive Officer
SAS

Robin Hayes
President and
Chief Executive Officer
JETBLUE AIRWAYS

James Hogan
President
ETIHAD AIRWAYS

Harry Hohmeister
Chairman
AUSTRIAN AIRLINES

(From August 2016)
Jean-Marc Janaillac
Chairman and
Chief Executive Officer
AIR FRANCE KLM GROUP
(representing AIR FRANCE)

Alan Joyce
Chief Executive Officer
QANTAS

Liu Shaoyong
Chairman
CHINA EASTERN AIRLINES

Pham Ngoc Minh
President and
Chief Executive Officer
VIETNAM AIRLINES

Safwat Musallam
Chairman and
Chief Executive Officer
EGYPTAIR

Mbuvi Ngunze
Group Managing
Director and Chief
Executive Officer
KENYA AIRWAYS

Masaru Onishi
Chairman
JAPAN AIRLINES

Douglas Parker
Chief Executive Officer
AMERICAN AIRLINES

(From November 2016)
Fernando Pinto
Chief Executive Officer
TAP PORTUGAL

Calin Rovinescu
President and
Chief Executive Officer
AIR CANADA

Vitaly G. Saveliev
Chairman
AEROFLOT

Carsten Spohr
Chairman and
Chief Executive Officer
LUFTHANSA

Tan Wangeng
President and
Chief Executive Officer
CHINA SOUTHERN AIRLINES

ALSO SERVED
(To July 2016)
Alexandre de Juniac
Chairman and
Chief Executive Officer
AIR FRANCE-KLM
(representing AIR FRANCE)

(To October 2016)
Temel Kotil
Chief Executive Officer
and Deputy Chairman
TURKISH AIRLINES

(To May 2017)
Chu Kwok Leung (Ivan)
Chief Executive Officer
CATHAY PACIFIC

Exhaustless Inc. Workpaper IATA BOG Page 8

7

GOH CHOON PHONG

## How Important is Innovation in distribution?

Innovation across the industry is important. In the case of distribution, we have the introduction of New Distribution Capability (NDC) and ONE Order. These are important standards for the industry.

With NDC, we can ensure a consistent front-end retail experience to our customers whether we are selling directly or via travel agents. ONE Order will build on advances from NDC to modernize and simplify airlines' back office functions. Both are important for passengers because with NDC they will be able to benefit from a more transparent offering of services and products from the airlines while ONE Order will provide a single order number to replace today's confusing system of passenger records.

## How critical are global standards to operational efficiency?

Global standards are absolutely important. As we see in the case of e-tickets and e-freight, where the definition of standards allowed the industry to move towards a paperless and efficient system for transactions.

Similarly, NDC is a standard that allows us to be more transparent and offer more options in distributing our services and products to the end consumers.

Going forward, an important part of IATA's work will be exploring innovations that can deliver greater benefits at the industry level once everyone has adopted them.

## How can governments get the most out of air transport?

Air transport is about bringing people and goods from countries all over the world to their destinations. And in doing so it has a catalytic effect on the global economy. It will have a lot of spin-offs for other economic activities, whether it is tourism, whether it is goods and services, or whether it is trade.

The air transport industry should not be viewed as a source of revenue for the government, whether it is the raising of taxes, or other forms of revenue generation.

So, if you were to look at aviation and the air transport industry, it is important to look at it in totality. With that in mind, when governments are implementing any measures, IATA and airlines involved in that geography should be actively consulted and involved in the discussion. The goal should be to bring about an outcome that best benefits the economy.

## Is it important to attract more low-cost carriers to IATA?

IATA is an aviation body for all airlines. It is important for us to be representative. That means we should have participation from as many airlines as possible within the industry. Of course, that includes the low-cost carriers (LCCs).

It is important for us to attract more LCCs to join IATA. In fact, IATA has formed a focus group to study how we can be more relevant and provide added value for LCCs that might be looking to join. We will pursue that and see what needs to be done for us to enhance value.

## IATA BOARD OF GOVERNORS 2017–2018

CHAIR OF THE BOARD

**Goh Choon Phong**
Chief Executive Officer
SINGAPORE AIRLINES

MEMBERS

(From April 2018)
**Yuji Akasaka**
President
JAPAN AIRLINES

**Akbar Al Baker**
Chief Executive Officer
QATAR AIRWAYS

**Saleh N. Al Jasser**
Director General
SAUDI ARABIAN AIRLINES

**David Bronczek**
President and Chief
Operating Officer
FEDEX CORPORATION

**Yang Ho Cho**
Chairman and Chief
Executive Officer
KOREAN AIR

**Enrique Cueto**
Chief Executive Officer
LATAM AIRLINES

**Pieter Elbers**
President and Chief
Executive Officer
KLM

(From August 2017)
**Mohamad El-Hout**
Chairman and Director General
MIDDLE EAST AIRLINES

**Tewolde GebreMariam**
Group Chief Executive Officer
ETHIOPIAN AIRLINES

**Naresh Goyal**
Chairman
JET AIRWAYS

**Rickard Gustafson**
President and Chief
Executive Officer
SAS

**Robin Hayes**
President and Chief
Executive Officer
JETBLUE

**Pedro Heilbron**
Executive President and
Chief Executive Officer
COPA AIRLINES

**Rupert Hogg**
Chief Executive Officer
CATHAY PACIFIC

**Harry Hohmeister**
Chairman
AUSTRIAN

**Alan Joyce**
Chief Executive Officer
QANTAS

**Liu Shaoyong**
Chairman
CHINA EASTERN

(From August 2017)
**Sebastian Mikosz**
Group Managing Director
and CEO
KENYA AIRWAYS

**Pham Ngoc Minh**
Chairman
VIETNAM AIRLINES

(From April 2018)
**Oscar Munoz**
Chief Executive Officer
UNITED AIRLINES

**Safwat Musallam**
Chairman and Chief
Executive Officer
EGYPTAIR

(From April 2018)
**Christine Ourmières-Widener**
Chief Executive Officer
FLYBE LIMITED

**Douglas Parker**
Chairman and Chief
Executive Officer
AMERICAN AIRLINES

**Calin Rovinescu**
President and Chief
Executive Officer
AIR CANADA

**Vitaly G. Saveliev**
Director General and
Chief Executive Officer
AEROFLOT

**Carsten Spohr**
Chairman and Chief
Executive Officer
LUFTHANSA

**Tan Wangeng**
President and Chief
Executive Officer
CHINA SOUTHERN AIRLINES

**Willie Walsh**
Chief Executive Officer
INTERNATIONAL
AIRLINES GROUP
(representing BRITISH AIRWAYS)

ALSO SERVED

(To June 2017)
**Mbuvi Ngunze**
Group Managing Director and
Chief Executive Officer
KENYA AIRWAYS

(To July 2017)
**Farhad Parvaresh**
Chairman and Managing Director
IRAN AIR

(To January 2018)
**Fernando Pinto**
Chief Executive Officer
TAP PORTUGAL

(To March 2018)
**Mark Dunkerley**
President and Chief
Executive Officer
HAWAIIAN AIRLINES

(To March 2018)
**Masaru Onishi**
Chairman
JAPAN AIRLINES

(To May 2018)
**Andrés Conesa**
Chief Executive Officer
AEROMEXICO

(To May 2018)
**Jean-Marc Janaillac**
Chairman and Chief
Executive Officer
AIR FRANCE/KLM
(representing AIR FRANCE)

Exhaustless Inc. Workpaper IATA BOG Page 9

7

But the crisis in which we are in also shows very clearly that we need to take a common and firm political stand. We need to unite our voices and make our positions better heard. This applies to overcoming the current crisis, where we have been successful on the issue of slot waivers. It will certainly become particularly important when we think about the impact of the sustainability debate. The pandemic remains a major challenge for the entire industry that we can only meet together. IATA will play its role in unifying and guiding the global industry through this challenge.

**Aside from the pandemic, what other issues must the industry keep top of the agenda?**

I see three priorities for our industry.

First of all, of course, safety. That has always been the basis for aviation—and it will remain so in the future.

Secondly, sustainability. Our planes emit carbon. Therefore, we have an obligation to continue to work for climate-friendly air traffic. And we need worldwide-harmonized measures, e.g. CORSIA, to meet the environmental challenges. The meaning of sustainable aviation fuels and new technologies for further $CO_2$ cannot be emphasized enough.

Thirdly, we need to work on a worldwide level playing field for airlines. This concerns rules of competition, traffic rights, taxes, and passenger and consumer rights. A global industry in a globalized world needs global rules and regulations.



# IATA Board of Governors

## 2019–2020*

Chair's remarks

**CHAIR OF THE BOARD**

**Carsten Spohr**
Chairman and Chief
Executive Officer
Lufthansa

MEMBERS

**Akbar Al Baker**
Chief Executive Officer
Qatar Airways

**Roberto Alvo**
Chief Executive Officer
LATAM Airlines Group

**Walter Cho**
Chairman and Chief
Executive Officer
Korean Air

**Donald Colleran**
President and Chief
Executive Officer
FedEx Express

**Ronojoy Dutta**
Chief Executive Officer
IndiGo Airlines

**Mohamad El-Hout**
Chairman and Director
General
Middle East Airlines

**Luis Gallego Martín**
Chief Executive Officer
IAG (representing Iberia)

**Tewolde GebreMariam**
Chief Executive Officer
Ethiopian Airlines

**Goh Choon Phong**
Chief Executive Officer
Singapore Airlines

**Rickard Gustafson**
President and Chief
Executive Officer
SAS

**Robin Hayes**
President and Chief
Executive Officer
JetBlue Airways

**Pedro Heilbron**
Chief Executive Officer
Copa Airlines

**Maria José Hidalgo Gutiérrez**
Chief Executive Officer
Air Europa

**Yuji Hirako**
President and
Executive Officer
All Nippon Airways

**Alan Joyce**
Chief Executive Officer
Qantas

**Allan Kilavuka**
Ag. Group Managing
Director & Chief Executive
Officer
Kenya Airways

**Liu Shaoyong**
Chairman
China Eastern Airlines

**Rafal Milczarski**
Chief Executive Officer
and President of the
Management Board
LOT Polish Airlines

**Oscar Munoz**
Chairman
United Airlines

**Mehmet Tevfik Nane**
Chief Executive Officer
Pegasus Airlines

**Douglas Parker**
Chairman and Chief
Executive Officer
American Airlines

**Calin Rovinescu**
President and Chief
Executive Officer
Air Canada

**Vitaly Saveliev**
Director General and Chief
Executive Officer
Aeroflot

**Ajay Singh**
Chairman and Managing
Director
SpiceJet Limited

**Benjamin Smith**
Chief Executive Officer
Air France KLM
(representing Air France)

**Tang Kin Wing Augustus**
Chief Executive Officer
Cathay Pacific Airways
Limited

**Anco van der Werff**
Chief Executive Officer
Avianca

**Wang Changshun**
Chairman
China Southern Airlines

**Mohamed Roshdy Zakaria**
Chairman and Chief
Executive Officer
Egyptair Holding Co
(representing Egyptair)

ALSO SERVED

(To July 2019)
**Christine Ourmières-Widener**
Chief Executive Officer
Flybe Limited

(To August 2019)
**Rupert Hogg**
Chief Executive Officer
Cathay Pacific

(To October 2019)
**Saleh N. Al Jasser**
Director General
Saudi Arabian Airlines

(To January 2020)
**Sebastian Mikosz**
Group Managing Director
and CEO
Kenya Airways

(To March 2020)
**Somaskaran Thiagarajan Appavou**
Chief Executive Officer
Air Mauritius

(To October 2019)
**Ahmed Adel**
Chairman and Chief
Executive Officer
Egyptair Holding Co
(representing Egyptair)

**Yuji Akasaka**
President
Japan Airlines

**Enrique Cueto**
Chief Executive Officer
LATAM Airlines

(To October 2020)
**Sami Ali Sindi**
Acting Director General
Saudi Arabian Airlines

*As at November 2020

07

Exhaustless Inc. Workbook—IATA BOG 2020

# Post-pandemic industry priorities

Robin Hayes, Chair, IATA Board of Governors, CEO JetBlue Airways

**Will the industry return to normal? What has the pandemic changed for aviation?**

I believe that the industry will return to normal. I am unashamedly optimistic about aviation's prospects. We have already seen evidence of bounce backs across numerous regions and markets as soon as travel restrictions are lifted. With the latest announcement from the US government, we should see an uptick of international travel to the US in the latter part of 2021.

However, managing border and health protocols will remain a challenge, especially when governments react to changes in the epidemiology at short notice. Here we need to keep pressing for international standards and cooperation in order to smoothly manage these processes in the interest of our passengers.

We also can expect certain elements of customer service that were introduced during COVID-19 to stay, such as enhanced cleaning of aircraft, the ability to easily change or cancel tickets, and the continued move toward contactless travel.

**What should be IATA's top priority as the world starts to reopen?**

IATA will need to focus on two main priorities going forward. First, IATA must continue to play an important role managing the complexities of the various government-imposed measures to combat the virus and where possible seek the reduction and simplification of these. The magnitude of this task cannot be underestimated, but we need to find solutions that allow passengers to be confident in international travel. This also applies to airline employees, who are doing a great job keeping the world connected, but who face uncoordinated and unharmonized COVID-19 border entry requirements implemented by governments. This is not sustainable, particularly as demand grows in the recovery.

Second, the topic of environmental sustainability will be an integral part of rebuilding our industry. The pandemic has accelerated the fleet renewal at many airlines, with older and less fuel-efficient aircraft being retired earlier than originally planned. But reducing our carbon footprint even further and envisaging decarbonization needs to be an industry goal.

This is why I'm deeply convinced that the airline industry will recover and will resume its role as a global "force for good." However, this crisis is at the same time a unique chance to further reduce our climate impact and to strive for sustainable and value-oriented growth. We have the responsibility to take this chance and to make our industry emerging from this crisis more climate friendly.

**Has the pandemic not shaken aviation's commitment to sustainability?**

No, not at all. It will be a challenge to completely decarbonize the industry because of the nature of our business: flying aircraft that rely on fossil fuels. We must therefore work together with manufacturers

06



**IATA Board of Governors** 2020–2021*

CHAIR OF THE BOARD   **Robin Hayes,** Chief Executive Officer, JetBlue Airways

MEMBERS

**Mikhail Poluboyarinov**
General Director and Chief Executive Officer
Aeroflot

**Michael Rousseau**
President and Chief Executive Officer
Air Canada

**Benjamin Smith**
Chief Executive Officer
Air France/KLM
(representing Air France)

**Yuji Hirako**
President and Chief Executive Officer
All Nippon Airways

**Douglas Parker**
Chairman and Chief Executive Officer
American Airlines

**Adrian Neuhauser**
Chief Executive Officer
Avianca

**Tang Kin Wing Augustus**
Chief Executive Officer
Cathay Pacific Airways Limited

**Liu Shaoyong**
Chairman
China Eastern Airlines

**Ma Xulun**
Chairman, President, and Chief Executive Officer
China Southern Airlines

**Pedro Heilbron**
Executive President and Chief Executive Officer
Copa Airlines

**Tewolde GebreMariam**
Group Chief Executive Officer
Ethiopian Airlines

**Donald F. Colleran**
President and Chief Executive Officer
Fedex Express

**Topi Manner**
Chief Executive Officer and President
Finnair

**06** IATA Annual Review 2021

Exhaustless Inc. Workpaper IATA BOG Page 12



and fuel suppliers to move away from this reliance on fossil fuels to cleaner fuel and ultimately carbon-free power. The first step is sustainable aviation fuels (SAF). Completely carbon-free energy sources are the only way forward, and that is what we must keep in mind.

However, achieving this cannot be done by the industry on its own. For this, we need governments to create the necessary framework and other stakeholders in the aviation value chain—such as energy companies—to support us on the journey to carbon neutrality.

**What has the pandemic taught us about the value of aviation to the world?**

When we look at some of the challenges the world is facing as a result of COVID-19, the value of aviation becomes obvious. It is most evident in the travel and hospitality sector. Millions have lost their jobs, and global GDP has been hit hard. Aviation is a significant driver in these areas. And let's

not forget that businesses across the economy have also taken a hit because they have not been able to send their people to visit customers, complete deals, or look for new business opportunities.

Governments need a better understanding of the contribution aviation and travel make to economic prosperity. Not only that, but airlines are fundamental to well-being. People have not seen their families or friends or taken a vacation for such a long time. Aviation is the only cure for this.

The fact is that every time you can't do something you have a much greater appreciation of it. Given the quick return of demand, that is certainly true of aviation.

**07**

| Luis Gallego Martín | Carsten Spohr | Abdelhamid Addou | Scott Kirby | (To April 2021) |
|---|---|---|---|---|
| Chief Executive Officer IAG (representing IBERIA) | Chairman and Chief Executive Officer Lufthansa | Chairman of the Board and Chief Executive Officer Royal Air Maroc | Chief Executive Officer United Airlines | Anco van der Werff Chief Executive Officer Avianca |
| Ronojoy Dutta | Mohamad El-Hout | Yvonne Manzi Makolo | (To February 2021) Calin Rovinescu | Rickard Gustafson |
| Chief Executive Officer Indigo | Chairman and Director General Middle East Airlines | CEO RwandAir | President and Chief Executive Officer Air Canada | President and Chief Executive Officer SAS |
| Pieter Elbers | Mehmet Tevfik Nane | Ibrahim Al-Omar | (To March 2021) | (To May 2021) |
| President & CEO KLM Royal Dutch Airlines | Chief Executive Officer Pegasus Airlines | Director General Saudi Arabian Airlines | Mohamed Roshdy Zakaria Chairman and Chief | Oscar Munoz Chairman United Airlines |
| Walter Cho | Alan Joyce | Goh Choon Phong | Executive Officer Egyptair Holding Co | (To July 2021) |
| Chairman and CEO Korean Air | Chief Executive Officer Qantas | Chief Executive Officer Singapore Airlines | (representing Egyptair) | María José Hidalgo Gutiérrez |
| Roberto Alvo | Akbar Al Baker | Ajay Singh | Wang Changshun | Chief Executive Officer Air Europa |
| Chief Executive Officer LATAM Airlines Group | Chief Executive Officer Qatar Airways | Chairman and Managing Director SpiceJet | Chairman China Southern Airlines | *As at October 2021 |

Exhaustless Inc. Workpaper IATA BOG Page 37 2021



Robin Hayes Chair, Board of Governors

impact of travel. As the unifying organization of our industry, IATA must make sure it moves forward in the Fly Net Zero program and hits targets. And the industry must share with governments and communities the progress we're making in our efforts.

In the short term, it is imperative that we manage and retain talent in the industry. Because of the highly specialized nature of our work and the impact of the pandemic, we're experiencing workforce shortages. We are therefore laser focused on supporting the talent pipeline to ensure that we're fostering opportunities and overcoming challenges, educational or financial, to entering our industry. IATA has been providing training for aviation professionals for 50 years, and so it is going to play an important part in contributing to the industry recovery. By working with our partners, we can attract new talent and help shape the future of aviation.

**10**

As we look to the future, we also need to focus on improving diversity within our industry. IATA's 25by2025 program will be a principal enabler in increasing the number of women in senior positions by either 25% or to a minimum of 25% by 2025. Diversity, equity, and inclusion are fundamental for the future of our industry. Companies that have great diversity at the management level perform the best. Research shows that companies that rank high in diversity are also more likely to attract top talent, to improve customer and employee satisfaction, and to have better decision-making and financial returns. By establishing a culture of diversity, equity, and inclusion, the aviation industry will secure its talent pipeline for years to come.

**Robin Hayes, Chair,
IATA Board of Governors,
CEO of JetBlue Airways**

IATA Annual Review 2022

## MEMBERSHIP OF THE BOARD OF GOVERNORS
As at 9 June 2022

1. Abdelhamid Addou
Chairman and Chief
Executive Officer
ROYAL AIR MAROC

2. Akbar Al Baker
Group Chief Executive
QATAR AIRWAYS

3. Ibrahim Al-Omar
Director General
SAUDI ARABIAN AIRLINES

4. Roberto Alvo
Chief Executive Officer
LATAM AIRLINES GROUP

5. Enrique Javier
Beltranena Mejicano
President and Chief
Executive Officer
VOLARIS

6. Walter Cho
Chairman and Chief
Executive Officer
KOREAN AIR

7. Donald Colleran
President and Chief
Executive Officer
FEDEX EXPRESS

8. Ronojoy Dutta
Chief Executive Officer
INDIGO AIRLINES

9. Pieter Elbers
President and Chief
Executive Officer
KLM ROYAL DUTCH
AIRLINES

10. Mohamed El-Hout
Chairman and Director
General
MIDDLE EAST AIRLINES

11. Luis Gallego Martín
Chief Executive Officer
IAG (representing Iberia)

12. Goh Choon Phong
Chief Executive Officer
SINGAPORE AIRLINES

13. Robin Hayes
(Chair of the Board)
President and Chief
Executive Officer
JETBLUE AIRWAYS

14. Pedro Heilbron
Chief Executive Officer
COPA AIRLINES

15. Izham Ismail
Group Chief Executive
Officer
MALAYSIA AIRLINES

16. Scott Kirby
Chief Executive Officer
UNITED AIRLINES

17. Liu Shaoyong
Chairman
CHINA EASTERN
AIRLINES

18. Ma Xulun
Chairman, President, and
Chief Executive Officer
CHINA SOUTHERN
AIRLINES

19. Christine
Ourmières-Widener
Chief Executive Officer
TAP AIR PORTUGAL

20. Topi Manner
President and Chief
Executive Officer
FINNAIR

21. Yvonne
Manzi Makolo
Chief Executive Officer
RWANDAIR

22. Mehmet Tevfik Nane
Vice-Chairperson of
the Board (Managing
Director)
PEGASUS AIRLINES

23. Douglas Parker
Chairman
AMERICAN AIRLINES

24. Michael Rousseau
President and Chief
Executive Officer
AIR CANADA

25. MAJay Singh
Chairman and
Managing Director
SPICEJET LIMITED

26. Benjamin Smith
Chief Executive Officer
AIR FRANCE / KLM
(representing Air France)

27. Carsten Spohr
Chairman and Chief
Executive Officer
LUFTHANSA

28. Tang Kin Wing
Augustus
Chief Executive Officer
CATHAY PACIFIC
AIRWAYS LIMITED

29. Willie Walsh
Director General
IATA

ALSO SERVED

(To March 2022)
Yuji Hirako
President and Chief
Executive Officer
ALL NIPPON AIRWAYS

(To March 2022)
Tewolde GebreMariam
Chief Executive Officer
ETHIOPIAN AIRLINES

(To March 2022)
Mikhail Poluboyarinov
Chief Executive Officer
and Chairman of the
Management Board
AEROFLOT

(To October 2021)
Adrian Neuhauser
Chief Executive Officer
AVIANCA

(To October 2021)
Alan Joyce
Chief Executive Officer
QANTAS

Exhaustless Inc. Workpaper IATA BOG Page 14



# Membership of the Board of Governors

As of 30 August 2023

**Yvonne Manzi Makolo**
[Chair of the Board]
Chief Executive Officer
RWANDAIR

**Michael Rousseau**
President and Chief Executive
Officer
AIR CANADA

**Benjamin Smith**
Chief Executive Officer
AIR FRANCE-KLM GROUP
(representing Air France)

**Campbell Wilson**
Chief Executive Officer and
Managing Director
AIR INDIA

**Robert Isom**
Chief Executive Officer
AMERICAN AIRLINES

**Shinichi Inoue**
President and Chief Executive
Officer
ANA

**Patrick Healy**
Chair
CATHAY PACIFIC

**Ma Xulun**
Chairman
CHINA SOUTHERN AIRLINES

**Pedro Heilbron**
Chief Executive Officer
COPA AIRLINES

**Mesfin Tasew Bekele**
Chief Executive Officer
ETHIOPIAN AIRLINES

**Richard Smith**
President and Chief Executive
Officer, Airline and International
FEDEX

**Topi Manner**
President and Chief Executive
Officer
FINNAIR

**Zhu Tao**
Chief Executive Officer
HAINAN AIRLINES

**Peter Ingram**
President and Chief Executive
Officer
HAWAIIAN AIRLINES

**Luis Gallego Martín**
Chief Executive Officer
IAG (representing IBERIA)

**Pieter Elbers**
Chief Executive Officer
INDIGO

**Yuji Akasaka**
Representative Director, President
JAPAN AIRLINES

**Marjan Rintel**
President and Chief Executive
Officer
KLM

**Walter Cho**
Chairman and Chief Executive
Officer
KOREAN AIR

**Roberto Alvo**
Chief Executive Officer
LATAM AIRLINES GROUP

**Carsten Spohr**
Chairman and Chief Executive
Officer
LUFTHANSA GROUP
(representing Lufthansa)

**Izham Ismail**
Group Chief Executive Officer
MALAYSIA AIRLINES

**Mohamad El-Hout**
Chairman and Director General
MIDDLE EAST AIRLINES

**Mehmet Tevfik Nane**
Chairperson of the Board of
Directors
PEGASUS AIRLINES

**Akbar Al Baker**
Group Chief Executive
QATAR AIRWAYS

**Abdelhamid Addou**
Chairman and Chief Executive
Officer
ROYAL AIR MAROC

**Anco van der Werff**
President and Chief Executive
Officer
SAS

**Ibrahim Al-Omar**
Director General
SAUDI ARABIAN AIRLINES

**Ahmet Bolat**
Chairman of the Board of Directors
and Executive Committee
TURKISH AIRLINES

**Scott Kirby**
Chief Executive Officer
UNITED AIRLINES

**Enrique Javier Beltranena
Mejicano**
President and Chief Executive
Officer
VOLARIS

——

**Willie Walsh**
Director General
IATA

Exhaustless Inc. Workpaper IATA BOG Page 15



*Registraire*
*des entreprises*

# Québec

# Rechercher une entreprise au registre

## État de renseignements d'une personne morale au registre des entreprises

Renseignements en date du 2023-09-25 15:01:04

### État des informations

#### Identification de l'entreprise

| | |
|---|---|
| Numéro d'entreprise du Québec (NEQ) | 1144178051 |
| Nom | ASSOCIATION DU TRANSPORT AERIEN INTERNATIONAL (IATA) |

#### Adresse du domicile

| | |
|---|---|
| Adresse | 800, PLACE VICTORIA CP 113 MONTRÉAL QC H4Z1M1 |

#### Adresse du domicile élu

| | |
|---|---|
| **Nom de l'entreprise** | ASSOCIATION INTERNATIONAL DU TRANSPORT AERIEN (IATA) |
| **Nom de la personne physique** | |
| Nom de famille | Abraham |
| Prénom | Elsa |

| | |
|---|---|
| Adresse | 33 Route de l'Aéroport CP 416 Genève 1215 Suisse |

#### Immatriculation

| | |
|---|---|
| Date d'immatriculation | 1995-03-27 |
| Statut | Immatriculée |
| Date de mise à jour du statut | 1995-03-27 |

| Date de fin d'existence prévue | Aucune date de fin d'existence n'est déclarée au registre. |
|---|---|

**Forme juridique**

| Forme juridique | Personne morale sans but lucratif |
|---|---|
| Date de la constitution | 1945-12-18 Constitution |
| Régime constitutif | CANADA : Loi spéciale du Parlement canadien |
| Régime courant | CANADA : Loi spéciale du Parlement canadien |

**Dates des mises à jour**

| Date de mise à jour de l'état de renseignements | 2023-06-21 |
|---|---|
| Date de la dernière déclaration de mise à jour annuelle | 2023-06-21 2022 |
| Date de fin de la période de production de la déclaration de mise à jour annuelle de 2023 | 2024-07-01 |
| Date de fin de la période de production de la déclaration de mise à jour annuelle de 2022 | 2023-07-01 |

**Faillite**

| L'entreprise n'est pas en faillite. |
|---|

**Fusion, scission et conversion**

| Aucune fusion ou scission n'a été déclarée. |
|---|

**Continuation et autre transformation**

| Aucune continuation ou autre transformation n'a été déclarée. |
|---|

**Liquidation ou dissolution**

| Aucune intention de liquidation ou de dissolution n'a été déclarée. |
|---|

**Activités économiques et nombre de salariés**

**1ᵉʳ secteur d'activité**

| Code d'activité économique (CAE) | 4520 |
|---|---|
| Activité | Services relatifs aux transports aériens |
| Précisions (facultatives) | SERVICE RELATIF AUX TRASPORTEURS AÉRIENS |

### 2ᵉ secteur d'activité

Aucun renseignement n'a été déclaré.

### Nombre de salariés

Nombre de salariés au Québec

De 250 à 499

Proportion de salariés qui ne sont pas en mesure
de communiquer en français au travail

Non tenue de déclarer cette information

## Administrateurs, dirigeants et fondé de pouvoir

### Liste des administrateurs

| | |
|---|---|
| Nom de famille | AL BAKER |
| Prénom | AKBAR |
| Date du début de la charge | 2012-06-12 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | 9TH FLOOR, QATAR AIRWAYS TOWER, AIRPORT ROAD, P.O. BOX 22550, DOHA QATAR |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Spohr |
| Prénom | Carsten |
| Date du début de la charge | 2014-05-01 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | C6.800-CP Airportring Frankfurt D-60548 Germany |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | El-Hout |
| Prénom | Mohamad |
| Date du début de la charge | 2017-08-28 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | ST Ramlet El Bayda CP Ibtihaj Kaddoura Beirut Lebanon |

Adresse professionnelle

| | |
|---|---|
| Nom de famille | Heilbron |
| Prénom | Pedro |
| Date du début de la charge | 2017-06-06 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Paseo Del Mar Avenue Costa Del Este Panama Rep. of Panama |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Gallego Martin |
| Prénom | Luis |
| Date du début de la charge | 2018-06-05 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | 130 Calle Velásquez BL. VI, 3rd Floor Madrid E-28006 Spain |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Smith |
| Prénom | Benjamin |
| Date du début de la charge | 2018-11-02 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | 45 RUE de Paris Roissy, Charles de Gaulle Cedex 95737 France |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Alvo |
| Prénom | Roberto |
| Date du début de la charge | 2020-05-07 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | 5711 AV. Presidente Riesco Santiago 7561114 Chile |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Cho |
| Prénom | Walter |
| Date du début de la charge | 2019-06-02 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | 1370 Gonghang-dong Seoul 157-712 South Korea |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Nane |
| Prénom | Mehmet Tevfik |
| Date du début de la charge | 2019-06-02 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | 2 Basin ekspres yolu Istanbul 34303 Turkey |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Al-Omar |
| Prénom | Ibrahim |
| Date du début de la charge | 2020-11-24 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | CP P.O. Box 620 Jeddah 21231 Saudi Arabia |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Elbers |
| Prénom | Pieter |
| Date du début de la charge | 2020-11-24 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Schiphol Airport CP P.O. Box 7700 AMS/DA Amsterdam 1117/ZL Netherlands |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Manzi Makolo |
| Prénom | Yvonne |
| Date du début de la charge | 2020-11-24 |

| | |
|---|---|
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | KN 5 Kigali Intl Airport Kigali 7275 Rwanda |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Rousseau |
| Prénom | Michael |
| Date du début de la charge | 2021-03-09 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | 7373 boul. de la Côte-Vertu Montréal (Québec) H4S1Z3 Canada |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Addou |
| Prénom | Abdelhamid |
| Date du début de la charge | 2021-05-10 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Rte de Nouasseur Casablanca Maroc |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Beltranena Mejicano |
| Prénom | Enrique J |
| Date du début de la charge | 2021-10-04 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | 70 Antonio Dovali Jaime, Tower B CP 01210 Mexico City Colonia Zedec Santa Fe Mexique |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Ismail |
| Prénom | Izham |
| Date du début de la charge | 2021-10-04 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | |

Administration Building Sepang Selangor 64000
Malaisie
**Adresse professionnelle**

| | |
|---|---|
| **Nom de famille** | Kirby |
| **Prénom** | Scott |
| **Date du début de la charge** | 2021-06-30 |
| **Date de fin de la charge** | |
| **Fonctions actuelles** | Administrateur |
| **Adresse du domicile** | 233 S. Wacker Drive Chicago Illinois 60606 United States |
| **Adresse professionnelle** | |

| | |
|---|---|
| **Nom de famille** | Ma |
| **Prénom** | Xulun |
| **Date du début de la charge** | 2021-05-25 |
| **Date de fin de la charge** | |
| **Fonctions actuelles** | Administrateur |
| **Adresse du domicile** | 68 Qixin Road Baiyun District Guangzhou 510403 Chine |
| **Adresse professionnelle** | |

| | |
|---|---|
| **Nom de famille** | Manner |
| **Prénom** | Topi |
| **Date du début de la charge** | 2021-06-08 |
| **Date de fin de la charge** | |
| **Fonctions actuelles** | Administrateur |
| **Adresse du domicile** | 9 Tietotie CP 15 Vantaa Finlande |
| **Adresse professionnelle** | |

| | |
|---|---|
| **Nom de famille** | Walsh |
| **Prénom** | William Matthew |
| **Date du début de la charge** | 2021-04-01 |
| **Date de fin de la charge** | |
| **Fonctions actuelles** | Director General |
| **Adresse du domicile** | Geneva Switzerland |

Adresse professionnelle

| | |
|---|---|
| Nom de famille | Wilson |
| Prénom | Campbell |
| Date du début de la charge | 2023-06-05 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Adresse non publiable |
| Adresse professionnelle | Haryana India |

| | |
|---|---|
| Nom de famille | Isom |
| Prénom | Robert |
| Date du début de la charge | 2023-06-05 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Adresse non publiable |
| Adresse professionnelle | 1 Skyview Drive Fort Worth, Texas USA |

| | |
|---|---|
| Nom de famille | Inoue |
| Prénom | Shinichi |
| Date du début de la charge | 2022-06-20 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Kanagawa Japan |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Dietrich |
| Prénom | John |
| Date du début de la charge | 2022-06-20 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Jupiter, Florida USA |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Healy |

| Prénom | Patrick |
| Date du début de la charge | 2023-06-05 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Lantau Island Hong Kong |
| Adresse professionnelle | |

| Nom de famille | Bekele |
| Prénom | Mesfin Tasew |
| Date du début de la charge | 2022-06-20 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Addis Ababa Ethiopia |
| Adresse professionnelle | |

| Nom de famille | Zhu |
| Prénom | Tao |
| Date du début de la charge | 2023-06-05 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Hainan Province China |
| Adresse professionnelle | |

| Nom de famille | Ingram |
| Prénom | Peter |
| Date du début de la charge | 2023-06-05 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Honolulu USA |
| Adresse professionnelle | |

| Nom de famille | Akasaka |
| Prénom | Yuji |
| Date du début de la charge | 2022-06-20 |
| Date de fin de la charge | |

| | |
|---|---|
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Chiba Japan |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Rintel |
| Prénom | Marjan |
| Date du début de la charge | 2023-06-05 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Vreeland The Netherlands |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | van der Werff |
| Prénom | Anco |
| Date du début de la charge | 2023-06-05 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Djursholm Sweden |
| Adresse professionnelle | |

| | |
|---|---|
| Nom de famille | Bolat |
| Prénom | Ahmet |
| Date du début de la charge | 2022-06-20 |
| Date de fin de la charge | |
| Fonctions actuelles | Administrateur |
| Adresse du domicile | Istanbul Türkiye |
| Adresse professionnelle | |

### Dirigeants non membres du conseil d'administration

| | |
|---|---|
| Nom de famille | Clifford |
| Prénom | Conrad |
| Fonctions actuelles | Secrétaire |
| Adresse du domicile | Adresse non publiable |
| Adresse professionnelle | 33 Route de l'Aéroport CP 1215 Geneva Switzerland |

| Nom de famille | Hussain |
| Prénom | Mian Ayaz Mahmud |
| Fonctions actuelles | Principal dirigeant: Chief Financial Officer |
| Adresse du domicile | Founex Switzerland |
| Adresse professionnelle | |

**Fondé de pouvoir**

Aucun fondé de pouvoir n'a été déclaré.

**Administrateurs du bien d'autrui**

Aucun administrateur du bien d'autrui n'a été déclaré.

**Établissements**

Aucun établissement n'a été déclaré.

**Documents en traitement**

Aucun document n'est actuellement traité par le Registraire des entreprises.

**Index des documents**

**Documents conservés**

| Type de document | Date de dépôt au registre |
| --- | --- |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2022 | 2023-06-21 |
| Déclaration de mise à jour courante | 2022-04-01 |
| Déclaration de mise à jour courante | 2022-03-29 |
| Déclaration de mise à jour courante | 2022-03-14 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2021 | 2022-02-10 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2020 | 2021-05-05 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2019 | 2020-06-05 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2018 | 2019-04-03 |
| Déclaration de mise à jour courante | 2018-07-23 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2017 | 2018-07-19 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2016 | 2018-01-23 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2015 | 2016-10-05 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2014 | 2015-12-10 |
| Déclaration de mise à jour de correction | 2014-09-30 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2013 | 2014-05-09 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2012 | 2014-05-09 |

| Type de document | Date de dépôt au registre |
|---|---|
| DÉCLARATION DE MISE À JOUR ANNUELLE 2011 | 2014-05-09 |
| Déclaration annuelle 2010 | 2014-05-09 |
| Déclaration annuelle 2009 | 2010-11-08 |
| Déclaration annuelle 2008 | 2010-11-08 |
| Avis de défaut | 2009-10-05 |
| Déclaration annuelle 2007 | 2009-09-25 |
| Déclaration annuelle 2006 | 2009-09-25 |
| Avis de défaut | 2008-11-14 |
| Avis de défaut | 2008-09-08 |
| Déclaration modificative | 2008-01-16 |
| Déclaration annuelle 2005 | 2006-05-31 |
| Déclaration annuelle 2004 | 2005-02-07 |
| Déclaration annuelle 2003 | 2004-09-08 |
| Avis de défaut | 2004-05-20 |
| Déclaration annuelle 2002 | 2002-11-20 |
| Déclaration annuelle 2001 | 2002-01-10 |
| Déclaration annuelle 2000 | 2001-08-28 |
| Avis de défaut | 2001-05-23 |
| Déclaration modificative | 2000-02-02 |
| Déclaration annuelle 1999 | 1999-09-30 |
| Déclaration annuelle 1998 | 1999-03-04 |
| Déclaration annuelle 1997 | 1998-02-23 |
| Déclaration annuelle 1996 | 1997-02-26 |
| Déclaration annuelle 1995 | 1996-03-12 |
| Déclaration d'immatriculation | 1995-03-27 |

## Index des noms

| Date de mise à jour de l'index des noms | 2000-02-02 |
|---|---|

### Nom

| Nom | Versions du nom dans une autre langue | Date de déclaration du nom | Date de déclaration du retrait du nom | Situation |
|---|---|---|---|---|
| ASSOCIATION DU TRANSPORT AERIEN INTERNATIONAL (IATA) | | 1945-12-18 | | En vigueur |

### Autres noms utilisés au Québec

| Autre nom | Versions du nom dans une autre langue | Date de déclaration du nom | Date de déclaration du retrait du nom | Situation |
|---|---|---|---|---|
| INSTITUT INTERNATIONAL DE FORMATION EN GESTION | | 2000-02-02 | | En vigueur |

| Autre nom | Versions du nom dans une autre langue | Date de déclaration du nom | Date de déclaration du retrait du nom | Situation |
|---|---|---|---|---|
| **AÉRONAUTIQUE CIVILE** | | | | |
| **INTERNATIONAL AVIATION MANAGEMENT TRAINING INSTITUTE (IAMII)** | | 2000-02-02 | | En vigueur |
| **INTERNATIONAL AIR TRANPORT ASSOCIATION (IATA)** | | 1995-03-27 | | En vigueur |

**Québec** 🔲🔲

© Gouvernement du Québec



## IATA SLOT CONFERENCE
## FORM 1 - ACCREDITATION OF HEAD DELEGATE

### In accordance with the Worldwide Airport Slot Guidelines (WASG)
In particular the WASG annex 12.2 thereof,

| | |
|---|---|
| **Company Name:** | |
| **2/3 Letter Airline code: (Airlines)** | |
| **Airport code (Coordinators/Facilitators):** | |
| **Area of Coordination (Coordinators/Facilitators)** | |

being a Member of the Slot Conference hereby appoints and accredits as its representative to the Slot Conference:

| **HEAD AIRLINE REPRESENTATIVE or HEAD COORDINATOR / FACILITATOR (HOD) INFORMATION** | |
|---|---|
| **First Name:** | |
| **Family Name:** | |
| **Job Title** | |

It is hereby certified that the said appointee meets the requirements of, and has the authority to act in accordance with annex 12.2 of the WASG. Moreover, it is hereby certified that the said appointee has the authorisation to bind

_____ (insert organization name) in regards to any and all decisions taken within the specific scope of the Slot Conference. This applies to all airlines, coordinators and facilitators. The foregoing appointment will remain in effect until revoked by written notice.

**Full Name of Head of Organization**_____

**Official Title\*** _____

*Person in charge of entire organization, e.g. Director General, President, Managing Director*

**Signature** _____   **Date**_____

### For changes to be included in the March SSIM publication, please confirm HOD by 25 November

1        Slot Conference Accreditation Form 1