

# UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSSETS

STEVEN P. ENDRES, derivatively

on behalf of EXHAUSTLESS INC.

Plaintiff,

v.                                          Case No. 1:23-cv-12051-AK

ASHLEY MOODY, in her official capacity of Attorney General of Florida, *et al*

Defendants.

## ENDRES' NOTICE OF DISMISSAL AND CLARIFICATION OF RETAINED PARTIES

Plaintiff mailed a motion for leave to amend his petition, pursuant to Fed.R.Civ.P. 15(a)(2), on September 27, 2023. The amended petition excluded many defendants that had been named in the original petition. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and to be clear, Pro Se Plaintiff Endres voluntarily dismisses the following entities:

  City and County of San Francisco, California,

  City of Chicago, Illinois,

  City of Los Angeles, California,

1

City of Orlando, Florida,

Port of Seattle, Washington,

Chicago Department of Aviation,

Greater Orlando Aviation Authority,

Los Angeles World Airports,

San Francisco Airport Commission,

ABX Air Inc.,

Aeromexico*,

Air China*,

Air New Zealand Limited*,

Airline Tariff Publishing Co.,

Air Transport Association of America, Inc., d/b/a Airlines for America,

Air Transport International,

All Nippon Airways Co., Ltd. (ANA)*,

Amerijet International,

Asiana Airlines Inc.*,

Atlas Air, Inc.,

Cathay Pacific Airways Limited*,

China Airlines*,

Copa Airlines*,

Czech Airlines*,

DHL Air Ltd.,

Eastern Airlines,

EVA Airways*,

Everts Air Cargo,

Finnair Oyj*,

Icelandair*,

International Air Transport Association,

Italia Trasporto Aereo S.p.A., dba Alitalia*,

Japan Airlines*,

Kalitta Air,

Korean Air Lines Co., Ltd.*,

LOT Polish Airlines*,

Lynden Air Cargo,

National Air Cargo Group,

Northern Air Cargo,

Omni Air International,

Polar Air Cargo Worldwide Inc.,

Qantas Airways Limited*,

Royal Jordanian*,

San Francisco Terminal Equipment Company, L.L.C. (SFOTEC),

Scandinavian Airlines System (SAS)*,

Singapore Airlines Limited*,

Sun Country Airlines,

  Swift Air L.L.C.,

  TAP Air Portugal*,

  Virgin Atlantic Airways*,

  Western Global Airlines.

  In addition, Plaintiff's amended petition substituted the correct defendant, the parent organization, for the subsidiary air carrier and foreign air carrier but failed to disclose which party belonged to which parent. The following parties are retained under the umbrella of their parent corporation:

  American Airlines, Inc. under the parent corporation American Airlines Group Inc.;

  Frontier Airlines, Inc. under the parent corporation Frontier Group Holdings, Inc.;

  Hawaiian Airlines Inc. under the parent corporation Hawaiian Holdings, Inc.;

  United Airlines, Inc. under the parent corporation United Airlines Holdings, Inc.;

  Aer Lingus Limited, British Airways Plc, and Iberia Air Lines of Spain under the parent corporation International Consolidated Airlines Group S.A.;

  Société Air France and Koninklijke Luchtvaart Maatschappij N.V., *dba* KLM Royal Dutch Airlines, under the parent corporation Air France-KLM S.A.;

  Austrian Airlines AG, the Lufthansa brand, and Swiss International Air Lines Ltd. under the parent corporation Deutsche Lufthansa AG;

LATAM Airlines Brasil, LATAM Airlines Columbia, LATAM Airlines Ecuador, LATAM Airlines Paraguay, LATAM Airlines Peru, LATAM Airlines Cargo Brasil, and LATAM Cargo Chile under the parent corporation LATAM Airlines Group S.A.

## OATH

I declare under penalty of perjury that the foregoing is true and correct. Signed September 29, 2023.

_____
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231