# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.

Plaintiff,

v.

ASHLEY MOODY, et al

Defendants.

Case No. 1:23-cv-12051-AK

## PLAINTIFF SUBMITS REQUEST BY EMPLOYEE OF NYC THAT PLAINTIFF VOLUNTARILY DISMISS NYC AND CROSSCLAIM AND PLAINTIFF'S RESPONSE

Pursuant to Fed.R.Civ.P. 5(a)(1)(E), Plaintiff submits the request by an attorney for the City of New York, New York to Plaintiff to voluntarily dismiss the city from the instant complaint and their crossclaim against the Port Authority of New York and New Jersey (PANYNJ); see Attachment 1.

Plaintiff also submits its response to the request, pursuant to Fed.R.Civ.P. 7(a)(4); see Attachment 2.

Pursuant to Federal Rules of Appellate Procedure Rule 32.1(b), Plaintiff submits Summary Order *Paskar v. FAA*, 478 Fed. Appx. 707 (2d Cir. 2012) with this response; see Attachment 3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed October 9, 2023.

*/s/ Steven P. Endres*
_____
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231