**Attachment 1**

 Gmail

Steve Endres <steve@exhaustless.com>

---

### Endres v. Moody, et. al, 23-cv-12051-AK

---

**Lerner, Jennifer** <jlerner@law.nyc.gov>  
To: "steve@exhaustless.com" <steve@exhaustless.com>  
Cc: "Funkhouser, Robert (Law)" <rfunkhou@law.nyc.gov>

Thu, Oct 5, 2023 at 10:44 AM

Dear Mr. Endres:

I am an attorney for the City of New York, and I am writing in reference to the suit you have brought in the United States District Court for the District of Massachusetts, *Endres v. Moody, et. al*, 23-cv-12051-AK.

Although the City of New York ("City") appears to be named as a defendant in the suit, the only allegations pertaining to the City are that it is an "Airport Owner" and that "LaGuardia is a public airport owned by New York City." The complaint does not allege any basis for the City's liability, and indeed, the City is not responsible for the operation of the airports in New York City. Rather, that responsibility lies with the Port of Authority of New York and New Jersey. *See Paskar v. FAA*, 478 Fed. Appx. 707, 708 (2d Cir. 2012) ("Although the City owns the land upon which LaGuardia sits, the Port Authority is the operator of LaGuardia and leases the land from the City. . . . [T]he City does not 'operate' the airport."); *City of New York v. Long Island Airports Limousine Service Corp.*, 91 A.D.2d 1149, 1150, 458 N.Y.S.2d 751, 754 (App. Div. 3d Dep't 1983) ("[P]ursuant to pertinent statutes and regulations and also the lease between the city and the Port Authority of New York and New Jersey (hereinafter Port Authority), jurisdiction and control over the airports has been vested in the Port Authority. Under the terms of the Laws of 1947 (ch 802, § 10), as amended by the Laws of 1948 (ch 785, § 1) and the subject lease, the operation of the airports is within the sole discretion of the Port Authority and its decisions relative to the operation of the airports are controlling and conclusive.").

Accordingly, we request that you voluntarily dismiss the City of New York from your lawsuit. Please promptly let us know whether you will do so or any basis for declining our request.

Regards,

Jennifer

**Jennifer Lerner**

Senior Counsel

New York City Law Department

Commercial and Real Estate Litigation Division

100 Church Street, New York, NY 10007

(212) 356-2551

jlerner@law.nyc.gov

Pronouns: she, her, hers