IN CLERK'S OFFICE

2023 OCT 12 AM 11: 53

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.

Plaintiff,

v.

ASHLEY MOODY, et al

Defendants.

Case No. 1:23-cv-12051-AK

### PROOF OF SERVICE TO U.S.A.

Pursuant to Fed.R.Civ.P. 4(l), Plaintiff submits proof of service to defendant the United States.

Pursuant to Fed.R.Civ.P. 4(i)(1)(A)(ii), Endres sent a copy of the summons and the complaint by certified mail to the civil process clerk for Joshua Levy, Acting U.S. Attorney for the District of Massachusetts, which was delivered on September 18, 2023.

And, pursuant to Fed.R.Civ.P. 4(i)(1)(B), Endres sent a copy of the summons and the complaint by certified mail to the U.S. Attorney General, which was delivered on September 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Signed October 10, 2023.

*[signature: Steven P. Endres]*
_____
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231