

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9589071052701230142116

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:53 am on September 18, 2023 in BOSTON, MA 02210.

Feedback

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02210
September 18, 2023, 11:53 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄