**U.S. Postal Service**
**CERTIFIED MAIL**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Washington, DC 20530

Certified Mail Fee  $4.35
$                                                 $0.__

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)            $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postage  $9.95
$
Total Postage and Fees  $14.30
$

Sent To  MERRICK GARLAND / US AG
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave NW
City, State, ZIP+4  Washington DC 20530

January 2023 PSN 7530-02-000-9047   See Reverse

ANN ARBOR, MI
Postmark
SEP 2023
Here
48105
09/15/2023

9589 0710 5270 1221 0820 1411 02

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9589071052701230141102

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:54 am on September 18, 2023 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
September 18, 2023, 4:54 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄