# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.

Plaintiff,

v.

ASHLEY MOODY, et al

Defendants.

Case No. 1:23-cv-12051-AK

## PROOF OF SERVICE TO CITY OF NEW YORK, NEW YORK

Pursuant to Fed.R.Civ.P. 4(l), Plaintiff submits proof of service to defendant the City of New York, New York.

Pursuant to Fed.R.Civ.P. 4(j)(2)(B), Endres emailed a copy of the summons and complaint to the designated email address for service to the City of New York and received an email confirmation of proof of service by the city on September 23, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Signed October 10, 2023.

_____
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231

 Gmail                                                                                  Steve Endres <steve@exhaustless.com>

## Proof of service receipt

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>                                          Sat, Sep 23 at 9:46 AM
To: Steve Endres <steve@exhaustless.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

<u>Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.</u>

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.