IN CLERK'S OFFICE

2023 OCT 12 AM 11: 53

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.

Plaintiff,

v.

ASHLEY MOODY, et al

Defendants.

Case No. 1:23-cv-12051-AK

## PROOF OF SERVICE TO NINE DEFENDANTS

Pursuant to Fed.R.Civ.P. 4(l)(1), Plaintiff Endres submits proof of service to nine defendants.

Pursuant to Fed.R.Civ.P. 4(h)(1)(B), Endres' agent served LATAM Airlines Group S.A. on October 4, 2023; and Alaska Air Group, Inc., American Airlines Group Inc., Frontier Group Holdings, Inc., Hawaiian Holdings, Inc., International Consolidated Airlines Group S.A.; and United Airlines Holdings, Inc. on October 6, 2023.

Pursuant to Fed.R.Civ.P. 4(j)(2)(A), Endres' agent served The City of Newark, New Jersey on October 6, 2023.

Pursuant to Fed.R.Civ.P. 4(j)(2)(B), Endres' agent served the Metropolitan Washington Airports Authority on October 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Signed October 10, 2023.

_____
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231