Civil Action No.     1:23-CV-12051-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   LATAM Airlines Group S.A.
was recieved by me on  10/04/2023:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on CT CORPORATION SYSTEM, who is designated by law to accept service of process on behalf of LATAM Airlines Group S.A. at 155 Federal Street suite 700, Boston, MA 02110 on 10/04/2023 at 2:01 PM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 224.25 for services, for a total of $ 224.25.

I declare under penalty of perjury that this information is true.

Date:   10/04/2023

_____
Server's signature

Julia Bossi
*Printed name and title*

89 Outlook Rd
Wakefield, MA 01880

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to CT CORPORATION SYSTEM, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.




Tracking #: 0115413003