AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-12051-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **American Airlines Group Inc.**
was recieved by me on  **10/05/2023**:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **American Airlines Group Inc.** at **251 Little Falls Drive, Wilmington, DE 19808** on **10/06/2023** at **11:09 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 224.25** for services, for a total of **$ 224.25**.

I declare under penalty of perjury that this information is true.

Date:  10/06/2023

_____
*Server's signature*

**Jerrold Allen**
*Printed name and title*

2506 Palmyra Ct
Churchville, MD 21208

_____
*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Corporation Service Company, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.  Shannon Miller accepted service.




Tracking #: 0115577282