AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-12051-WGY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Frontier Group Holdings, Inc.
was recieved by me on  10/05/2023:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Frontier Group Holdings, Inc.** at **251 Little Falls Drive, Wilmington, DE 19808** on **10/06/2023** at **11:07 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 224.25 for services, for a total of $ 224.25.

I declare under penalty of perjury that this information is true.

Date:  10/06/2023

_____
Server's signature

**Jerrold Allen**
Printed name and title

**2506 Palmyra Ct**
**Churchville, MD 21208**

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to an individual with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.  Shannon Miller accepted service.




Tracking #: 0115577048