Civil Action No.    1:23-CV-12051-WGY

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Hawaiian Holdings, Inc.
was recieved by me on  10/05/2023:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on CORPORATION TRUST COMPANY, who is designated by law to accept service of process on behalf of Hawaiian Holdings, Inc. at Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801 on 10/06/2023 at 11:35 AM; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 224.25 for services, for a total of $ 224.25.

I declare under penalty of perjury that this information is true.

Date:  10/06/2023

_____
Server's signature

Jerrold Allen
Printed name and title

2506 Palmyra Ct
Churchville, MD 21208

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to CORPORATION TRUST COMPANY, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs. Chemere Brooks accepted service.




Tracking #: 0115581739