Civil Action No.     1:23-CV-12051-WGY

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   International Consolidated Airlines Group S.A. c/o Deutsche Bank Trust Company Americas was recieved by me on 10/05/2023:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on CT CORPORATION SYSTEM, who is designated by law to accept service of process on behalf of International Consolidated Airlines Group S.A. c/o Deutsche Bank Trust Company Americas at CT Corp 28 Liberty St 42nd Floor, New York, NY 10005 on 10/06/2023 at 3:25 PM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 140.00 for services, for a total of $ 140.00.

I declare under penalty of perjury that this information is true.

Date: 10/06/2023

_____
*Server's signature*

Musab Nassar
*Printed name and title*

8225 5th ave
#220
Brooklyn, NY 11209

_____
*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to ingrid Lopez who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.




Tracking #: 0115610034