Civil Action No.    1:23-CV-12051-WGY

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **United Airlines Holdings, Inc.**
was recieved by me on  **10/05/2023**:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Corporation Trust Company**, who is designated by law to accept service of process on behalf of **United Airlines Holdings, Inc.** at **Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801** on **10/06/2023 at 11:35 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 224.25 for services, for a total of $ 224.25.

I declare under penalty of perjury that this information is true.

Date:  10/06/2023

_____
Server's signature

**Jerrold Allen**
Printed name and title

**2506 Palmyra Ct**
**Churchville, MD 21208**

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to an individual with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs. Chemere Brooks accepted service.




Tracking #: 0115581802