Civil Action No.    1:23-CV-12051-AK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

☐ This summons for **Metropolitan Washington Airports Authority** was recieved by me on **10/06/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **John Lloyd**, who is designated by law to accept service of process on behalf of **Metropolitan Washington Airports Authority** at Metropolitan Washington Airports Authority, 2733 Crystal Dr Suite 600, Arlington, VA 22202 on 10/06/2023 at 3:48 PM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 184.00 for services, for a total of $ 184.00.

I declare under penalty of perjury that this information is true.

Date:  10/06/2023

*Server's signature*

**Davonne Coleman**
*Printed name and title*

9705 Dale Drive
Upper Marlboro, MD 20772

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to John Lloyd who identified themselves as the authorized agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 45-55 years of age, 5'10"-6'0" tall and weighing 140-160 lbs with glasses.




Tracking #: 0115611187