## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK |

## <u>MOTION FOR ADMISSION PRO HAC VICE OF KATHARINE MITCHELL-TOMBRAS</u>

Pursuant to Local Rule 83.5.3, the undersigned counsel, Geoffrey E. Hobart, respectfully moves for the admission pro hac vice of Katharine Mitchell-Tombras to represent Defendant American Airlines Inc., in the above-captioned action. Attorney Katharine Mitchell-Tombras has executed a Certificate in accordance with Local Rule 83.5.3, which is filed concurrently herewith. The undersigned is a member in good standing of the bar of this Court, who has filed her appearance in this matter, and who will act as local counsel and assist Attorney Katharine Mitchell-Tombras in the representation of American Airlines Inc. in this action.

Dated: October 12, 2023
      Boston, Massachusetts

Respectfully submitted,

By: */s/ Geoffrey E. Hobart*

Geoffrey E. Hobart
(BBO # 547499)
COVINGTON & BURLING LLP
One International Place
Suite 1020
Boston, MA 02110-2627

Tel.: (617) 603-8800
Email: ghobart@cov.com

*Counsel for Defendant American Airlines Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system under Local Rule 5.4(c).

Dated: October 12, 2023
        Boston, Massachusetts

*/s/ Geoffrey E. Hobart*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively
on behalf of EXHAUSTLESS INC.,

       Plaintiff,

  v.

ASHLEY MOODY in her official
capacity as Attorney General of
Florida, et al.,

       Defendants.

Civil Action No. 1:23-cv-12051-AK

## CERTIFICATE OF ATTORNEY KATHARINE MITCHELL-TOMBRAS

Pursuant to Local Rule 83.5.3, I, Katharine Mitchell-Tombras, hereby certify that:

1.  I am a partner with the law firm of Covington & Burling LLP, One CityCenter 850 Tenth Street, NW Washington, DC 20001-4956, counsel to Defendant American Airlines Inc., in this matter.

2.  I am duly admitted to practice law in the District of Columbia and the State of Maryland. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice.

3.  I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.  I have not previously had a pro hac vice admission to this Court (or any other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.  I have read and agree to comply with the Local Rules of this Court, and I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures.

6. Pursuant to Local Rule 83.5.3(e)(4), I agree to pay the required fee to the Clerk of the United States District Court for the District of Massachusetts.

7. In light of the foregoing, I respectfully request on behalf of Defendant American Airlines Inc. that I be admitted pro hac vice for the purpose of representing it in this matter.

I hereby certify under the penalty of perjury that the foregoing is true and correct.


Dated: October 12, 2023              By: */s/ Katharine Mitchell-Tombras*

Katharine Mitchell-Tombras (pro hac vice forthcoming)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
kmitchelltombras@cov.com