UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK |

**MOTION FOR ADMISSION PRO HAC VICE OF GARY M. RUBMAN**

Pursuant to Local Rule 83.5.3, the undersigned counsel, Geoffrey E. Hobart, respectfully moves for the admission pro hac vice of Gary M. Rubman to represent Defendant American Airlines Inc., in the above-captioned action. Attorney Gary M. Rubman has executed a Certificate in accordance with Local Rule 83.5.3, which is filed concurrently herewith. The undersigned is a member in good standing of the bar of this Court, who has filed his appearance in this matter, and who will act as local counsel and assist Attorney Gary M. Rubman in the representation of American Airlines Inc. in this action.

Dated: October 12, 2023
       Boston, Massachusetts

Respectfully submitted,

By: */s/ Geoffrey E. Hobart*

Geoffrey E. Hobart
(BBO # 547499)
COVINGTON & BURLING LLP
One International Place
Suite 1020
Boston, MA 02110-2627
Tel.: (617) 603-8800
Email: ghobart@cov.com

*Counsel for Defendant American Airlines Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system under Local Rule 5.4(c).

Dated: October 12, 2023
       Boston, Massachusetts

*/s/ Geoffrey E. Hobart*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK |

### CERTIFICATE OF ATTORNEY GARY M. RUBMAN

Pursuant to Local Rule 83.5.3, I, Gary M. Rubman, hereby certify that:

1. I am a partner with the law firm of Covington & Burling LLP, One CityCenter 850 Tenth Street, NW Washington, DC 20001-4956, counsel to Defendant American Airlines Inc., in this matter.

2. I am duly admitted to practice law in the District of Columbia and the State of New York. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a pro hac vice admission to this Court (or any other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of this Court, and I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures.

6. Pursuant to Local Rule 83.5.3(e)(4), I agree to pay the required fee to the Clerk of the United States District Court for the District of Massachusetts.

7. In light of the foregoing, I respectfully request on behalf of Defendant American Airlines Inc. that I be admitted pro hac vice for the purpose of representing it in this matter.

I hereby certify under the penalty of perjury that the foregoing is true and correct.


Dated: October 12, 2023            By: /s/ *Gary M. Rubman*

                                   Gary M. Rubman (pro hac vice forthcoming)
                                   COVINGTON & BURLING LLP
                                   One CityCenter
                                   850 Tenth Street NW
                                   Washington, DC 20001-4956
                                   (202) 662-6000
                                   grubman@cov.com