UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK |

## MOTION FOR ADMISSION PRO HAC VICE OF JONATHAN M. SPERLING

Pursuant to Local Rule 83.5.3, the undersigned counsel, Geoffrey E. Hobart, respectfully moves for the admission pro hac vice of Jonathan M. Sperling to represent Defendant American Airlines Inc., in the above-captioned action. Attorney Jonathan M. Sperling has executed a Certificate in accordance with Local Rule 83.5.3, which is filed concurrently herewith. The undersigned is a member in good standing of the bar of this Court, who has filed his appearance in this matter, and who will act as local counsel and assist Attorney Jonathan M. Sperling in the representation of American Airlines Inc. in this action.

Dated: October 12, 2023
Boston, Massachusetts

Respectfully submitted,

By: /s/ Geoffrey E. Hobart

Geoffrey E. Hobart
(BBO # 547499)
COVINGTON & BURLING LLP
One International Place
Suite 1020
Boston, MA 02110-2627
Tel.: (617) 603-8800
Email: ghobart@cov.com

*Counsel for Defendant American Airlines Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system under Local Rule 5.4(c).

Dated: October 12, 2023
       Boston, Massachusetts

                                                   */s/ Geoffrey E. Hobart*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.,<br><br>      Plaintiff,<br>  v.<br><br>ASHLEY MOODY in her official capacity as Attorney General of Florida, et al.,<br><br>      Defendants. | Civil Action No. 1:23-cv-12051-AK |

### CERTIFICATE OF ATTORNEY JONATHAN M. SPERLING

Pursuant to Local Rule 83.5.3, I, Jonathan M. Sperling, hereby certify that:

1. I am a partner with the law firm of Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, counsel to Defendant American Airlines Inc., in this matter.

2. I am duly admitted to practice law in the State of New York. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a pro hac vice admission to this Court (or any other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of this Court, and I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures.

6. Pursuant to Local Rule 83.5.3(e)(4), I agree to pay the required fee to the Clerk of the United States District Court for the District of Massachusetts.

7. In light of the foregoing, I respectfully request on behalf of Defendant American Airlines Inc. that I be admitted pro hac vice for the purpose of representing it in this matter.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2023                    By: /s/ *Jonathan M. Sperling*

                                           Jonathan M. Sperling (pro hac vice forthcoming)
                                           COVINGTON & BURLING LLP
                                           The New York Times Building
                                           620 Eighth Avenue
                                           New York, New York 10018
                                           (212) 841-1000
                                           jsperling@cov.com