## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively

on behalf of EXHAUSTLESS INC.

      Plaintiff,

   v.

ASHLEY MOODY, et al

      Defendants.

_____

Case No. 1:23-cv-12051-AK

## PROOF OF SERVICE TO FLORIDA ATTORNEY GENERAL

Pursuant to Fed.R.Civ.P. 4(l)(1), Plaintiff Endres submits proof of service to Ashley Moody, Attorney General of Florida.

Pursuant to Fed.R.Civ.P. 4(j)(2)(B), the Attorney General was served on September 26, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Signed October 13, 2023.


*/s/ Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231