## RETURN OF SERVICE

SHERIFF NUMBER: 23013098

<u>PARTY TO BE SERVED</u>
STATE OF FLORIDA OFFICE OF THE
ATTORNEY GENERAL
PL-01 THE CAPITOL

TALLAHASSEE, FL 32399

<u>ATTORNEY / PETITIONER</u>

PLAINTIFF:   STEVEN P ENDRES
        -VS-
DEFENDANT:   ASHLEY MOODY, ET AL.

TYPE OF WRIT: SUMMONS, STATEMENT OF JURISDICTION

COURT:   OUT OF STATE /
CASE #:   123CV12051WGY

COURT DATE:
COURT TIME:

Received the above-named writ on September 25, 2023, at 3:16 PM, and SERVED the same on the 26th day of September 2023, at 9:05 AM.  Service was completed at ATTORNEY GENERAL'S OFFICE 107 W GAINES STREET TALLAHASSEE, FL 32399 in LEON County, Florida, as follows:

GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to <u>Paula Trigg</u> as <u>Registered Agent</u> of the within named Defendant to-wit: STATE OF FLORIDA OFFICE OF THE ATTORNEY GENERAL .
Served.

SERVICE COST: $40.00
hilll, CIVIL CLERK

WALT MCNEIL, SHERIFF
LEON COUNTY, FLORIDA

COURT:

COUNTY CLERK OF COURT

BY: _____
    Process Server Matthew Rogers, Badge # 1502