UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.

Plaintiff,

v.

ASHLEY MOODY, et al

Defendants.

Case No. 1:23-cv-12051-AK

### PROOF OF SERVICE TO AIR FRANCE-KLM

Pursuant to Fed.R.Civ.P. 4(l)(1), Plaintiff Endres submits proof of service to Air France-KLM S.A.

Pursuant to Fed.R.Civ.P. 4(h)(2) and Fed.R.Civ.P. 4(f)(1), Endres adopted the service procedure at Article 10(a) of the Hague Convention, to which France has stated it has no opposition. Endres sent a copy of the summons and the complaint by signed receipt express delivery to Air France-KLM S.A., which was delivered on October 5, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Signed October 13, 2023.

*/s/ Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231