**FedEx**

October 13, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 784577026794

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | N.BENEDICT | **Delivery Location:** | ARJIL ASSOCIES BANQUE 7 RUE DU |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | PARIS, 75, 75008 |
| | | **Delivery date:** | Oct 5, 2023 10:22 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 784577026794 | **Ship Date:** | Oct 3, 2023 |
| | | **Weight:** | 2.20 LB/1.0 KG |

**Recipient:**
AIR FRANCE - KLM S.A.
7 RUE DU CIRQUE
PARIS, 75, FR, 75008

**Shipper:**
STEVEN ENDRES,
4338 HILLSIDE DR
ANN ARBOR, MI, US, 48105



Thank you for choosing FedEx