UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSSETS

**STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.**
      **Plaintiff,**

  v.

**ASHLEY MOODY, in her official capacity of Attorney General of Florida,** *et al*
      **Defendants.**

Case No. 1:23-cv-12051-AK

## PLAINTIFF'S MOTION TO CORRECT HIS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 15(a)(1)(A), Endres was entitled to file his Amended Complaint as a matter of course within 21 days of service. The earliest date the summons and complaint were served was September 18, 2021 (ECF 21), so the 21 days extended through October 9, 2023. The Amended Complaint was filed in the court, ECF 17, on October 2, 2023, so seeking leave of the court was unnecessary.

Plaintiff filed the Motion for Leave, ECF No. 16, pursuant to Rule 15(a)(2) in error because he misinterpreted the service date of the summons and complaint as the *filing* date in the court docket.

Therefore, Endres moves to correct his motion for leave to file the amended complaint, ECF No. 16, October 2, 2023.

## OATH

I declare under penalty of perjury that the foregoing is true and correct.

Signed October 15, 2023.



*/s/ Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231