

# The State of Texas
## Secretary of State

2024-355614-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action and Petition for Permanent Injunction, Issuance of Patent, Monetary Damages and Punitive Damages in the cause st

    Steven P Endres VS Ashley Moody et al
    United States District Court For The District of Massachusetts
    Cause No: 123CV12051WGY

was received by this office on September 25, 2023, and that a copy was forwarded on September 26, 2023, by EMAIL, return receipt requested to:

    Ken Paxton, Attorney General of Texas
    Austin, TX

The RETURN RECEIPT was received in this office dated September 26, 2023, Signature Of Addressee's Agent.



Date issued: October 18, 2023

_____
Jane Nelson
Secretary of State
GF/vm