UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants, | No. 1:23-cv-12051-AK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned Katharine Mitchell-Tombras, of the law firm of Covington & Burling LLP, who is admitted and authorized to practice before this Court, is hereby entering an appearance as counsel on behalf of defendant American Airlines Group Inc. in the above-captioned case.

Dated:  October 19, 2023

/s/ Katharine Mitchell-Tombras
Katharine Mitchell-Tombras (admitted pro hac vice)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
kmitchelltombras@cov.com

*Counsel for American Airlines Group Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, a true and correct copy of the foregoing document was served electronically through the ECF system on all registered counsel of record as identified on the Notice of Electronic Filing (NEF).

/s/ *Katharine Mitchell-Tombras*
Katharine Mitchell-Tombras (admitted pro hac vice)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
kmitchelltombras@cov.com

*Counsel for American Airlines Group Inc.*