## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.,** )<br><br>) )<br><br>**Plaintiff,** )<br><br>)<br>**v.** )<br><br>)<br>**ASHLEY MOODY in her official capacity as Attorney General of Florida, et al.,** )<br><br>) )<br><br>)<br><br>)<br>**Defendants,** )<br><br>) | **No. 1:23-cv-12051-AK** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned Jonathan M. Sperling, of the law firm of Covington & Burling LLP, who is admitted and authorized to practice before this Court, is hereby entering an appearance as counsel on behalf of defendant American Airlines Group Inc. in the above-captioned case.

Dated:  October 19, 2023

*/s/ Jonathan M. Sperling*
Jonathan M. Sperling (admitted pro hac vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
jsperling@cov.com

*Counsel for American Airlines Group Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2023, a true and correct copy of the foregoing document was served electronically through the ECF system on all registered counsel of record as identified on the Notice of Electronic Filing (NEF).

*/s/ Jonathan M. Sperling*
Jonathan M. Sperling (admitted pro hac vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
jsperling@cov.com

*Counsel for American Airlines Group Inc.*