IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Abigail Mahoney of the law firm White & Case LLP, who is admitted and authorized to practice before this Court, hereby appears as counsel on behalf of the following Defendants in the above-captioned action:

Alaska Airlines, Inc.;

International Consolidated Airlines Group S.A.;

Delta Air Lines, Inc.;

Hawaiian Airlines Inc.;

JetBlue Airways Corp.;

Deutsche Lufthansa AG;

Southwest Airlines, Co.;

United Airlines Holdings, Inc.; and

United Parcel Service, Inc.

-2-

By filing this Notice, the above-referenced Defendants do not waive, and expressly reserve, the right to object to the sufficiency of service of process and/or to argue lack of personal jurisdiction.

DATED: October 19, 2023                                   Respectfully submitted,

                                                          */s/ Abigail Mahoney*
                                                          Abigail Mahoney
                                                          (BBO # 709427)
                                                          WHITE & CASE LLP
                                                          75 State St.
                                                          Boston, MA 02109
                                                          Tel: (617) 979-9300
                                                          Email: abigail.mahoney@whitecase.com

                                                          *Attorneys for Defendants Alaska Airlines, Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc.*

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 19, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

*/s/ Abigail Mahoney*
Abigail Mahoney

-3-