UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br> v. <br><br> ASHLEY MOODY, in her official capacity as Attorney General of Florida, *et al.*, <br><br> Defendants. | Civil Action No.: 1:23-cv-12051-AK |

## NOTICE OF APPEARANCE

Please enter the appearance of Kathleen M. Guilfoyle, Esquire of Campbell Conroy & O'Neil, P.C. as counsel for the defendant SPIRIT AIRLINES, INC. in the above-captioned matter.

Respectfully submitted,

SPIRIT AIRLINES, INC.

By its attorneys,

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle, BBO # 546512
CAMPBELL CONROY & O'NEIL, P.C.
20 City Square, Suite 300
Boston, MA 02129
P: 617-241-3000
kguilfoyle@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on October 20, 2023, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle