UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br> v. <br><br> ASHLEY MOODY, in her official capacity as Attorney General of Florida, *et al.*, <br><br> Defendants. | Civil Action No.: 1:23-cv-12051-AK |

**DEFENDANT SPIRIT AIRLINES INC.'S MOTION
TO ADMIT ATTORNEY JONATHAN E. DEMAY *PRO HAC VICE***

NOW COMES the Defendant, Spirit Airlines, Inc., ("Spirit Airlines"), and, pursuant to Local Rule 83.5.3(e), moves for leave to enter the appearance *pro hac vice* of Attorney Jonathan E. DeMay, in the above-captioned matter. In support of this Motion, Spirit Airlines states as follows:

1. Kathleen M. Guilfoyle, attorney at the law firm of Campbell Conroy & O'Neil, P.C., 20 City Square, Suite 300, Boston, Massachusetts, 02129, has entered her appearance on behalf of Defendant Spirit Airlines in the above-captioned action.

2. Attorney Jonathan E. DeMay is a partner at the law firm of Condon & Forsyth LLP, 7 Times Square, New York, NY 10036.

3. As set forth in the Affidavit attached hereto as **Exhibit A**, Attorney DeMay is a member in good standing of the bar of New York and is admitted to practice before the U.S. District Courts for the Southern, Eastern, Northern, and Western Districts of New York, the U.S. District Court for the Northern District of Illinois, the U.S. Court of Appeals for the Second and Seventh Circuits, and the U.S. Supreme Court. Attorney DeMay is not the subject of disciplinary

1

proceedings pending in any jurisdiction in which he is a member and has not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts revoked for misconduct.

4. Attorney DeMay has a long-standing attorney-client relationship with Spirit Airlines and has knowledge of Spirit Airlines and the subject matter of this suit. Additionally, Attorney DeMay concentrates his practice in complex aviation litigation.

5. Because of Attorney DeMay's expertise and familiarity with issues concerning Spirit Airlines in the above-captioned matter, Spirit Airlines desires Attorney DeMay's participation in its prosecution of same.

6. Attorney DeMay has paid the registration fee as required by Local Rule 83.5.3(e)(4).

7. Attorneys associated with the Campbell Conroy & O'Neil, P.C. will be actively associated with Attorney DeMay in the representation of Spirit Airlines, and it is anticipated that, upon the admission *pro hac vice* of Attorney DeMay, the undersigned will act as local counsel and assist Attorney DeMay in this action.

WHEREFORE, the undersigned moves for the admission of Attorney Jonathan E. DeMay *pro hac vice* to appear as counsel for the Defendant Spirit Airlines in the above-referenced action.

Respectfully submitted,

SPIRIT AIRLINES, INC.
By its attorneys,

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle, BBO # 546512
CAMPBELL CONROY & O'NEIL, P.C.
20 City Square, Suite 300
Boston, MA 02129
P: 617-241-3000
kguilfoyle@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

      I, Kathleen M. Guilfoyle, hereby certify that on October 20, 2023, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      */s/ Kathleen M. Guilfoyle*
      Kathleen M. Guilfoyle