# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively on behalf
of EXHAUSTLESS INC.,

|                                                  |                                        |
| ------------------------------------------------ | -------------------------------------- |
|       Plaintiff,    | Civil Action No.: 1:23-cv-12051-AK     |

    v.

ASHLEY MOODY, in her official capacity as
Attorney General of Florida, *et al.*,

      Defendants.

## AFFIDAVIT OF JONATHAN E. DEMAY IN SUPPORT OF SPIRIT AIRLINES INC.'S MOTION TO ADMIT JONATHAN E. DEMAY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(e)(3), I, Jonathan E. DeMay, under oath do depose and state as follows:

1.    I am a partner of the law firm of Condon & Forsyth LLP, 7 Times Square, New York, NY 10036.

2.    I am making this Affidavit in support of an application to be admitted *pro hac vice* as counsel for the Defendant Spirit Airlines Inc. ("Spirit Airlines") in connection with the above-captioned matter.

3.    I am a member of the bar of New York. I also am admitted to practice before the U.S. District Courts for the Southern, Eastern, Northern, and Western Districts of New York, the U.S. District Court for the Northern District of Illinois, the U.S. Court of Appeals for the Second and Seventh Circuits, and the U.S. Supreme Court.

4.    I am a member of good standing in every jurisdiction in which I have been admitted to practice.

5.      I am not subject to disciplinary proceedings in any jurisdiction in which I am a member of the bar.

6.      I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts revoked for misconduct.

7.      I have a long-standing attorney-client relationship with Spirit Airlines and have knowledge of both Spirit Airlines and the subject matter of this suit.  I also concentrate my practice in complex aviation litigation.

8.      I agree to familiarize myself with all rules of procedure and ethics applicable in this Court and to submit myself to the discipline of this Court. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

9.      If admitted *pro hac vice* in this action, I will appear in association with Kathleen M. Guifoyle or other attorneys of Campbell Conroy & O'Neil, P.C., 20 City Square, Suite 300, Boston, Massachusetts 02129 at all court-ordered proceedings.

10.     Pursuant to Local Rule 83.5.3(e)(4), the required *pro hac vice* registration fee has been paid to the United States District Court for the District of Massachusetts on my behalf.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19TH DAY OF OCTOBER 2023.

_____
Jonathan E. DeMay

2

STATE OF NEW YORK      )

                            .:ss

COUNTY OF NEW YORK   )

Subscribed to and sworn before me this 19th day of October, 2023, by Jonathan E. DeMay.


*Lorraine A. Lindsay*
    Notary Public

LORRAINE A. LINDSAY
Notary Public, State of New York
No. 01LI6185817
Qualified in King County
Commission Expires April 21, 2024

3