# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively on
behalf of EXHAUSTLESS INC.,

     Plaintiff,

v.

ASHLEY MOODY in her official
capacity as Attorney General of
Florida, et al.,

     Defendants.

Civil Action No. 1:23-cv-12051-AK

## MOTION FOR ADMISSION *PRO HAC VICE* OF KATHRYN MIMS

Pursuant to Local Rule 83.5.3, Abigail Mahoney, a member of the bar of the District Court of Massachusetts, respectfully moves for the admission *pro hac vice* of Kathryn Mims to represent Defendants Alaska Airlines, Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc. in the above-captioned action. Attorney Kathryn Mims has executed a Certificate in accordance with Local Rule 83.5.3, which is filed concurrently herewith.

WHEREFORE, the undersigned counsel respectfully moves that Kathryn Mims be admitted to practice before this Court *pro hac vice*.

DATED:  October 20, 2023

Respectfully submitted,

 */s/ Abigail Mahoney*
Abigail Mahoney
(BBO # 709427)
WHITE & CASE LLP

-1-

-2-

75 State St.
Boston, MA 02109
Tel: (617) 979-9300
Email: abigail.mahoney@whitecase.com

*Attorney for Defendants Alaska Airlines, Inc.,*
*International Consolidated Airlines Group S.A.,*
*Delta Air Lines, Inc., Hawaiian Airlines Inc.,*
*JetBlue Airways Corp., Deutsche Lufthansa AG,*
*Southwest Airlines, Co., United Airlines*
*Holdings, Inc., and United Parcel Service, Inc.*

-3-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 20, 2023, a true and correct copy of the

foregoing document and attachment was served upon all counsel of record via the CM/ECF

system.

*/s/ Abigail Mahoney*
Abigail Mahoney
