IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY MOODY in her official capacity as Attorney General of Florida, et al.,<br><br>    Defendants. | Civil Action No. 1:23-cv-12051-AK |

## CERTIFICATE OF ATTORNEY KATHRYN MIMS

Pursuant to Local Rule 83.5.3, I, Kathryn Mims, hereby certify that:

1. I am a partner with the law firm White & Case LLP, located at 701 Thirteenth Street, NW, Washington DC 20005-3807.

2. I seek to appear on behalf of Defendants Alaska Airlines, Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc. in this matter.

3. I am duly admitted to practice law in the State of New York, Commonwealth of Virginia, and District of Colombia. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice.

4. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar. I have not previously had a *pro hac vice* admission to this Court (or

-2-

any other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of this Court, and I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures.

6. Pursuant to Local Rule 83.5.3(e)(4), I agree to pay the required fee to the Clerk of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and accurate.


DATED:  October 20, 2023                                    Respectfully submitted,

                                                        */s/ Kathryn Mims*
                                                    Kathryn Mims
                                                    WHITE & CASE LLP
                                                    701 Thirteenth Street, NW
                                                    Washington, DC 20005-3807
                                                    Tel: (202) 626-3704
                                                    Email: kathryn.mims@whitecase.com

.