IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY MOODY in her official capacity as Attorney General of Florida, et al.,<br><br>    Defendants. | Civil Action No. 1:23-cv-12051-AK |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ANNA KERTESZ

Pursuant to Local Rule 83.5.3, Abigail Mahoney, a member of the bar of the District Court of Massachusetts, respectfully moves for the admission *pro hac vice* of Anna Kertesz to represent Defendants Alaska Airlines, Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc. in the above-captioned action. Attorney Anna Kertesz has executed a Certificate in accordance with Local Rule 83.5.3, which is filed concurrently herewith.

WHEREFORE, the undersigned counsel respectfully moves that Anna Kertesz be admitted to practice before this Court *pro hac vice*.

DATED: October 20, 2023

                                                Respectfully submitted,

                                              */s/ Abigail Mahoney*
                                              Abigail Mahoney
                                              (BBO # 709427)
                                              WHITE & CASE LLP
                                              75 State St.
                                              Boston, MA 02109

-2-

Tel: (617) 979-9300
Email: abigail.mahoney@whitecase.com

*Attorney for Defendants Alaska Airlines, Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc.*

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 20, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

                                                           */s/ Abigail Mahoney*
                                                         Abigail Mahoney