IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Roy W. Bjorlin of the law firm Wilson Elser Moskowitz Edelman Dicker, LLP, who is admitted and authorized to practice before this Court, hereby appears as counsel on behalf of Frontier Group Holdings, Inc. in the above-captioned action.  By filing this Notice of Appearance, the above-referenced Defendant does not waive, and expressly reserves the right to object to the sufficiency of service of process.

                    Respectfully submitted:

                    The Defendant,
                    Frontier Group Holdings, Inc.,

                    By its attorneys,

                    /s/ Roy W. Bjorlin_____
                    Roy W. Bjorlin, BBO# 666704
                    roy.bjorlin@WilsonElser.com
                    WILSON ELSER MOSKOWITZ
                    EDELMAN & DICKER LLP
                    260 Franklin Street - 14th Floor
                    Boston, MA 02110-3112
                    (617) 422-5347

Dated: October 23, 2023

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 23, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

      */s/ Roy W. Bjorlin*
      Roy W. Bjorlin