UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------ x
                                                             :
STEVEN P. ENDRES, derivatively on behalf of                  :
EXHAUSTLESS INC.,                                            :
                                                             :
                                                             :   Civil Action No.: 1:23-cv-12051-AK
                      Plaintiff,                             :
                                                             :
                                                             :
      vs.                                                    :
                                                             :
ASHLEY MOODY, in her official capacity as                    :
Attorney General of Florida, et al.,                         :
                                                             :
                                                             :
                      Defendants.                            :
------------------------------------------------------------ x
```

## NOTICE OF APPEARANCE

Please enter the appearance of Jonathan E. DeMay, Esq. of Condon & Forsyth LLP as counsel for the Defendant SPIRIT AIRLINES, INC. in the above-captioned matter.

**SPIRIT AIRLINES, INC.,**

By its Attorneys,

Condon & Forsyth, LLP

/s/ *Jonathan E. DeMay*
Jonathan E. DeMay, Esquire*
7 Times Square, 18th Floor
New York, NY 10036
P: 212-490-9100
F: 212-370-4453
jdemay@condonlaw.com
*Admitted *pro hac vice*

1

## CERTIFICATE OF SERVICE

      I, Jonathan E. DeMay, hereby certify that on October 23, 2023, I filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    Steven P. Endres, *Pro Se*
    4388 Hillside Dr.
    Ann Arbor, Michigan 48105
    steve@exhaustless.com
    1-(734) 945-9231

                                            /s/ *Jonathan E. DeMay*
                                            Jonathan E. DeMay