AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-12051-AK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Deutsche Lufthansa AG**
was recieved by me on  **10/23/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o C T Corporation System**, who is designated by law to accept service of process on behalf of **Deutsche Lufthansa AG** at **330 North Brand Boulevard suite 700, Glendale, CA 91203** on **10/24/2023 at 7:33 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 168.00** for services, for a total of **$ 168.00**.

I declare under penalty of perjury that this information is true.

Date:   10/24/2023

*Server's signature*

**Michael Frias**
*Printed name and title*

**1405 San Marino Ave
100C
San Marino, CA 91108**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to JESSE GASTELUM of CT SYSTEMS who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**



Tracking #: **0116676202**

