IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK |

**DEFENDANT AIR FRANCE-KLM S.A.'S MOTION TO JOIN
MOTION FOR EXTENSION OF TIME**

On October 20, 2023, Defendants Alaska Airlines, Inc., American Airlines Group Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., Spirit Airlines, Inc., United Airlines Holdings, Inc., and United Parcel Service, Inc. ("Defendants") filed a Motion for Extension of Time to Respond to the Amended Complaint and Scheduling of Status Conference (the "Motion to Extend").  Doc. No. 49.  On October 23, 2023, the Court granted Defendants' Motion to Extend, setting the deadline for "[a]ll Defendants" to file responsive pleadings as **January 25, 2024**.  Doc. No. 58.

Defendant Air France-KLM S.A. ("Air France-KLM") moves to join the Motion to Extend, Doc. No. 49.  In support of this request, Air France-KLM states the following:

1. On October 13, 2023, Plaintiff Steven P. Endres ("Plaintiff") filed purported proof of service for Air France-KLM. *See* Doc. No. 34. Based on a purported service date of October 5, 2023, Air France-KLM's deadline to respond, if service was effective, was October 26, 2023.[1]

2. On October 20, 2023, certain Defendants filed a Motion to Extend the deadline for a response to the Amended Complaint. Doc. No. 49. On October 23, 2023, the Court granted the Motion, and stated: "All Defendants must file responsive pleadings to the Amended Complaint by **January 25, 2024.**" Air France-KLM understands that its deadline to file responsive pleadings is therefore January 25, 2024. Nonetheless, Air France-KLM moves now to formally join the Motion to Extend.

3. Defendant Air France-KLM does not, by virtue of filing this Motion or appearing in Court for the limited purpose of filing this Motion, waive any defenses, and Air France-KLM expressly reserves all defenses that may be available in this action, including but not limited to the defenses of insufficient service of process, lack of personal jurisdiction, and improper and inconvenient venue.

WHEREFORE, for the reasons set forth herein, Defendant Air France-KLM respectfully requests that the Court grant this motion to join in Defendants' Motion to Extend.

DATED:  October 25, 2023                         Respectfully submitted,

                                                  /s/ Abigail Mahoney
                                                 Abigail Mahoney (BBO # 709427)
                                                 WHITE & CASE LLP
                                                 75 State St.
                                                 Boston, MA 02109
                                                 Tel: (617) 979-9300
                                                 abigail.mahoney@whitecase.com

---

[1] By listing the service date on the proof of service filed by Plaintiff and corresponding response date pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant Air France-KLM S.A. does not waive and expressly reserves the right to move to quash service and/or object to service of process as insufficient under Fed. R. Civ. P. 12(b)(5).

-3-

Anna Kertesz (*pro hac vice*)
Kathryn J. Mims (*pro hac vice*)
WHITE & CASE LLP
701 13th Street, NW
#600
Washington, DC 20005
Tel: (202) 626-3600
anna.kertesz@whitecase.com
kathryn.mims@whitecase.com

Kathryn Swisher (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
kathryn.swisher@whitecase.com

*Attorneys for Defendants Air France-KLM S.A., Alaska Airlines, Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc.*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on October 25, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

*/s/ Abigail Mahoney*
Abigail Mahoney
