AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-12051-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Delta Air Lines, Inc.**
was recieved by me on  **10/23/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o Corporation Service Company**, who is designated by law to accept service of process on behalf of **Delta Air Lines, Inc.** at **251 Little Falls Drive, Wilmington, DE 19808** on **10/25/2023 at 10:48 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 238.00** for services, for a total of **$ 238.00**.

I declare under penalty of perjury that this information is true.

Date:   10/25/2023

*Server's signature*

**Michael Oneill**
*Printed name and title*

**1152 Kingsway Rd, #6**
**West Chester, PA 19382**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to c/o Corporation Service Company with identity confirmed by physical description. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'-5'4" tall and weighing 140-160 lbs.  Left in presence of Receptionist, instructions are to place in receptacle bin.**




Tracking #: **0116783150**