UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY, in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul M. Kominers for defendants Metropolitan Washington Airports Authority ("MWAA"), City of Newark, and Port Authority of New York and New Jersey ("PANYNJ"). Notwithstanding this appearance, MWAA, Newark, and PANYNJ reserve the right to move for dismissal on personal-jurisdiction grounds.

    Metropolitan Washington Airports Authority
    Port Authority of New York and New Jersey
    City of Newark

    By their attorney,

    /s/ Paul M. Kominers
    Paul M. Kominers (BBO #703581)
    pkominers@andersonkreiger.com
    ANDERSON & KREIGER LLP
    50 Milk, 21st Floor
    Boston, MA 02109
    617-621-6583

Dated: October 26, 2023

2

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of this document was served upon all counsel of record via the CM/ECF system on October 26, 2023.

                    /s/ Paul M. Kominers
                    Paul M. Kominers (BBO #703581)