# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.**

    Plaintiff,

    v.

**ASHLEY MOODY, et al**

    Defendants.

Case No. 1:23-cv-12051-AK

## PLAINTIFF SUBMITS HIS RESPONSE TO U.S.'s COUNSEL'S MOTION TO STAY OR DISMISS IN CFC 1:23-CV-01536

Pursuant to Fed.R.Civ.P. 5(a)(1)(E), Plaintiff submits his response, *Endres v. United States*, No. 1:23-cv-01536-SSS, ECF No. 10, to the motion to stay or dismiss by the U.S.'s Counsel in *Endres v. United States*, No. 1:23-cv-01536-SSS, ECF No. 9 (Ct. Fed. Cl. Oct. 6, 2023), ("U.S.'s Motion to Stay").  The U.S.'s Motion to Stay was cited in the instant case as support of International Consolidated Airlines Group, Inc.'s Counsel's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint and Scheduling of Status Conference, ECF 49, ¶7 at 4 (Oct. 20, 2023).

      I declare under penalty of perjury that the foregoing is true and correct.

Signed October 27, 2023.


*/s/ Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231