UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY, in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:23-cv-12051-AK |

**MOTION FOR STATUS CONFERENCE**

Pursuant to Fed. R. Civ. P. 16(a), defendants Metropolitan Washington Airports Authority ("MWAA"), City of Newark, and Port Authority of New York and New Jersey ("PANYNJ") move for a status conference and join in the motion for the scheduling of a status conference filed by several other defendants on October 20, 2023.  (Doc No. 49.)

At a minimum, a status conference will help with "expediting disposition of the action" and "discouraging wasteful pretrial activities."  *See* Fed. R. Civ. P. 16(a).  In their Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint and Scheduling of Status Conference, many of the airline defendants stated that they plan to file a motion to strike under Rule 12(f), Rule 8, and L.R. 83.5.5(c).  (Doc No. 49 ¶ 7.)  MWAA, Newark, and PANYNJ, similarly, may move to dismiss or strike the complaint for its technical defects, as well as because this Court lacks personal jurisdiction over them.  Because of the length and complexity of the operative complaint in this case, it would be much more efficient for the parties and this Court to address these questions of technical compliance and personal jurisdiction before moving

1

on to other Rule 12 defenses or the filing of answers.  A status conference would allow the parties to develop a briefing schedule that is mutually agreeable, and convenient for the Court.

>Metropolitan Washington Airports Authority
>Port Authority of New York and New Jersey
>City of Newark
>
>By their attorneys,
>
>/s/ Paul M. Kominers
>Melissa C. Allison (BBO #657470)
>mallison@andersonkreiger.com
>Christina Marshall (BBO #688348)
>cmarshall@andersonkreiger.com
>Paul M. Kominers (BBO #703581)
>pkominers@andersonkreiger.com
>ANDERSON & KREIGER LLP
>50 Milk, 21st Floor
>Boston, MA 02109
>617-621-6583

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with Plaintiff Steven P. Endres by telephone on October 27, 2023, at or about 12:15 PM ET.  He does not oppose this request for a pretrial conference to discuss the scheduling of litigation events between now and the January deadline to answer or otherwise respond.  He reserves all rights to oppose particular requests or suggestions defendants may make at such a pretrial conference.

>/s/ Paul M. Kominers
>Paul M. Kominers (BBO #703581)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon all counsel of record via the CM/ECF system on October 27, 2023.

>/s/ Paul M. Kominers
>Paul M. Kominers (BBO #703581)

Dated:  October 27, 2023