**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN P. ENDRES,<br><br>        Plaintiff,<br>v.<br><br>ASHLEY MOODY, et al.,<br><br>        Defendants. | Civil Action No. 1:23-cv-12051-AK |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendant United States of America.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Dated: October 27, 2023         By:    */s/ Michael Sady*
MICHAEL SADY
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3100
michael.sady@usdoj.gov