Civil Action No.     1:23-CV-12051-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for    **LATAM Airlines Group S.A.**
was recieved by me on   **10/18/2023:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **CT CORPORATION SYSTEM**, who is designated by law to accept service of process on behalf of **LATAM Airlines Group S.A.** at **155 Federal Street suite 700, Boston, MA 02110** on **10/19/2023 at 9:57 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 200.00** for services, for a total of **$ 200.00**.

I declare under penalty of perjury that this information is true.

Date:    10/19/2023

*Server's signature*

**Hannatu White**
*Printed name and title*

**265 west street
Hyde park, MA 02136**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CT CORPORATION SYSTEM, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**





Tracking #: **0116442520**