AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-12051-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **United Airlines Holdings, Inc.**
was recieved by me on  **10/20/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **CORPORATION TRUST COMPANY**, who is designated by law to accept service of process on behalf of **United Airlines Holdings, Inc.** at **1209 Orange Street, Wilmington, DE 19801** on **10/20/2023 at 12:17 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 238.00** for services, for a total of **$ 238.00**.

I declare under penalty of perjury that this information is true.

Date:  10/20/2023

*Server's signature*

**Christina Song**
*Printed name and title*

**937 grant rd
folcroft, PA 19032**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CORPORATION TRUST COMPANY with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 5'8"-5'10" tall and weighing 180-200 lbs.**





Tracking #: **0116488004**