AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:23-CV-12051-WGY**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **FEDEX CORPORATION**
was recieved by me on **10/25/2023:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **C T Corporation System**, who is designated by law to accept service of process on behalf of **FEDEX CORPORATION** at **155 Federal Street suite 700, Boston, MA 02110** on **10/26/2023 at 11:05 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ **163.00** for services, for a total of $ **163.00**.

I declare under penalty of perjury that this information is true.

Date:  10/27/2023

*Server's signature*

**Austen Tucker**
*Printed name and title*

**1430 Green District Blvd**
**Marlborough, MA 01752**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to tasha mann who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 180-200 lbs with an accent.**



Tracking #: **0116976081**

