UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively

on behalf of EXHAUSTLESS INC.

Plaintiff,

v.

ASHLEY MOODY, et al

Defendants.

Case No. 1:23-cv-12051-AK

**PLAINTIFF'S MOTION FOR WAIVER OF LOCAL RULE 15.1**

Pursuant to the Court's Order at ECF 82, Plaintiff moves for waiver of Local Rule 15.1.

Plaintiff needs to clarify his clarification; Plaintiff's Notice of Dismissal and Clarification of Retained Parties (the "Motion"), ECF 18, did not seek to add defendants that were omitted from the Amended Complaint, but rather to explain that he had substituted the real party in interest in the Amended Complaint, but neglected to state that it was pursuant to FRCP 15(c)(1)(C)(ii) and FRCP 17(a)(3). See also, *Copperweld Corp. v. Independence Tube Corp.*, 467 U.S. 752, 770, 104 S. Ct. 2731 (1984) ("the operations of a corporate enterprise organized into divisions must be judged as the conduct of a single actor."). Therefore, Plaintiff seeks no change to the Amended Complaint relative to the Motion at ECF 18.

     To the extent that the Court's order at ECF 82 requires Plaintiff to file a motion for leave to amend his complaint, ECF 17, that order would conflict with Plaintiff's right to file an amended complaint within 21 days of service as a matter of course pursuant to FRCP 15(a)(1)(A).  As stated in ECF 35, the 21 days extended through October 9, 2023, and the Amended Complaint was filed in the court on October 2, 2023.  Pursuant to FRCP 83(a)(1), a local rule must be consistent with the FRCP.

     To the extent that the Court finds that the Plaintiff was required to comply with Local Rule 15.1 when he submitted his amended complaint, ECF 17, Plaintiff petitions the Court to waive his compliance with the local rule because <u>(i)</u> Plaintiff served each substituted party in the manner contemplated by FRCP 4(h) and by FRCP 5(b), and <u>(ii)</u> no defendant was prejudiced by his non-compliance.  While Local Rule 15.1 grants each added party an additional 14-days to respond to the amended complaint after service of the summons, the Court granted each defendant an additional 33 to 103 days to respond, per ECF 58.

     I declare under penalty of perjury that the foregoing is true and correct.  Signed October 30, 2023.


*/s/ Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231