## UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSSETS

**STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.**

   **Plaintiff,**

 v.

**ASHLEY MOODY, in her official capacity of Attorney General of Florida,** *et al*

   **Defendants.**

Case No. 1:23-cv-12051-AK

### PLAINTIFF'S SECOND NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Endres voluntarily dismisses Kalitta Air, L.L.C. from his amended complaint, ECF 17.

I declare under penalty of perjury that the foregoing is true and correct.

Signed October 30, 2023.

*/s/Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231

1