IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>ASHLEY MOODY in her official capacity as Attorney General of Florida, et al.,<br><br>　　Defendants. | Civil Action No. 1:23-cv-12051-AK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Kathryn Swisher of the law firm White & Case LLP, who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel on behalf of Defendants Air France-KLM S.A., Alaska Airlines, Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc. in the above-captioned action.

By filing this Notice, Defendants do not waive, and expressly reserve, the right to object to the sufficiency of service of process and/or to argue lack of personal jurisdiction.

DATED:  October 30, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Kathryn Swisher*
　　　　　　　　　　　　　　　　　　　Kathryn Swisher (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　WHITE & CASE LLP
　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, NY 10020-1095
　　　　　　　　　　　　　　　　　　　Tel: (212) 819-7533
　　　　　　　　　　　　　　　　　　　Email: kathryn.swisher@whitecase.com

-2-

> *Attorney for Defendants Air France-KLM S.A., Alaska Airlines, Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc.*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

*/s/ Kathryn Swisher*
Kathryn Swisher
