AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:23-CV-12051-WGY**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Air Canada**
was recieved by me on  **10/27/2023:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **CT CORPORATION SYSTEM**, who is designated by law to accept service of process on behalf of **Air Canada** at **1015 15th St NW Suite 1000, Washington, DC 20005** on **10/30/2023 at 1:01 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  10/30/2023

_____
*Server's signature*

**Davonne Coleman**
*Printed name and title*

**9705 Dale Drive**
**Upper Marlboro, MD 20772**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Reza Lustig who identified themselves as the intake specialist with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.**




Tracking #: **0117083323**