UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSSETS

**STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.**

    **Plaintiff,**

 **v.**

**ASHLEY MOODY, in her official capacity of Attorney General of Florida,** *et al*

    **Defendants.**

Case No. 1:23-cv-12051-AK

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULTS

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the Court to enter default of three defendants for their failure to answer the Amended Complaint (ECF 17): (a) The City of New York, New York, whose answer to was due October 16, 2023 (see ECF 23); (b) Ashley Moody, in her official capacity as Attorney General for the State of Florida, whose answer was due October 17, 2023 (see ECF 33); and (c) Ken Paxton, in his official capacity as Attorney General for the State of Texas, whose answer was due October 17, 2023 (see ECF 37).

1

I declare under penalty of perjury that the foregoing is true and correct.

Signed October 31, 2023.


*/s/Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231