**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK |

**DEFENDANT FRONTIER GROUP HOLDING, INC.'S
MOTION TO JOIN MOTION FOR EXTENSION OF TIME**

The Defendant, Frontier Group Holding, Inc. ("Frontier") moves to join the Motion for Extension of Time to Respond to the Amended Complaint and Scheduling of Status Conference (the "Motion to Extend") filed on October 20, 2023 by Defendants Alaska Airlines, Inc., American Airlines Group Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., Spirit Airlines, Inc., United Airlines Holdings, Inc., and United Parcel Service, Inc. ("Defendants") *see* Doc. No. 49. On October 23, 2023, the Court granted Defendants' Motion to Extend, setting the deadline for "[a]ll Defendants" to file responsive pleadings as **January 25, 2024**. *See* Doc. No. 58.

In support of its Motion, Frontier states the following:

1

1. On October 12, 2023, Plaintiff Steven P. Endres ("Plaintiff") filed purported proof of service for Frontier. *See* Doc. No. 24. Based on a purported service date of October 6, 2023, which Frontier does not admit to and expressly reserves the right to move to quash service and/or object to service of process as insufficient under Fed. R. Civ. P. 12(b)(5), Frontier's deadline to respond, if service was effective, is October 27, 2023.

2. As stated above, on October 20, 2023, certain Defendants filed a Motion to Extend the deadline for a response to the Amended Complaint. *See* Doc. No. 49. On October 23, 2023, the Court granted the Motion, and stated: "All Defendants must file responsive pleadings to the Amended Complaint by **January 25, 2024.**" Frontier understands that its deadline to file responsive pleadings is now January 25, 2024. Nonetheless, Frontier moves now to formally join the Motion to Extend.

3. Defendant Frontier does not, by virtue of filing this Motion or appearing in Court for the limited purpose of filing this Motion, waive any defenses, and Frontier expressly reserves all defenses that may be available in this action, including, but not limited to, the defenses of insufficient service of process, lack of personal jurisdiction, and improper and inconvenient venue.

WHEREFORE, for the reasons set forth herein, Defendant Frontier respectfully requests that the Court grant this motion to join in Defendants' Motion to Extend.

Respectfully submitted:

The Defendant,
Frontier Group Holdings, Inc.,
By its attorneys,

/s/ Roy W. Bjorlin_____
Roy W. Bjorlin, BBO# 666704
roy.bjorlin@WilsonElser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
260 Franklin Street - 14th Floor
Boston, MA 02110-3112
(617) 422-5347

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

*/s/ Roy W. Bjorlin*
Roy W. Bjorlin