IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK |

## MOTION FOR ADMISSION OF KATHRYN GRACE TO APPEAR *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), I, Roy W. Bjorlin, a member in good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, (and others), on behalf of the defendant Frontier Group Holdings, Inc. respectfully moves for the admission *pro hac vice* of Kathryn Grace ("Applicant").

As stated in her attached Certification, Kathryn Grace, a member of the Bars of the State of Virginia, District of Columbia, Maryland, West Virginia and North Carolina, seeks admission to this Court, *pro hac vice,* for the purpose of representing Frontier Group Holdings, Inc. in the above referenced matter. As grounds therefore, Movant states that:

1. Applicant is a member in good standing of the aforementioned courts. See Certification of Kathryn Grace, attached as **Exhibit A**.

2. Applicant is not subject to any disciplinary proceedings as a member of any bar, and has not been disciplined in any manner in any jurisdiction. *See id.*

3.     Applicant has read, and is familiar, with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts. *See id.*

4.     Applicant is a partner of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP in its McLean, Virginia Office located at 8444 Westpark Drive, Suite 510, McLean, Virginia 22102.

5.     Roy W. Bjorlin is an active member in good standing of the Bar of the Commonwealth of Massachusetts, and is counsel of record in this case for Frontier Group Holdings, Inc. Attorney Bjorlin is an of counsel of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, located at 260 Franklin Street, Boston, MA 02110.

WHEREFORE, Frontier Group Holdings, Inc. through undersigned counsel, respectfully requests that Applicant Kathryn Grace be admitted to practice before this Court *pro hac vice* for the purpose of appearing as its counsel of choice in the above-captioned matter in accordance with the Rules of this Court.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

/s/ Roy W. Bjorlin
Roy W. Bjorlin, BBO# 666704
roy.bjorlin@WilsonElser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street - 14th Floor
Boston, MA 02110-3112
(617) 422-5347
*Attorneys for Frontier Group Holdings, Inc.*

289132682v.1

## CERTIFICATE OF SERVICE

      I, Roy W. Bjorlin, hereby certify that, on, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

                                /s/ *Roy W. Bjorlin*
                                Roy W. Bjorlin

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.,

    Plaintiff,

v.

ASHLEY MOODY in her official capacity as Attorney General of Florida, et al.,

    Defendants.

Civil Action No. 1:23-cv-12051-AK

### CERTIFICATION OF KATHRYN GRACE PURSUANT TO LOCAL RULE 83.5.3(b)

I, Kathryn Grace, hereby certify the following:

1. I have been asked by Frontier Group Holdings, Inc. to represent it in the above-captioned matter.

2. I am a partner with Wilson Elser Moskowitz Edelman & Dicker, LLP, in the McLean, VA office, located at 8444 Westpark Drive, Suite 510, McLean, VA 22102.

3. I am a member of the Bars of the State of Virginia, District of Columbia, Maryland, West Virginia and North Carolina.

4. I am a member in good standing of all bars and courts to which I have been admitted. There are no pending disciplinary proceedings against me in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this or any court (or other admission for a limited purpose under this rule) revoked for misconduct.

289131845v.1

2

6. I have read the Local Rules of the United States District Court for the District of Massachusetts and agree to comply them.

WHEREFORE, I respectfully request that Frontier Group Holdings, Inc.'s motion for my admission to practice in this court, *pro hac vice,* be granted.

Signed under the pains and penalties of perjury this 6th day of November, 2023.

*/s/ Kathryn A. Grace*
_____
Kathryn A. Grace