# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES
_____

    *Plaintiff,*

v.

ASHLEY MOODY, ET AL.,
_____

    *Defendant.*
_____/

Civil Action No.:
1:23-CV-12051-WGY

## **NOTICE OF APPEARANCE**

COLLEEN MONROE and CHRISTOPHER BAISDEN Pro Hac Vice, gives notice of appearance as Counsel for Defendant, Ashley Moody in this proceeding and requests that copies of all documents in this proceeding be furnished at the addresses set forth below.

Respectfully submitted on November 8, 2023.

                                         **ASHLEY MOODY**
                                         **ATTORNEY GENERAL**

                                         *S/ Colleen Monroe*
                                         Colleen A. Monroe
                                         Assistant Attorney General
                                         MA. Bar. No. 691111
                                         Fla. Bar No. 1036189

Office of the Attorney General
3507 E. Frontage Road, Suite 200
Tampa, FL 33607-7013
(813) 287-7900
(813) 281-5520 (fax)
Primary Emails:
Colleen.Monroe@myfloridalegal.com
Christopher.Baisden@myfloridalegal.com
Secondary Emails:
Steven.Holcomb@myfloridalegal.com
Christian.Cruz@myfloridalegal.com

Christopher Baisden
Senior Assistant Attorney General
Fla. Bar No. 36017
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 488-4872 (fax)

*Counsels for Defendant*
*Ashley Moody*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via mail and electronically to: **Steven P. Endres**, Pro Se, 4338 Hillside Drive, Ann Arbor, Michigan 48105, on November 8, 2023.

steve@exhaustless.com

*S/ Colleen A. Monroe*
Colleen A. Monroe
Assistant Attorney General
Christopher Baisden
Senior Assistant Attorney General
