## UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES

_____

     *Plaintiff,*

                                 Civil Action No.:
                                 1:23-CV-12051-WGY

v.

ASHLEY MOODY, ET AL.,

_____

     *Defendant.*

_____/

## VERIFIED MOTION FOR PRO HAC VICE ADMISSION

Come now Colleen A. Monroe, Movant herein, and respectfully represents the following:

1. Movant is a member of the bar of this court and in good standing.

2. Movant verified the bar admission status of the attorney, CHRISTOPHER BAISDEN, being sponsored for admission to the court pro hac vice.

3. Movant further certifies that CHRISTOPHER BAISDEN is a member of the Florida in good standing, and the District of

Columbia, where he is admitted to practice.

4. CHRISTOPHER BAISDEN has no disciplinary proceedings

   pending against him.

5. CHRISTOPHER BAISDEN is familiar with the Local Rules of the

   U.S. District of Massachusetts, under Local Rule 83.5.3.

6. CHRISTOPHER BAISDEN full address and phone number are:

CHRISTOPHER BAISDEN
Senior Assistant Attorney General
Civil Litigation – North Florida Bureau
Office of the Attorney General
PL-01 The Capitol, Tallahassee, Florida 32399-1050
(850) 414-3816
Christopher.Baisden@myfloridalegal.com


   Respectfully submitted on November 8, 2023.

                              **ASHLEY MOODY**
                              **ATTORNEY GENERAL**

                              *S/ Colleen A. Monroe*
                              Collen A. Monroe
                              MA. Bar. No. 691111
                              Fla. Bar. No. 1036189
                              Christopher Baisden
                              Senior Assistant Attorney General
                              Fla. Bar No. 36017
                              Office of the Attorney General
                              PL-01 The Capitol
                              Tallahassee, FL 32399-1050
                              (850) 414-3300
                              (850) 488-4872 (fax)
                              Primary Emails:

                                        2

Colleen.Monroe@myfloridalegal.com
Christopher.Baisden@myfloridalegal.com
Secondary Emails:
Steven.Holcomb@myfloridalegal.com
Christian.Cruz@myfloridalegal.com

*Counsels for Defendant*
*Florida Office of Attorney General*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via mail and electronically to: **Steven P. Endres**, Pro Se, 4338 Hillside Drive, Ann Arbor, Michigan 48105, on November 8, 2023.

steve@exhaustless.com


*S/Colleen A. Monroe*
Colleen A. Monroe
Assistant Attorney General
Christopher Baisden
Senior Assistant Attorney General