

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0360170
Christopher Holmes Baisden
Florida Office of Attorney General
PO Box 7623
Tallahassee, FL 32314-7623

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted practice law in the state of Florida on **October 2, 2000**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible practice law in the state of Florida.

Dated this 2nd day of **November, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-255894





On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Christopher Holmes Baisden*

was duly qualified and admitted on June 3, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on November 02, 2023.*

JULIO A. CASTILLO
Clerk of the Court

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email *memberservices@dcbar.org*.**