AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-12051-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **The City of Newark, New Jersey**
was recieved by me on  **11/08/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Sheri Bowers**, who is designated by law to accept service of process on behalf of **The City of Newark, New Jersey** at **920 Broad St, Room 200, Newark, NJ 07102** on **11/09/2023 at 10:04 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  11/09/2023

*Server's signature*

**Martins Ekpeh**
*Printed name and title*

**298 Orange st
Apt 1
Newark, NJ 07103**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Sheri Bowers who identified themselves as the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 55-65 years of age, 5'6"-5'8" tall and weighing 200-240 lbs with an accent.**



Tracking #: **0117776303**

