**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., | |
| Plaintiff, | Civil Action No. 1:23-cv-12051-AK |
| v. | **NOTICE OF APPEARANCE** |
| ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Anna Kertesz of the law firm White & Case LLP, who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel on behalf of Defendant LATAM Airlines Group S.A. in the above-captioned action.

By filing this Notice, Defendant LATAM Airlines Group S.A. does not waive, and expressly reserves, the right to object to the sufficiency of service of process and/or to argue lack of personal jurisdiction.

DATED:  November 16, 2023

Respectfully submitted,

*/s/ Anna Kertesz*
Anna Kertesz (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: (202) 729-2320
Email: akertesz@whitecase.com

*Attorney for Defendants Air France-KLM S.A.,*
*Alaska Airlines, Inc., Delta Air Lines, Inc.,*
*Hawaiian Airlines Inc., International*
*Consolidated Airlines Group S.A., JetBlue*

*Airways Corp., LATAM Airlines Group S.A., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on November 16, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

*/s/ Anna Kertesz*
Anna Kertesz