**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., | |
| Plaintiff, | Civil Action No. 1:23-cv-12051-AK |
| v. | **NOTICE OF APPEARANCE** |
| ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Abigail Mahoney of the law firm White & Case LLP, who is admitted and authorized to practice before this Court, hereby appears as counsel on behalf of Defendant LATAM Airlines Group S.A. in the above-captioned action.

By filing this Notice, Defendant LATAM Airlines Group S.A. does not waive, and expressly reserves, the right to object to the sufficiency of service of process and/or to argue lack of personal jurisdiction.

DATED:  November 16, 2023

Respectfully submitted,

*/s/ Abigail Mahoney*
Abigail Mahoney
(BBO # 709427)
WHITE & CASE LLP
75 State St.
Boston, MA 02109
Tel: (617) 979-9300
Email: abigail.mahoney@whitecase.com

*Attorney for Defendants Air France-KLM S.A.,*
*Alaska Airlines, Inc., Delta Air Lines, Inc.,*
*Hawaiian Airlines Inc., International*

*Consolidated Airlines Group S.A., JetBlue Airways Corp., LATAM Airlines Group S.A., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 16, 2023, a true and correct copy of

the foregoing document and attachment was served upon all counsel of record via the CM/ECF

system.

*/s/ Abigail Mahoney*
Abigail Mahoney