IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY MOODY in her official capacity as Attorney General of Florida, et al.,<br><br>    Defendants. | Civil Action No. 1:23-cv-12051-AK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Kathryn Swisher of the law firm White & Case LLP, who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel on behalf of Defendant LATAM Airlines Group S.A. in the above-captioned action.

By filing this Notice, Defendant LATAM Airlines Group S.A. does not waive, and expressly reserves, the right to object to the sufficiency of service of process and/or to argue lack of personal jurisdiction.

DATED:  November 16, 2023

Respectfully submitted,

*/s/ Kathryn Swisher*
Kathryn Swisher (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: (212) 819-7533
Email: kathryn.swisher@whitecase.com

*Attorney for Defendants Air France-KLM S.A., Alaska Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines Inc., International Consolidated Airlines Group S.A., JetBlue*

*Airways Corp., LATAM Airlines Group S.A., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc.*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 16, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

*/s/ Kathryn Swisher*
Kathryn Swisher