Civil Action No.    **1:23-CV-12051-WGY**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **British Airways PLC** for **International Consolidated Airlines Group S.A.**

was received by me on **11/16/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **CT CORPORATION SYSTEM**, who is designated by law to accept service of process on behalf of **British Airways PLC** at **155 Federal Street Suite 700, Boston, MA 02110** on **11/17/2023 at 10:39 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 228.00** for services, for a total of **$ 228.00**.

I declare under penalty of perjury that this information is true.

Date: 11/17/2023

This summons for   **British Airways PLC**
was recieved by me on  **11/16/2023:**

*Server's signature*

**David E McGrath**
*Printed name and title*

**48 Border Winds Ave**
**SEABROOK, NH 03874**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CT CORPORATION SYSTEM with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with an accent.**





Tracking #: **0118414726**