UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEVEN P. ENDRES, Derivately on behalf of EXHAUSTLESS, INC. ,

    Plaintiff,

    v.

AIR CANADA, et al ,

    Defendants.

C.A. NO. 1:23-CV-12051-AK

## NOTICE OF APPEARANCE

Please enter the appearance of Tory A. Weigand, Esq., on behalf of Defendant, Air Canada, in the above captioned matter.

Respectfully submitted,

AIR CANADA

By Its Attorneys,

/s/ *Tory A. Weigand*
Tory A. Weigand, BBO #548553
tweigand@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:    617-342-4947

## CERTIFICATE OF SERVICE

I, Tory A. Weigand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2023

 /s/ *Tory A. Weigand*
_____