UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSSETS

**STEVEN P. ENDRES**

        **Plaintiff,**

v.

**ASHLEY MOODY** *et al*

        **Defendants.**

Case No. 1:23-cv-12051-FDS

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure (FRCP) Rule 15(a)(2), Plaintiff Endres requests the Court's leave to amend his complaint "clarifying his personal claims and removing claims belonging to Exhaustless" as ordered by the U.S. Court of Federal Claims in his companion case, Endres v. U.S., 1:23-cv-01536-SSS, ECF 14 (Nov. 30, 2023). Plaintiff requests a deadline of January 2, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Signed December 5, 2023.

*/s/ Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231