IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-12051-AK <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Abigail Mahoney of the law firm White & Case LLP, who is admitted and authorized to practice before this Court, hereby appears as counsel on behalf of Defendant FedEx Corp. in the above-captioned action.

By filing this Notice, Defendant FedEx Corp. does not waive, and expressly reserves, the right to object to the sufficiency of service of process and/or to argue lack of personal jurisdiction.

DATED: December 8, 2023

Respectfully submitted,

 */s/ Abigail Mahoney*
Abigail Mahoney
(BBO # 709427)
WHITE & CASE LLP
75 State St.
Boston, MA 02109
Tel: (617) 979-9300
Email: abigail.mahoney@whitecase.com

*Attorney for Defendants Air France-KLM S.A., Alaska Airlines, Inc., Delta Air Lines, Inc., FedEx Corp., Hawaiian Airlines Inc.,*

-2-

*International Consolidated Airlines Group S.A., JetBlue Airways Corp., LATAM Airlines Group S.A., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc.*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

<i>/s/ Abigail Mahoney</i><br>
Abigail Mahoney