**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC., <br><br>     Plaintiff, <br><br> v. <br><br> ASHLEY MOODY in her official capacity as Attorney General of Florida, et al., <br><br>     Defendants. | Civil Action No. 1:23-cv-12051-FDS <br><br> **NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE** that Kathryn Mims of the law firm White & Case LLP, who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel on behalf of Defendant FedEx Corp. in the above-captioned action.

    By filing this Notice, Defendant FedEx Corp. does not waive, and expressly reserves, the right to object to the sufficiency of service of process and/or to argue lack of personal jurisdiction.

DATED:  December 8, 2023

                    Respectfully submitted,

                    */s/ Kathryn Mims*
                    Kathryn Mims (*pro hac vice*)
                    WHITE & CASE LLP
                    701 Thirteenth Street, NW
                    Washington, DC 20005-3807
                    Tel: (202) 626-3704
                    Email: kathryn.mims@whitecase.com

                    *Attorney for Defendants Air France-KLM S.A.,*
                    *Alaska Airlines, Inc., Delta Air Lines, Inc.,*
                    *FedEx Corp., Hawaiian Airlines Inc.,*
                    *International Consolidated Airlines Group S.A.,*
                    *JetBlue Airways Corp., LATAM Airlines Group*
                    *S.A., Deutsche Lufthansa AG, Southwest*

*Airlines, Co., United Airlines Holdings, Inc.,*
*and United Parcel Service, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on December 8, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

<u>*/s/ Kathryn Mims*</u>
Kathryn Mims