IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN P. ENDRES, derivatively on behalf of EXHAUSTLESS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY MOODY in her official capacity as Attorney General of Florida, et al.,<br><br>    Defendants. | Civil Action No. 1:23-cv-12051-FDS |

**DEFENDANTS' LIMITED MOTION
TO STRIKE THE AMENDED COMPLAINT**

Pursuant to District of Massachusetts Local Rule 83.5.5(c), Defendants Air Canada, Inc., Air France-KLM S.A., Alaska Airlines, Inc., American Airlines Group Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., Deutsche Lufthansa AG, FedEx Corp., Frontier Group Holdings, Inc., Hawaiian Airlines Inc., JetBlue Airways Corp., LATAM Airlines Group S.A., Metropolitan Washington Airports Authority, Port Authority of New York and New Jersey, City of Newark, Southwest Airlines, Co., Spirit Airlines, Inc., United Airlines Holdings, Inc., United Parcel Service, Inc., the Office of the Attorney General of Florida (Ashley Moody), and the United States, ("Defendants") hereby jointly move for an order striking the Amended Complaint. The Amended Complaint should be stricken and the action dismissed because Plaintiff Steven P. Endres is not an attorney. Under established law and Local Rule 83.5.5(c), Plaintiff cannot bring this action *pro se* and represent his company Exhaustless Inc. (on a derivative or representative basis) in this litigation. As ordered by the Court at the Parties' November 28, 2023, status conference, Defendants submit this early limited Motion to Strike in advance of—and

preserving without exception—all rights and defenses that could be raised in responsive pleadings and a motion to dismiss. This Motion is based upon the accompanying Memorandum of Law and the pleadings and records on file in this action.

Defendants do not believe oral argument is necessary and respectfully request that the Court decide the Motion on the parties' submissions.

DATED: December 8, 2023                    Respectfully submitted,

                                            /s/ Kathryn J. Mims
                                           Kathryn J. Mims (*pro hac vice*)
                                           Anna Kertesz (*pro hac vice*)
                                           WHITE & CASE LLP
                                           701 13th Street, NW
                                           #600
                                           Washington, DC 20005
                                           Tel: (202) 626-3600
                                           kathryn.mims@whitecase.com
                                           anna.kertesz@whitecase.com

                                           Kathryn Swisher (*pro hac vice*)
                                           WHITE & CASE LLP
                                           1221 Avenue of the Americas
                                           New York, NY 10020
                                           Tel: (212) 819-8200
                                           kathryn.swisher@whitecase.com

                                           Abigail Mahoney (BBO # 709427)
                                           WHITE & CASE LLP
                                           75 State St.
                                           Boston, MA 02109
                                           Tel: (617) 979-9300
                                           abigail.mahoney@whitecase.com

                                           *Attorneys for Defendants Alaska Airlines, Inc., International Consolidated Airlines Group S.A., Delta Air Lines, Inc., FedEx Corp., Hawaiian Airlines Inc., JetBlue Airways Corp., Deutsche Lufthansa AG, Southwest Airlines, Co., United Airlines Holdings, Inc., and United Parcel Service, Inc.*

/s/ *Geoffrey E. Hobart*
Geoffrey E. Hobart
(BBO # 547499)
COVINGTON & BURLING LLP
One International Place
Suite 1020
Boston, MA 02110
Tel: (617) 603-8800
Email: ghobart@cov.com

Katharine Mitchell-Tombras (*pro hac vice*)
Gary M. Rubman (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000
kmitchelltombras@cov.com
grubman@cov.com

Jonathan M. Sperling (*pro hac vice*)
Kyle W. Chow (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
jsperling@cov.com
kchow@cov.com

*Attorneys for Defendant American Airlines Group Inc.*

/s/ *Christopher Baisden*
Christopher Baisden
Senior Assistant Attorney General
Fla. Bar No. 360170
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 488-4872 (fax)
Christopher.Baisden@myfloridalegal.com

/s/ *Tory A. Weigand*
Tory A. Weigand, BBO #548553
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
tweigand@morrisonmahoney.com
Phone:   617-439-7500
Fax:     617-342-4947

CLYDE & CO US LLP
Andrew J. Harakas (to be admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
Phone: 212-710-3900
Email: andrew.harakas@clydeco.us

*Attorneys for Defendant Air Canada, Inc.*

/s/ *Kathryn Grace*
Kathryn Grace (*pro hac vice*)
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102
(704) 302-1291
Kathryn.Grace@wilsonelser.com

Roy W. Bjorlin, BBO# 666704
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street - 14th Floor
Boston, MA 02110-3112
(617) 422-5347
roy.bjorlin@wilsonelser.com

*Attorneys for Defendant Frontier Group Holdings, Inc.*

/s/ Jonathan E. DeMay
Jonathan E. DeMay (*pro hac vice*)
Constantine J. Petallides (*pro hac vice* forthcoming)
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Tel: 212-490-9100
jdemay@condonlaw.com
cpetallides@condonlaw.com

Kathleen M. Guilfoyle (BBO # 546512)
CAMPBELL CONROY & O'NEIL, P.C.
20 City Square, Suite 300
Boston, MA 02129
Tel: 617-241-3000
kguilfoyle@campbell-trial-lawyers.com

*Attorneys for Defendant Spirit Airlines, Inc.*

/s/ Christina Marshall
Melissa C. Allison (BBO #657470)
mallison@andersonkreiger.com
Christina Marshall (BBO #688348)
cmarshall@andersonkreiger.com
Paul M. Kominers (BBO #703581)
pkominers@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
617-621-6583

*Attorneys for Defendants Metropolitan Washington Airports Authority, Port Authority of New York and New Jersey, and City of Newark*

UNITED STATES OF AMERICA
JOSHUA S. LEVY
Acting United States Attorney

/s/ Michael Sady
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston MA 02210
(617) 748-3100
michael.sady@usdoj.gov

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel have conferred and attempted in good faith to resolve or narrow the issues raised in this motion.

*/s/ Kathryn J. Mims*
Kathryn Mims (*pro hac vice*)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2023, a true and correct copy of the foregoing document and attachment was served upon all counsel of record via the CM/ECF system.

*/s/ Kathryn J. Mims*
Kathryn Mims (*pro hac vice*)