UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSSETS

STEVEN P. ENDRES

    Plaintiff,

v.

ASHLEY MOODY *et al*

    Defendants.

Case No. 1:23-cv-12051-FDS

**PLAINTIFF'S NOTICE OF PATENT ISSUED BY CANADA**

  Pursuant to Federal Rules of Civil Procedure (FRCP) Rule 5(a)(1)(E), Plaintiff Endres files notice that on December 20, 2023, he was notified that the Canadian Intellectual Property Office (CIPO) issued the Canadian Certificate of Grant and Patent Grant Specification for Endres' invention SYSTEM AND METHOD FOR MANAGING AIR TRAFFIC DATA as Canadian Patent No. 2,995,867 on December 12, 2023. The patent term is 20 years, commencing on August 23, 2016, and expiring on August 23, 2036.

  Note that the United States of America has an Open Skies Treaty with Canada. Air Transport Agreement Between the Government of the United States of America and the Government of Canada, T.I.A.S. No. 07-312 (Mar. 12, 2007), see *e.g.* Art. 5 § 1 ("Each Party shall allow a fair and equal opportunity for the designated airlines of both Parties to compete in providing the international air

transportation governed by this Agreement.") and Art. 6 § 1 ("The Parties acknowledge that market forces shall be the primary consideration in the establishment of prices for air transportation.").

**Oath**

I declare under penalty of perjury that the foregoing is true and correct.

Signed December 22, 2023.

*/s/ Steven P. Endres*
Steven P. Endres — PRO SE

4338 Hillside Dr
Ann Arbor, Michigan 48105
steve@exhaustless.com
1-(734) 945-9231