# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Steven P. Endres**

    Plaintiff

V.

**Ashley Moody et al**

    Defendant

CIVIL ACTION

NO. 1:23-12051-FDS

# ORDER OF DISMISSAL

Saylor, C. J.

In accordance with the Court's ORDER dated December 22, 2023 (Dkt. No. 125), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

12/22/2023  
Date

/s/ Flaviana de Oliveira  
Deputy Clerk